# EXHIBIT 1

# Pascua Yaqui Tribe Primary Care Area (PCA)
## 2019 STATISTICAL PROFILE

For definitions and sources of data used in these profiles, see:

http://www.azdhs.gov/documents/prevention/health-systems-development/data-reports-maps/reports/datadocu.pdf

| DESCRIPTION OF AREA | | |
|---|---|---|
| | PCA Number ........................................ | 117 |
| | Major Population Center ........................ | Drexel Heights |
| | County ................................................. | PIMA |
| | Health Planning Region ......................... | 2 |
| | Primary Care Score ............................... | 72 |
| | Rural Code Designation: ......................... | INDIAN |
| | Special Tax District? .............................. | No |
| | State House Legislative District ............... | 03 |
| | Designated as AzMUA? ......................... | (See PC HPSAs) |
| | Designated as Primary Care HPSA ........ | Geographic, (Pascua Yaqui Tribe) |
| | Designated as Federal MUA/P .............. | No |
| | Next Nearest Provider .......................... | Sahuarita |
| | 2nd Nearest Provider ............................ | Cortaro |
| | Travel Time to Next Nearest Provider ...... | 21 to 30 minutes |
| | Travel Time to 2nd Nearest Provider ..... | 21 to 30 minutes |



## DEMOGRAPHICS

| | Pascua Yaqui Tribe | COUNTY | HEALTH PLANNING REGION | ARIZONA |
|---|---|---|---|---|
| POPULATION | 3,607 | 1,044,675 | 1,276,465 | 7,187,990 |
| Population Density | 1,638.4 | 113.7 | 55.2 | 63.1 |
| Persons By Age | | | | |
| 0-14 | 1,132 | 199,361 | 248,956 | 1,535,927 |
| 15-19 | 391 | 75,691 | 93,530 | 518,986 |
| 20-44 | 1,233 | 338,301 | 408,353 | 2,395,139 |
| 45-64 | 665 | 270,116 | 329,374 | 1,756,769 |
| 65-84 | 179 | 140,216 | 171,638 | 866,131 |
| 85 + | 7 | 20,989 | 24,613 | 114,230 |
| Race/Ethnicity | | | | |
| White | 3.0% | 77.3% | 77.6% | 75.7% |
| American Indian | 93.4% | 3.3% | 3.3% | 4.5% |
| Black | 0.2% | 3.6% | 3.5% | 4.2% |
| Asian/Pacific Islander | 0.2% | 2.9% | 2.6% | 3.1% |
| Other | 3.2% | 12.9% | 13.0% | 12.5% |
| Hispanic | 23.4% | 34.3% | 36.1% | 29.6% |
| Gender | | | | |
| Females | 50.3% | 50.9% | 50.6% | 50.3% |
| Males | 49.7% | 49.1% | 49.4% | 49.7% |
| Single Parent Families | 67.7% | 29.3% | 28.7% | 27.0% |
| Female Headed Households | 41.9% | 12.8% | 12.7% | 12.1% |
| INCOME | | | | |
| Population below 100% FPL | 43.4% | 18.0% | 17.9% | 16.1% |
| Population below 200% FPL | 70.9% | 38.7% | 38.9% | 35.8% |
| Median Household Income | $31,241 | $62,849 | $57,983 | $56,454 |
| Children <12 in Poverty | 56.9% | 26.9% | 27.4% | 24.2% |
| EDUCATION | | | | |
| Less Than 9th Grade Education | 24.5% | 4.6% | 5.0% | 5.8% |
| 9th-12th Grade, No Diploma | 8.9% | 7.2% | 7.4% | 7.5% |
| High School Graduate | 32.1% | 22.4% | 23.0% | 24.0% |
| Some College | 23.9% | 25.1% | 25.6% | 25.3% |
| College or Professional Degree Holder | 10.5% | 40.8% | 39.0% | 37.4% |
| NON-RESIDENT | | | | |
| Migrant, Agricultural Workers | 6 | 1,646 | 4,492 | 67,704 |
| Tourists | 20,441 | 5,751,183 | 7,697,581 | 51,300,000 |
| Winter Residents | 25 | 7,160 | 9,510 | 75,670 |
| MISCELLANEOUS | | | | |
| Unemployed | 26.2% | 13.0% | 13.4% | 11.2% |
| "Uninsured" Births | 14.9% | 2.7% | 3.1% | 2.5% |
| Medicare Beneficiaries | 5.1% | 15.6% | 15.7% | 13.9% |
| Medically Uninsured | 28.5% | 9.9% | 9.7% | 11.0% |
| Transportation Score | 172 | 110 | 100 | 111 |

BUREAU OF WOMEN'S AND CHILDREN'S HEALTH, Arizona Department of Health Services        2/25/2020

| RESOURCES | Pascua Yaqui Tribe | COUNTY | HEALTH PLANNING REGION | ARIZONA |
|---|---|---|---|---|
| FACILITIES | | | | |
| General Hospitals | Yes | 8 | 14 | 64 |
| Hospital Beds/1000 Residents | 0.0 | 2.6 | 2.3 | 1.9 |
| Designated as Sole Community Provider? | No | 8 | 14 | 51 |
| Specialty Beds | 0 | 501 | 501 | 3,653 |
| Skilled Nursing Facilities | 0 | 25 | 30 | 148 |
| Nursing Beds | 0 | 3,065 | 3,541 | 16,230 |
| SERVICES | | | | |
| Licensed Home Health Agencies | 0 | 29 | 38 | 216 |
| Ambulatory Care Sites Type | A | A, B, C, D, E | A, B, C, D, E | A,B,C,D,E |
| Licensed Pharmacies | 1 | 211 | 252 | 1,343 |
| Certified Ambulance Services | 0 | 15 | 31 | 105 |
| PERSONNEL | | | | |
| Primary Care Providers | 3.0 | 2,977 | 3,324 | 18,027 |
| Ratio-Population:Provider | 1,202 :1 | 351:1 | 384 :1 | 399 :1 |
| Nurse Practitioners | 0 | 1,219 | 1,354 | 6,358 |
| Physician Assistants | 0 | 211 | 250 | 2,736 |
| Registered Nurses | 4 | 11,761 | 13,425 | 74,527 |
| Midwives | 0 | 50 | 56 | 253 |
| Dentists | 0 | 604 | 675 | 4,336 |

| UTILIZATION | | | | |
|---|---|---|---|---|
| AMBULATORY CARE SENSITIVE CONDITIONS | | | | |
| ACSs/1000 Residents Age <65 | 107.8 | 41.4 | 43.5 | 42.4 |
| Points Above/Below (-) Statewide Average | 65.4 | -1.1 | 1.1 | *** |
| HOSPITALIZATION | | | | |
| Inpatient Days/1000 Residents | 1,103 | 581 | 578 | 572 |
| Inpatient Days/1000 by Age Group: | | | | |
| 0-14 yrs | 726 | 363 | 362 | 325 |
| 15-19 yrs | 663 | 285 | 287 | 295 |
| 20-44 yrs | 928 | 390 | 387 | 394 |
| 45-64 yrs | 1,724 | 567 | 556 | 581 |
| 65-84 yrs | 3,187 | 1,292 | 1,308 | 1,407 |
| 85+ yrs | 4,879 | 2,244 | 2,254 | 2,410 |
| Leading Diagnosis | Acute upper respiratory i | | | |
| Leading Procedure | Detoxification Services for Substance Abuse Tr | | | |
| (Non-maternity related) | | | | |

*** Not Applicable, ++ Insufficient Data, ## Not Available

**HEALTH STATUS**

| | Pascua Yaqui Tribe | COUNTY | HEALTH PLANNING REGION | ARIZONA |
|---|---|---|---|---|
| INFANT MORTALITY RATE  ............................. | ++ | 5.4 | 5.6 | 5.9 |
| MORTALITY, LEADING CAUSE OF DEATH | | | | |
| Infant  .......................................................... | ++ | | | |
| Child (1-14  ................................................. | ## | | | |
| Adolescent (15-19)  ....................................... | ++ | | | |
| Young Adult (20-44)  .................................... | Alcoholic liver disease | | | |
| Mid Age (45-64)  ........................................ | Unspecified diabetes mellitus | | | |
| Elderly (65-84)  .......................................... | Unspecified diabetes mellitus | | | |
| Aged (85+)  ................................................ | Chronic ischaemic heart disease | | | |
| PERCENT PREMATURE MORTALITY | 82.0% | 51.8% | 52.6% | 54.3% |
| NATALITY | | | | |
| Fertility Rate/1000 Females 15-44 yrs  .......... | 96.2 | 58.2 | 60.7 | 63.2 |
| Birth Rate/1000 Residents  ......................... | 21.5 | 11.3 | 11.6 | 12.4 |
| 0-4 Prenatal Care Visits/1000 Births  ............. | 129.6 | 92.9 | 100.5 | 60.6 |
| Prenatal Care Began: | | | | |
| None  ................................................... | 4.3% | 3.9% | 4.2% | 4.7% |
| Trimester One  ...................................... | 65.6% | 68.8% | 67.9% | 73.6% |
| Trimester Two  ...................................... | 23.3% | 20.4% | 20.7% | 16.6% |
| Trimester Three  .................................... | 6.8% | 6.7% | 7.1% | 5.0% |
| Unknown  .............................................. | 0.0% | 0.2% | 0.1% | 0.1% |
| Low-weight Births/1000 Live Births  ............. | 86.4 | 72.5 | 73.3 | 72.0 |
| Teen Births/1000 Females 14-19 yrs  ........... | 70.3 | 23.0 | 25.0 | 25.1 |

Area Location IDs:

Census Tracts: 040199410.00

Other Places in area:

Pascua Yaqui

*** Not Applicable, ++ Insufficient Data, ## Not Available

BUREAU OF WOMEN'S AND CHILDREN'S HEALTH, Arizona Department of Health Services

2/25/2020



# PCA ID 117

PCA Boundary

PCA Boundary

ARIZONA DEPARTMENT
OF HEALTH SERVICES

Map Date 03/14/2018

N

0    0.35    0.7
Miles

Esri, HERE, Garmin, ©
OpenStreetMap contributors,
and the GIS user community

# PASCUA YAQUI TRIBE PRIMARY CARE AREA

DREXEL
HEIGHTS

PASCUA
YAQUI TRIBE

VALENCIA WEST

Sources: Esri, HERE, Garmin, USGS, Intermap, INCREMENT P, NRCan, Esri
Japan, METI, Esri China (Hong Kong), Esri Korea, Esri (Thailand), NGCC, ©
OpenStreetMap contributors, and the GIS User Community

# EXHIBIT 2



# 2020 AZVoteSafe Guide for Native Americans

## Recommendations for Arizona Voters in Tribal Communities

Due to COVID-19, the Secretary of State's Office is encouraging all voters to request a ballot-by-mail to ensure they have a safe and reliable option for voting. Tribal members historically participate in voting on Election Day as a civic and community event, and many tribal members face challenges to voting by mail due to limited mail service and language assistance needs. However, because of current public health concerns, it's more important than ever to plan ahead and have back-up options available. Use the steps below as a quick reference guide to making your plan for voting in 2020 and ensuring your voice is heard in our democracy.

## STEP 1 — REGISTER TO VOTE

- Register to vote by filling out a voter registration form, which you can download at Arizona.Vote or call your County Recorder to request a mailed form. If you have an AZ Driver's License or ID, you can register to vote online at www.servicearizona.com.
- If you're already registered, confirm your registration status at Arizona.Vote and update your address or other information if needed.
- The deadline to register to vote or update your voter registration is October 5, 2020.

## STEP 2 — REQUEST A BALLOT-BY-MAIL

- Getting a ballot-by-mail should be part of every tribal member's voting plan. It is your choice how you ultimately decide to vote. Even if you prefer or plan to vote in-person, requesting a ballot-by-mail will ensure you have a safe and secure back-up option for voting this year – an option that doesn't require waiting in line to get a ballot or needing to vote at a potentially crowded polling place.
- If you have a mailing address or P.O. Box and are not already on the Permanent Early Voting List (PEVL), request a one-time ballot-by-mail for the 2020 General Election or join the PEVL as soon as possible so you have enough time to receive the ballot, get language or other assistance if needed, vote it, and return the ballot on time.
- Call your County Recorder or go to Arizona.Vote to request a ballot-by-mail. The deadline to request a ballot-by-mail or join the PEVL is October 23, 2020.

## STEP 3 — VOTE AND SIGN YOUR BALLOT-BY-MAIL

- If you need language assistance when you get your ballot-by-mail, contact your County Recorder's Office or Elections Department (listed below) to learn about available resources. Certain community organizations may also have language assistance resources.
- After voting your ballot, put your ballot in the return envelope and make sure you sign the affidavit envelope. You should also provide a phone number in the appropriate space on the envelope so elections officials can contact you if there are any issues with your ballot.

## KNOW YOUR OPTIONS — MAKE SURE YOU HAVE A VOTE PLAN

## STEP 4 — RETURN YOUR BALLOT BY 7:00 P.M. ON ELECTION DAY

- If you voted a ballot-by-mail, your best option is to return your voted ballot to any voting location in your county on Election Day. You can also drop off your ballot at your County Recorder's office, any early voting location in your county, or any other designated drop-off location in your county. Contact your County Recorder or visit Arizona.Vote to find all available drop-off locations.
- Ballots must be received by county election officials by 7:00 p.m. on Election Day to be counted.
- If you cannot drop off your ballot yourself for any reason, a family member, household member, caregiver, or election worker can help return your voted, sealed, and signed ballot for you.
- If you need to mail your voted ballot back, make sure you mail it early enough to arrive at the County Recorder's office by 7:00 p.m. on Election Day. The state's recommended last day to mail back a ballot is October 27, but if you live in a rural area with slower mail service, you should build in more time.

## STEP 5 — VOTING IN-PERSON

- If you did not receive a ballot-by-mail or otherwise choose to vote in-person, we encourage you to vote early. To learn about in-person early voting options, contact your County Recorder's office.
- If you choose to vote in-person on Election Day, confirm your correct voting location by contacting your county elections department (see below) or visiting Arizona.Vote. Curbside voting may be available.
- Whether you're voting early or on Election Day, remember to bring valid identification to vote in-person. For information on valid identification, visit Arizona.Vote.
- In-person voters should take precautions to help protect themselves, other voters, and poll workers:
  - **Come prepared.** Review and mark a sample ballot so you can vote quickly and minimize the time you need to spend at the voting location.
  - **Wear a face covering.** If it can be safely managed, wear a cloth face covering when you go to vote to help protect yourself and those around you.
  - **Bring your own pen.** Bring your own pen to the voting location to minimize contact with surfaces others may have touched. Some voting locations may have single-use pens available, but bringing your own pen will help keep you safe and minimize waste.
  - **Maintain physical distancing.** Stay at least 6 feet away from other voters and poll workers whenever possible (except for caregivers and members of the same household).
  - **Wash your hands.** Wash your hands with soap and water (for at least 20 seconds) before and after voting. If facilities are not readily available, use hand sanitizer with at least 60% alcohol.
  - **Don't touch your face.** Avoid touching your eyes, nose, and mouth with unwashed hands.

## COUNTY RECORDERS AND ELECTIONS CONTACT INFORMATION

**APACHE COUNTY**
Recorder Phone: 928-337-7515
Recorder Email: voterreg@co.apache.az.us
Elections Phone: 928-337-7537
Elections Email: aromero@co.apache.az.us

**COCHISE COUNTY**
Recorder Phone: 520-432-8358 / 888-457-4513
Recorder Email: recorder@cochise.az.us
Elections Phone: 520-432-8970 / 888-316-8065
Elections Email: lmarra@cochise.az.us

**COCONINO COUNTY**
Recorder Phone: 928-679-7860
Toll Free: 800-793-6181
Email: ccelections@coconino.az.gov

**GILA COUNTY**
Recorder Phone: 928-402-8740
Recorder Email: sbingham@gilacountyaz.gov
Elections Phone: 928-402-8709
Elections Email: emariscal@gilacountyaz.gov

**GRAHAM COUNTY**
Recorder Phone: 928-428-3560
Recorder Email: recorder@graham.az.gov
Elections Phone: 928-792-5037
Elections Email: hudederstadt@graham.az.gov

**GREENLEE COUNTY**
Recorder Phone: 928-865-2632
Recorder Email: smilheiro@greenlee.az.gov
Elections Phone: 928-865-2072
Elections Email: bfigueroa@greenlee.az.gov

**LA PAZ COUNTY**
Recorder Phone: 928-669-6136 / 888-526-8685
Recorder Email: recorder@lapazcountyaz.org
Elections Phone: 928-669-6149
Elections Email: kscholl@lapazcountyaz.org

**MARICOPA COUNTY**
Recorder and Elections Phone: 602-506-1511
Email: voterinfo@risc.maricopa.gov

**MOHAVE COUNTY**
Recorder Phone: 928-753-0701 / 888-607-0733
Recorder Email: voterregistration@mohavecounty.us
Elections Phone: 928-753-0733
Elections Email: elections@mohavecounty.us

**NAVAJO COUNTY**
Recorder Phone: 928-524-4194
Email: VoterRegistration@navajocountyaz.gov
Elections Phone: 928-524-4062
Email: Rayleen.richards@navajocountyaz.gov

**PIMA COUNTY**
Recorder Phone: 520-724-4330
Email: PimaRequests@recorder.pima.gov
Elections Phone: 520-724-6830
Elections Email: elections@pima.gov

**PINAL COUNTY**
Recorder Phone: 520-866-6830
Recorder Email: recorder@pinal.gov
Elections Phone: 520-866-7550
Elections Email: michele.forney@pinal.gov

**SANTA CRUZ COUNTY**
Recorder Phone: 520-375-7990
Recorder Email: voter@santacruzcountyaz.gov
Elections Phone: 520-375-7808
Email: hampton@santacruzcountyaz.gov

**YAVAPAI COUNTY**
Recorder Phone: 928-771-3244
Email: web.voter.registration@yavapai.us
Elections Phone: 928-771-3250
Elections Email: web.elections@yavapai.us

**YUMA COUNTY**
Recorder Phone: 928-373-6034
Email: voterservices@yumacountyaz.gov
Elections Phone: 928-373-1014
Email: mary.fontes@yumacountyaz.gov

**Questions? Visit Arizona.Vote or contact the Secretary of State's Office at 1-877-THE-VOTE.**



# Guidance for Reducing COVID-19 Risks at In-Person Voting Locations

This guidance provides recommendations for county election officials to help reduce the risk of COVID-19 at in-person voting locations. These recommendations are based on the Centers for Disease Control and Prevention's Recommendations for Election Polling Locations and feedback from the Arizona Department of Health Services.

## 1. ENCOURAGE VOTERS TO VOTE BY MAIL OR VOTE EARLY TO REDUCE EXPOSURE TO OTHERS AND LIMIT ELECTION DAY CROWDS

- **Vote-by-mail:** Election officials should encourage voters to sign up for the Permanent Early Voting List (PEVL) or request a ballot-by-mail for the 2020 elections so they can vote from the comfort and safety of their homes, minimize direct contact with others, and help reduce crowd size on Election Day.
- **In-person early voting:** Those who cannot vote by mail (e.g., due to lack of mail service or the need for accommodations or language assistance), should be encouraged to vote early in-person, where crowds tend to be smaller. Counties are encouraged to utilize HAVA and CARES Act funding to increase in-person early voting opportunities, particularly in rural and tribal communities that have historically faced barriers to voting by mail.

## 2. ENSURE VOTING LOCATIONS HAVE ADEQUATE CLEANING AND DISINFECTING SUPPLIES, AND PERSONAL PROTECTIVE EQUIPMENT (PPE) FOR POLL WORKERS

- Each voting location should have handwashing facilities, with sufficient soap, water, and drying materials. The Secretary of State's Office can assist with acquisition and delivery of portable handwashing stations for counties that anticipate using voting locations without readily-accessible handwashing facilities.
- Each voting location should provide sufficient alcohol-based hand sanitizer (with at least 60% alcohol) for voters to use before and after voting and for poll workers to use throughout the day. Consider placing the hand sanitizer at visible, frequently-used locations such as registration desks and points of entry/exit.
- Each voting location should provide PPE for poll workers, including face masks or cloth face coverings, face shields, and rubber gloves. Face masks or coverings should also be made available for voters who do not bring their own.
- Each voting location should have sufficient cleaning and disinfection supplies, including disinfecting wipes or disinfecting spray and paper towels, as well as cleaning products for voting machines and related equipment based on manufacturers' recommendations.

## 3. PROVIDE INSTRUCTIONS TO POLL WORKERS FOR REDUCING COVID-19 RISKS

- Poll workers should be instructed to stay home if they have a fever, respiratory symptoms, or otherwise believe they are sick. Counties should have back-up poll workers trained and ready to deploy in case of last-minute cancellations among poll workers.
- Poll workers should be required to wear a face mask or cloth face covering when working. Voters should be required or strongly encouraged to wear a mask or cloth face covering, and those who cannot do so should be requested to utilize curbside or drive-thru options to protect others in the voting location.

- Poll workers should wash their hands often with soap and water for at least 20 seconds. If soap and water are not readily available, use hand sanitizer with at least 60% alcohol.
- Poll workers should routinely clean and disinfect frequently-touched surfaces at the voting location, including tables, doorknobs, light switches, handles, desks, toilets, faucets, sinks, etc. If necessary, counties should consider designating a poll worker to ensure sufficient cleaning of frequently-touched surfaces and compliance with other recommendations, such as physical distancing protocols.
- Poll workers should receive specific guidance (based on the manufacturer's instructions) for routinely cleaning and disinfecting voting-associated equipment (e.g., voting machines, laptops, tablets, keyboards).
  - Counties should consult with their voting machine manufacturer for guidance on appropriate disinfection products for voting machines and associated electronics.
  - If no manufacturer guidance is available, consider using alcohol-based wipes or spray with at least 70% alcohol to clean voting machine buttons and touch screens. Dry surfaces thoroughly to avoid pooling of liquids.

## 4. IMPLEMENT PHYSICAL DISTANCING AT VOTING LOCATIONS

- Counties should implement procedures to ensure individuals who are not caregivers or from the same household remain at least 6 feet apart at the voting location. Counties should use floor tape and/or signage and instruct poll workers to help facilitate physical distancing.
- Counties should ensure voting locations have sufficient space to allow physically-distanced lines, provide physical distance between voting booths, and maintain distance between poll workers and voters as much as possible.

## 5. PROVIDE ALTERNATIVE VOTING ARRANGEMENTS TO LIMIT EXPOSURE TO OTHERS

- Provide curbside voting whenever possible and ensure adequate signage and instructions so voters can request the accommodation from the parking lot.
- Consider setting up drive-thru voting arrangements and ballot drop-off options at appropriate voting locations.
- Request voters who cannot or do not wear a mask or face covering to utilize curbside or drive-thru options to protect others in the voting location.

## 6. AVOID LOCATING POLLING PLACES WHERE THERE ARE HIGH-RISK POPULATIONS

- Counties should avoid locating polling places at nursing homes, assisted living facilities, and senior residences to reduce exposure among older individuals and those with chronic medical conditions, who are at higher risk for severe illness from COVID-19.

## 7. SHARE WITH VOTERS THE SECRETARY OF STATE'S RECOMMENDATIONS FOR IN-PERSON VOTING

- **Come prepared.** Review and mark a sample ballot so you can vote quickly and minimize the time you need to spend at the voting location.
- **Wear a face covering.** If it can be safely managed, wear a cloth face covering when you go to vote to help protect those around you.
- **Bring your own pen.** Bring your own pen to the voting location to minimize contact with surfaces others may have touched. Some voting locations may have single-use pens available but bringing your own pen will help keep you safe and minimize waste.
- **Maintain physical distancing.** Stay at least 6 feet away from other voters and poll workers whenever possible (except for caregivers or members of the same household).
- **Wash your hands.** Wash your hands with soap and water (for at least 20 seconds) before and after voting. If handwashing facilities are not readily available, use hand sanitizer with at least 60% alcohol.
- **Don't touch your face.** Avoid touching your eyes, nose, or mouth with unwashed hands.

# EXHIBIT 3

**Mailing Address**
P. O. Box 3145
Tucson, AZ 85702-3145

**County Public Service Center**
240 North Stone Avenue, 1st Floor
Tucson, AZ



**F. Ann Rodriguez**
**Pima County Recorder**

*Recording history one document at a time.*

Christopher J. Roads
Chief Deputy Recorder
Registrar of Voters
Document Recording: (520) 724-4350
Voter Registration: (520) 724-4330
Fax: (520) 623-1785
www.recorder.pima.gov

December 31, 2019

Robert Valencia, Chairman
Pascua Yaqui Tribe
7474 S. Camino de Oeste
Tucson AZ 85757


Re:     Early Voting Sites in 2020


Dear Chairman Valencia,


I received your letter dated November 6, 2019 regarding operating a walk-in early voting site on the Pascua Yaqui Reservation. You have asked us to have a site on the reservation for the March 2020 Presidential Preference Election, the August Primary Election and the November General Election.

The Presidential Preference Election (PPE) is paid for by the State of Arizona rather than Pima County. The state places significant restrictions on the counties for that election including having only half the normal number of polling places and having precincts with fewer than 300 eligible voters conduct their voting entirely by mail rather than going to a polling place. For the 2020 PPE, only the Democratic Party will be participating in the election, and the Democratic Party has determined that non-party members are not eligible to vote in the election.

My office has never operated any walk-in early voting sites for any PPE election other than inside my office locations, and this is my plan for the 2020 PPE as well. Since fewer than 40% of all voters in Pima County are eligible to participate in the PPE, there will clearly be inadequate funding to operate any additional locations in that election.

In previous elections, we had a limited use walk-in voting site in the lobby of the Yaqui radio station. At the same time, we also operated a limited use site that traveled to different districts on the Tohono O'odham nation including at the San Xavier district. A limited use site is one that is stocked with ballots for only the precincts for members of the tribal communities in close proximity to Tribal Land. A full service site is one that is equipped with ballots for any voter in Pima County. The limited use sites were not significantly used by voters.

For the 2016 Presidential General Election, we had only 44 voters vote at the Pascua Yaqui Radio Station for the entire week. That averages to 8 voters a day. For the 2018 General Election, we had 242 voters vote at the Mission Library location for the entire week. That averages to 48 voters a day. Both were open for 5 days. As you can see the Mission Library was a very successful early voting location.

At this point, I do not plan on having a walk-in voting site on the Pascua Yaqui reservation for either the Primary or the General Elections in 2020. During the 2018 election cycle, we opened a full service walk-in voting site at the Mission Road branch library and we will be using that facility for both elections.

One of the issues I had to take into consideration is exactly where members of the Pascua Yaqui tribe are located in Pima County. As you are aware, not all members live on reservation land in Pima County. In fact, a significant number of the members reside in Maricopa County. Many others live in a number of areas throughout the metropolitan Tucson area. My office does not know exactly who is and is not a member of the Pascua Yaqui tribe or where they reside. We do not want to turn away voters from a limited use site simply because we did not know all of the precincts where there are Pascua Yaqui voters.

I have therefore decided to provide full service voting sites rather than limited use sites, wherever possible.

The change to full service sites requires a number of other changes. The sites must be larger, more accessible, have the capacity to connect to our office network by secured connection, and be physically secure. The site must be able to accommodate a significant amount of electronic equipment and be a location that is fully secured with no outside access when the site is not opened. Neither the site used as the traveling location for the San Xavier District of the Tohono O'odham nation nor the Pascua Yaqui radio station meet those requirements.

The Mission Road library does meet all of those requirements. In particular, it is a County owned and operated facility that is fully staffed by County employees at all hours when it is open. It is fully secured after hours. The library directly connects to Pima County's computer network, and the meeting room that will be used for walk-in voting has more than adequate secured space for all of the equipment and materials needed. The site is fully accessible to persons with physical limitations and can accommodate a significant number of voters at one time. During 2018, the Mission Road library had far more voting activity than either of the two limited use sites. The Mission Road library also sits in a location that is the same distance from both the previous Yaqui site and the San Xavier site, and it will be a full service site available to any voter in Pima County. The Mission Library location will allow us to take care of both the Tohono O'odham San Xavier District and the Pascua Yaqui Tribe.

We have recently been working with tribal staff to determine how many members of the Pascua Yaqui Tribe are registered to vote in non-tribal elections (see exhibits A and B). The Tribe is very protective of its list of members. It appears that the only way for the check to occur would be for members of the tribal staff to conduct computer checks in my office to determine if they are registered to vote in non-tribal elections. Of course, I can only assist with Pima County voters, not members of the Tribe who live in Maricopa County. I have made that offer to tribal staff and we are waiting to schedule that task.

Regarding polling locations, this is not my responsibility. It is under the Election Department so you would need to contact them for polling location issues on Election Day and information on the polling location they intend to use for the 2020 Election Cycle.

I had shared a sample of a direct mailer that the Tohono O'odham Nation had used in the past to target their registered voters as something to consider in the future. The first step that the Pascua Yaqui Tribe needs to consider is making sure all members of the Tribe are registered to vote in Pima County. My office can only help with this from within our offices and for Pima County registrants. I would be happy to work with your public relations firm, Scott Hanson and Abbie Fink, on any projects that you feel would be helpful in getting members of the Tribe participating in the voting process.

I look forward to working with any members of your staff as well as the public relations firm.

Sincerely,

**Pima County Recorder's Office**

F. Ann Rodriguez
Pima County Recorder

FAR/pmf                                                     20LTR001

Enclosures

Cc:     Laura Berglan – via email
        Pascua Yaqui Tribal Council

# Pamela Franklin

| | |
|---|---|
| **From:** | F. Ann Rodriguez |
| **Sent:** | Monday, October 14, 2019 3:14 PM |
| **To:** | Letticia Baltazar (Letticia.M.Baltazar@pascuayaqui-nsn.gov) |
| **Cc:** | Laura Berglan; Recorder-admin; Josie Sierra |
| **Subject:** | FW: IMPORTANT REQUEST |

| | |
|---|---|
| **Importance:** | High |

Letticia,

Your email has been forward to me for a response. I am copying Ms. Laura Berglan in this email along with several members of my staff. I have had a couple of telephone calls with Laura regarding some of the things that we can provide to the Pascua Yaqui Tribe. Since the Tribe will not provide a list of your enrollment to our office to determine who is registered or not look ups are the next option. Therefore, the tribe will have to research in our database at those registered voters who live in Pima County from our office. We would demonstrate to you or whomever is assigned this project how to look up records in our office. There is certain information that we capture registered voters that the Tribe also captures for Tribal enrollmenet. This was all explained to Ms. Berglan.

Once you have this information the Tribe will have to decide if they want to do a mailing piece requesting the members of the Tribe who are not registered to register to vote. The options from there we can discuss at a later date. At least we know that you have 7,161 registered members of the Tribe that live in Pima County.

I need to point out that we can only help with those that live in Pima County. You would have to reach out to Maricopa County to see how they could you help you out. I can open those doors if the Tribe would like me to do that.

As a reminder, when communicating with my office make sure to always include the email address record-admin, plus Josie Sierra so that someone on my staff can answer questions in a timely fashion. We get busy with election related matters.

In addition, I am not sure what you mean in your yellow highlighted comments below.

*F. Ann Rodriguez*
*Pima County Recorder*

**From:** Letticia Baltazar [mailto:Letticia.M.Baltazar@pascuayaqui-nsn.gov]
**Sent:** Monday, October 14, 2019 1:52 PM
**To:** Josie Sierra <Josie.Sierra@recorder.pima.gov>; Pamela Franklin <pamela.franklin@recorder.pima.gov>
**Subject:** FW: IMPORTANT REQUEST
**Importance:** High

Hello Ladies ANY FEEDBACK on email below??? We are meeting with Tribal Council and Attorneys tomorrow morning????? Please respond at your earliest convenience

**From:** Letticia Baltazar
**Sent:** Friday, October 11, 2019 4:44 PM
**To:** 'Pamela Franklin'
**Cc:** 'Josie Sierra'

**Subject:** IMPORTANT REQUEST
**Importance:** High

Good Afternoon Ladies- Hope all is well
Pamela I have a question our Tribal Council is wanting to run a query of our enrolled tribal members that will be 18 years
or older (eligible voters) in Pima and Maricopa by November 03, 2020. According to our Enrollment database and as of
today we have ████████████ and 6379 in Maricopa that will be 18+.

There are wanting to see if there is a way we can match/ cross reference our enrollment names with voter registration
list to determine how many are NOT registered to vote. Is this something that is possible?? If so what is the process?

From what I understand the attorneys will be setting up meeting with Enrollment, Tribal Council and myself sometime
mid next week. So before I go into meeting I wanted to hear from you and see what where actually looking at from your
end. Perhaps there thinking get an entire disk of registered voters in Pima County and Maricopa and have our staff go
thru names one by one???? Hopefully there's easier way??? And do you think if WE do a mail out to the non-registered
voters is that pin pointing, singling out or discrimination in any way????? I Don't Know

PLEASE ADVISE.

Sincerely,

Letticia. M. Baltazar
Community Development Manager
Pascua Yaqui Tribe- Economic Development Department
7474 S. Camino De Oeste
Tucson, AZ  85757
(520) 879.-5290
Letticia.m.baltazar@pascuayaqui-nsn.gov

# F. Ann Rodriguez

| | |
|---|---|
| **From:** | Laura Berglan <Laura.Berglan@pascuayaqui-nsn.gov> |
| **Sent:** | Thursday, November 07, 2019 2:32 PM |
| **To:** | F. Ann Rodriguez |
| **Cc:** | Recorder-admin; Josie Sierra; Scott Hanson; 'Abbie Fink'; Herminia Frias; Letticia Baltazar |
| **Subject:** | Re: TO sample of PEVL mailer |
| **Attachments:** | 20191106 Letter to Rodriguez re PYT Early Voting.pdf |

Hello F. Ann,

Thanks for sharing this. We did speak with Tribal Council and they weren't interested in doing the targeted mailing that we discussed at this time. If anything changes on that front, we'll be sure to let you know. We appreciate your assistance on that.

Tribal Council has again asked about the Early Voting locations. I know that we discussed this briefly, which I relayed. The Chairman has drafted the attached letter on the topic, which you'll be receiving in the mail as well.

We look forward to your response and to our continued collaboration.

Thanks,

Laura Berglan
Attorney General
Pascua Yaqui Tribe
Office of the Attorney General
7777 S. Camino Huivisim, Bldg C
Tucson, Arizona 85757
(520) 879-5119
(520) 883-5084 (fax)
laura.berglan@pascuayaqui-nsn.gov

CONFIDENTIALITY/NONDISCLOSURE NOTICE: This email and any attachments are confidential. They may also be privileged or otherwise protected by law. If you have received this email by mistake, please let the sender know by replying to sender via email or by calling the sender at the above number, and then delete this email from your system.

**From:** F. Ann Rodriguez <F.Ann.Rodriguez@recorder.pima.gov>
**Sent:** Wednesday, November 6, 2019 5:31 PM
**To:** Laura Berglan <Laura.Berglan@pascuayaqui-nsn.gov>
**Cc:** Recorder-admin <Recorder-admin@recorder.pima.gov>; Josie Sierra <Josie.Sierra@recorder.pima.gov>; Scott Hanson <shanson@HMAPR.com>; 'Abbie Fink' <Afink@hmapr.com>; Herminia Frias <Herminia.Frias@pascuayaqui-nsn.gov>; Letticia Baltazar <Letticia.M.Baltazar@pascuayaqui-nsn.gov>
**Subject:** RE: TO sample of PEVL mailer

Laura,

Touching base as we are wrapping up this current election cycle. I know you were going to have a meeting to discuss the options that we discussed with leadership on the suggestion that I outlined below and verbally discussed. Attaching email that Letticia sent about the meeting.

I was wondering if the tribe leadership decided to have some staff come to our office to look at our voter files or not to see if members of the tribe are registered to voter? I would like to know for planning purposes, if they plan to come to the office so I can plan accordingly.

We need to keep moving on these projects. Josie will be following up on a separate email regarding if you have any upcoming events that he can attend.

Thanks,

F. Ann Rodriguez
Pima County Recorder

---

**From:** Laura Berglan [mailto:Laura.Berglan@pascuayaqui-nsn.gov]
**Sent:** Wednesday, October 2, 2019 5:11 PM
**To:** F. Ann Rodriguez <F.Ann.Rodriguez@recorder.pima.gov>
**Cc:** Recorder-admin <Recorder-admin@recorder.pima.gov>; Josie Sierra <Josie.Sierra@recorder.pima.gov>; Scott Hanson <shanson@HMAPR.com>; 'Abbie Fink' <Afink@hmapr.com>; Herminia Frias <Herminia.Frias@pascuayaqui-nsn.gov>
**Subject:** RE: TO sample of PEVL mailer

F. Ann,

Nice talking with you too. Thanks for the help and suggestions. I'm including on this email members of our PR firm, Scott Hanson and Abbie Fink. As discussed, they'll be interfacing with you on some voting-related matters. As always, should you have any questions, feel free to reach out.

Thanks again,

Laura Berglan
Attorney General
Office of the Attorney General
Pascua Yaqui Tribe
7777 S. Camino Huivisim, Bldg. C
Tucson, AZ 85757
(520) 883-5119 Office
(520) 490-6973 Cell
(520) 883-5084 Facsimile
email: laura.berglan@pascuayaqui-nsn.gov

## CONFIDENTIALITY NOTICE

The information contained in this communication is privileged and confidential information protected by the attorney-client relationship and is intended for solely for the use of the individual or entity named above. The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, protects the confidentiality of this e-mail and any attachments. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication

in error, please notify the Office of the Attorney General immediately by telephone at <u>520.883.5106</u> or reply by e-mail and delete or discard the above message. Thank you.

---

**From:** F. Ann Rodriguez [mailto:F.Ann.Rodriguez@recorder.pima.gov]
**Sent:** Wednesday, October 2, 2019 4:40 PM
**To:** Laura Berglan <Laura.Berglan@pascuayaqui-nsn.gov>
**Cc:** Recorder-admin <Recorder-admin@recorder.pima.gov>; Josie Sierra <Josie.Sierra@recorder.pima.gov>
**Subject:** TO sample of PEVL mailer

---

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

This message contains unscannable attachments that could not be verified
virus free. Open only if you were expecting this message. Sophos Security

Laura,

Nice talking to you again today. I am attaching the sample of the mailer that the Tohono O'odham Nation did in 2018.

They decided to have them be returned directly to my office . You can decide if you want them to be returned directly to you and pay for the postage and then bring them to our office. It is up for discussion. Timing would be important depending on when you intend to mail them.

In addition, you can do another mailer advising the members of the tribe where all of our early voting locations are located and when we will be opened. Another subject we can discuss. Depending on your universe how large your budget would need to do this mailer would be.

On all voter registration forms is a box where voters can sign up to be placed on the PEVL (Permanent Early Voting list) and through MVD at their voter registration link servicearizona.com  My office also does a separate mailer for all new registered voters if they are not on the PEVL we send them a request to see if they would like to be on the PEVL and explain it.

I am including an email group called recorder-admin that goes to my administration team please include them in all email communication with my office. This will make sure in case I am of the office answer any questions you may have.

You can have your staff that will be working on the data file come to our office any time after November 12th to use our voter data base to look up members of your tribe. I can have Josie assist this group. I would just need to know in advance as to what dates, time and how many will be coming. Once they learn to look in our data base it should move fairly quickly.

Let me know if you have further questions.

Thanks

*F. Ann Rodriguez*
*Pima County Recorder*
*520-724-4356 or 520-724-4357*

# EXHIBIT 4

# Pima County Recorder
# Early and Emergency Voting Sites
# 2020 General Election
*Call 520-724-4330 with questions, do not call the sites*

| Site Name and Location | Site dates and hours of operation |
| --- | --- |
| **Sites Opening Wednesday, October 7, 2020** | |

**Recorder's Main Office**
240 N Stone Ave.
County Public Service Center, Downtown
***Curbside ballot drop off available***
***October 19 – November 2, 2020***

Monday through Friday
10/7/20 through 10/30/20
8 am - 5 pm

> ***EMERGENCY VOTING\****
> Saturday, October 31, 9 am - 3 pm
> Monday, November 2, 8 am - 5 pm

**Recorder's East Side Annex**
6920 E Broadway Blvd., Suite D
Southwest corner of Broadway and Kolb, near the
Gaslight Theater and Little Anthony's Diner
***Curbside ballot drop off available***
***October 19 – November 2, 2020***

Monday through Friday
10/7/20 through 10/30/20
8 am - 5 pm

> ***EMERGENCY VOTING\****
> Saturday, October 31, 9 am - 3 pm
> Monday, November 2, 8 am - 5 pm

**Recorder's Ballot Processing Center**
6550 S Country Club Rd.
1 block south of Valencia Rd. on west side of street
***Curbside ballot drop off available***
***October 26 – November 2, 2020***

Monday through Friday
10/7/20 through 10/30/20
8 am - 5 pm

> ***EMERGENCY VOTING\****
> Saturday, October 31, 9 am - 3 pm
> Monday, November 2, 8 am - 5 pm

| Sites Opening Monday, October 26, 2020 |
| :---: |
| **For inside voting and selected curbside ballot drop off** |

**Oro Valley Library**
1305 W Naranja Dr, Oro Valley
Southeast corner of Naranja Dr. and La Cañada Dr.
***Curbside ballot drop off available starting***
***Monday, October 19***

10/26/20 through 10/30/20
Mon, Weds, Fri: 9 am - 5 pm
Tues, Thurs: 10 am - 7 pm

*EMERGENCY VOTING\**
Saturday, October 31, 9 am - 3 pm
Monday, November 2, 8 am - 5 pm

**Pima County Natural Resources, Parks and**
**Recreation Building**
3500 W River Rd.
Approximately ½ mile south of Orange Grove Rd.
***Curbside ballot drop off available starting***
***Monday, October 19***

Monday through Friday
10/26/20 through 10/30/20
9 am - 5 pm

*EMERGENCY VOTING\**
Saturday, October 31, 9 am - 3 pm
Monday, November 2, 8 am - 5 pm

**Woods Library**
3455 N 1st Ave, Tucson
Between Prince Rd. and Fort Lowell Rd.
***Curbside ballot drop off available starting***
***Monday, October 19***

10/26/20 through 10/30/20
Mon, Weds, Fri: 9 am - 5 pm
Tues, Thurs: 10 am - 7 pm

*EMERGENCY VOTING\**
Saturday, October 31, 9 am - 3 pm
Monday, November 2, 8 am - 5 pm

**Wheeler Taft Abbett Library**
7800 N Schisler Dr, Tucson
1 block south of Cortaro Rd., 2 blocks east of
Silverbell Rd. next to Silverbell District Park
*Curbside ballot drop off available starting*
*Monday, October 26*

10/26/20 through 10/30/20
Mon, Weds, Fri: 9 am - 5 pm
Tues, Thurs: 10 am - 7 pm

*EMERGENCY VOTING\**
Saturday, October 31, 9 am - 3 pm
Monday, November 2, 8 am - 5 pm

**Miller Golf Links Library**
9640 E Golf Links
Just east of Harrison Rd.
*Curbside ballot drop off available starting*
*Monday, October 26*

10/26/20 through 10/30/20
Mon, Weds, Fri: 9 am - 5 pm
Tues, Thurs: 10 am - 7 pm

*NO EMERGENCY VOTING AT THIS SITE*

**Kirk- Bear Canyon Library**
8959 E Tanque Verde Rd.
In shopping center, northeast corner of
Tanque Verde Rd. and Bear Canyon Rd.
*Curbside ballot drop off available starting*
*Monday, October 19*

10/26/20 through 10/30/20
Mon, Weds, Fri: 9 am - 5 pm
Tues, Thurs: 10 am - 7 pm

*EMERGENCY VOTING\**
Saturday, October 31, 9 am - 3 pm
Monday, November 2, 8 am - 5 pm

**Mission Library**
3770 S Mission Rd
Northwest Corner of Mission Rd. and Ajo Way
*Curbside ballot drop off available starting*
*Monday, October 19*

10/26/20 through 10/30/20
Mon, Weds, Fri: 9 am - 5 pm
Tues, Thurs: 10 am - 7 pm

*EMERGENCY VOTING\**
Saturday, October 31, 9 am - 3 pm
Monday, November 2, 8 am - 5 pm

**The Good Shepherd UCC**                              Monday through Friday
17750 S La Cañada, Sahuarita/Green Valley             10/26/20 through 10/30/20
Approximately ½ mile south of Twin Buttes Rd.         9 am - 5 pm
***Curbside ballot drop off available starting***
***Monday, October 19***

> ***EMERGENCY VOTING\****
> Saturday, October 31, 9 am - 3 pm
> Monday, November 2, 8 am - 5 pm

**University of Arizona Student Union**                Monday through Friday
Santa Rita Room, 3rd floor                       10/26/20 through 10/30/20
***Inside ballot drop off available***                9 am – 5 pm

> ***NO EMERGENCY VOTING AT THIS SITE***

**TOKA Community Building**                            Monday through Friday
51 Baboquivari Circle, Sells                          10/26/20 through 10/30/20
Off of Hwy 86, west of milepost 151                   9 am - 4 pm
***Inside ballot drop off available***

> ***EMERGENCY VOTING\****
> Saturday, October 31, 9 am - 3 pm
> Monday, November 2, 8 am - 5 pm

**Salazar- Ajo Library** (Ajo residents ONLY)         Monday through Friday
15 W. Plaza St., #179, Ajo                            10/26/20 through 10/30/20
***Inside ballot drop off available***                10 am - 4 pm

> ***NO EMERGENCY VOTING AT THIS SITE***

*\* Emergency Voting sites approved by the Pima County Board of Supervisors on  April 21, 2020, and May 19, 2020.*

Rev 9/14/2020

# EXHIBIT 5



## Restore Early Voting to the Pascua Yaqui

Arizona's Tribal communities are an integral part of the rich fabric that makes up who we are as a State.

That's why when their access to vote is suppressed, our entire community suffers.

In 2018, the Pascua Yaqui Tribe lost their early voting site because of a unilateral decision by the Pima County Recorder. It now takes more than 2 hours round trip by public transportation for a member of the Tribe to simply cast their vote. In the best of times this is blatant voter suppression, but during a pandemic, it is irresponsible, cruel, and puts the community at risk.

It's 2020, and the Pascua Yaqui early voting site still has not been restored.

No voter should be forced to choose between their health and casting their ballot.

Thousands of community members are demanding that Pima County restore the Pascua Yaqui's Early Voting Site.

Angelique Aderman, Pima
Raul Aguirre, Pima
Chris Ahearn, Pima
Kelsey Ahlmark, Pima
Eileen, Aird, Pima
Jessica Alexandra, Pima
Darcy Alexandra
Bryn Allen, Pima
Neale Allen, Pima
Maryholly Allison, Pima
Ethel allman, Pima
Irene Alvarez, Pima
Catalina Alvarez Flores, Pima
Gloria Alvarez Gomez, Pima
Megan Amaya, Latah
Skylar Anderson, Maricopa
Susan Anderson, Pima
Joyce M Anderson, Pima
Robert Androff, Pima
Edward Apraku, Maricopa
Theresa Archer, Pima
Emily Aretinoff, Pima
Ary Arellano, Pima
Marisela Arias, Maricopa
Frances Armijos, Los Angeles
Nick Arnold, Pima
Gabriela Arriaga, Pima
Agned Attakai, Pima
Barbara Atwood, Pima
Jason Bahe, Pima
Dawn Bailey, Pima
Sal Baldenegro, Pima
Lenore Ballen, Pima
Leticia Baltazar, Pima
Ismael Barajas, Pima
Kathleen Barber, Pima
Isaiah Barnett Moreno, Pima
Dorothy Barth, Pima
Christine Bartolic, Pima
Barbara Barwig, Pima
Nancy Baskin, Pima
Tamsen Bassford, Pima
Melanie Baumea, Pima
Xena Baza, Maricopa
Lesley Beach, Pima
Crystal Beausejour, Pima
Cheryl Bechtle, Pima
Michael Beckman, Pima
Celia Beier, Pima
Chujka Beltran, Pima
Peggy Bendel, Pima
Andy Bennett, Pima
Janine Bennette, Pima
Frank Bergen, Pima
Marsha Berlo, Navajo
Lizzy Berman, Pima
Katie Bernstein, Pima
Patti Bersbach, Pima
Melody Bertolozzi, Pima
Gerri Beverly, Maricopa
Arianna Beverly, Maricopa
Desiree Bierman, Pima
Lorrie Birch, Pima
John Bird, Pima
Sallie Bitner, Pima
Juliet Blake, Pima
Rebecca, Blakiston, Pima
James Blanchard, Pima
Molly Block, Pima
Misty Blue, Pima
Paula Bloemer, Pima
Gloria Blumahourst, Pima
Paula Boekter, Clark
Gilberto Borquez, San Bernardino
Leslie Bow, Pima
Nora Bowers, Pima
Rita Boyd, Pima
Holly Bradley, Pima
Beth Bramblett, Pima
Sarah Bramlett, Pima
Jan Brandt, Pima
Rosalinda Bravo-Garcia, Pima
Geraldine Brennan, Pima
Mary-Jacqueline Brents, Pima
Sarah Britton, Pima
Theresa Brooks, Pima
Earline Brown, Pima
Steve Brown, Pima
Savanna Bruno, Snohomish
Holly Bryant, Pima
Mary Jane Buenamea, Pima
Julie Burguiere, Pima
Rebecca Burke, Pima
Veronica Burleson, Pima
Patricia Buster, Pueblo
Vanessa Bustos, Maricopa
Louise Buth, Pima
Arcadia Caamano, Pima
Vanessa Caisse, Pima
Tish Calderon, Yavapai
Leatriz Calderon, Yavapai

Maria Calderon, Pima
Debra Caldwell, Pima
Alex Callahan, Pima
Bonnie Callahan, Pima
Adriana Calvillo, Pinal
Christine Cameron, Pima
Rosemary Campoy, Pima
Jose Cancio, Pima
Victoria Cannon, Pima
Elizabeth Caraballo, Pima
Daune Cardenas, Pima
Eva Cardenas, Pima
David Cardinali, Pima
Christina Carlson, Pima
Tyla Carlson, Maricopa
Jade Carr, Pima
Robert Casale, Pima
Juliana Casillas, Pima
Brenda Casillas, Pima
Gloria Castillo, Pima
Alexander Castillo-Nunez, Maricopa
Susannah Castro, Pima
Corey Caulkins, Maricopa
Gabriella Cazares-Kelly, Pima
Ernest Celaya, Pima
Ariana Cervantes, Winneshiek
Eva Jane Chartier, Pima
Raquel Cheno, Pima
Alex Chernetz, Pima
Tema Chipo, Pima
Susan Choi, Pima
Lily Christopher, Pima
Marion Chubon, Pima
Joan Cichon, Pima
Yuri Claustro, Pima
Anita Claverie, Santa Cruz
Taylor Cleland
Catherine Clonts, Pima
Anne Coburn, Pima
Suzanne Cohen, Pima
Rebecca Cohen, Pima
Fran Coleman, Pima
Patricia Connelly, Pima
Darcy Conner, Pima
Brett Cook, Pima
Mary Cooper, Pima
Drew Cooper, San Juan
Ana Cortez, Pima
Peter Costantini, King
Joyce Cotton, Pima
Penelope Cottrell-Crawford, Pima
Margo Cowan, Pima
Cynthia Cowell, Pima
Hanna Coy, Pima
Megan Coy, Pima
Ronan Craft, Thurston
Wesley Creigh, Pima
Aaron Crotz, Maricopa
Joslyn Culver, Pima
Danielle Cunes, Pima
Jessica Cunningham, Pima
Thomas Cupis, Pima
Janine Curtis, Pima
Suzanne Lea Cuzner, Pima
Dan Daley, Pima
Donna Dalton, Pima
Tom Danger, Pima
Margaret Dangremond, Pima
Nancy Davis, Pima
Jenine Davison, Monterey
Daniella Dawson, Pima
Maria De La Ossa, Pima
Noel De Tierra, Pima
Therese De Vries, Pima
Madeleine Deblois, Pima
Laura Dent, Pima
Kathleen Deverna, Pima
Steven Dewakuku, Pima
Patricia DeZur, Pima
Richard Diaz, Maricopa
Samantha Diaz, San Bernardino
Perla Diaz, Pima
Elvira Din, Pima
Robert Dingus, Pima
Robert Divine, Pima
Susan Dixon, Pima
Keri Dixon, Pima
Jennifer Doorenbos, Pima
Jennifer Doorenbos, Pima
Fran Dorr, Pima
Jan Dowling, Pima
John Downey, Pima
Abbey Doyle, Pima
Deborah Drew, Pima
Deborah Driskill, Pima
Vidal Duarte, Maricopa
Kathleen Dubbs, Pima
Olivier Dubois, Pima
Kit Dunbar, Alameda
Toni Dunbar, Pima

Louise Durant, Pima
Daniel Dyring, Travis
Angela Dzikoski, Pima
Erin Mitchell, Pima
Colin Easom, Pima
Candice Eaton, Pima
Angela Edge, Pima
Rachel Edris, Pima
Rachael Eggebeen, Pima
Lois Eisenstein, Pima
Diana Elbirt, Pima
Emilia Eldridge, Pima
Julie Emerson, Pima
Arnold Enochs, Pima
Leslie Epperson, Pima
Mark Erickson, Chester
Anna Escalante, Pima
Hilary Eshelman, Pima
Brianna Espinoza, Pima
Rebecca Estrella, Pima
Octavio Estrella Amador, Pima
Sonia Evans, Pima
Donald Everhart, Los Angeles
Joel Everts, Pima
Barbara Fabella, Pima
Leah Fabiano-Smith, Pima
Dolores Fair, Pima
Lisa Falk, Pima
Kristen Farney, Maricopa
Meghann Farrell, Pima
Alexis Favis, Pima
David Fawcett, Pima
Reyna Figueroa, Pima
Rose Fink, Pima
Rita Flattley, Pima
Mary Fleming, Pima
Amanda Flexas, Pima
Elizabeth Flores, Maricopa
Ariel Flores, Pima
George Flores, Maricopa
Dominique Flores-Keown, Pima
Yolanda Flores-Lara, Pima
Bruce Folkers, Pima
Rosemarie Font, Pima
Janet Foran, Pima
Amy Fountain, Pima
Danielle Fradette, Pima
Kathy Franz, Pima
Arturo Frias, Pima
Guadalupe Frias, Pima
Herminia Frias, Pima
Brandon Friend, Pima
Susan Friese, Pima
Paula Frisbey, Pima
Anzorena Fuentes, Pima
Margaret Fusari, Pima
Erica G, Pima
Enrika Gage, Pima
Felice Gaia, Pima
David Galaz Jr, Pima
Jacqueline Gale, Pima
Lydia Galvan, Pima
Ayesha Garcia, Santa Fe
Victor Garcia, Pima
Veronica Garcia, Maricopa
Brian Garcia, Maricopa
Velia Garcia, Pima
Alicia Garcia, Pima
Terri Garcia, Pima
Dolores Garcia, Pima
Jennifer Garcia, Pima
Elizabeth Garcia, Pima
Justin Garcia, Kings
Terri Garcia Fasano, Maricopa
Troy Gardner, Winneshiek
William Gardner, Maricopa
Sami Gardner, Pima
Kim Gaskill, Pima
Kathleen Gatto, Pima
Jordan Geddis, Pima
Maggie Geddeou, Pima
James Geisi, Pima
Rick Ghaly, Pima
Duane Gibson, Pima
Katherine Gierlach, Pima
Shannon Giles, Pima
Kati Gilson, Pima
Elizabeth Glass, Pima
Joyce Gleason, Maricopa
Jerry Gleas, Maricopa
Joyce Goeller, Pima
Morgan Goff, Pima
Deb Goff, Santa Cruz
Julie Golding, Maricopa
Diana Gomez, Pima
Ashley Gomez, Pima
Edward Gonzales, Pima
Wendy Gonzales, Pima
Camille Gonzalez, Pima
Debra Goodman, Pima

Ray Goodwin, Pima
Kathleen Gradillas, Pima
Walter Gray, Maricopa
Theresa Gredig, Pima
Elena Greenberg, Pima
Robert Greenquist, Pima
Benjamin Griffith, Pima
Clayre Griggs, Pima
Jeremy Guerrero, Yuma
Esperanza Guevara, Pima
Patricia Guiterman, Pima
Maggie Gumble, Pima
Marina Guthrie, Pima
Rick Hale, Pima
Christopher Hall, Pima
Peggy Hall, Pima
Eva Halvax, Pima
Nancy Hamadou, Pima
Melanie Hanneman, Pima
Gregory Hanson, Pima
Diane Harland, Pima
Victoria Harris, Washoe
Frank Harris, Pima
Terry Hartmann, Pima
Samantha Hauserman, Pima
Dana Hayes, Gila
Donald Hays Jr., Pima
Cynthia Hazeltine, Pima
Michele Hedlund, Pima
Mike Hegedus, Pima
Amy Heisner, Maricopa
Joyce Hellard, Pinal
Jeff Henderson, Pima
Marcia Henningson, Pima
Luis Heredia, Maricopa
Debra Hernandez, Maricopa
John Hernandez, Pima
David Herr, Pima
Suzanne Higgins, Pima
Melissa Higuera, Pima
Christine Hill, Pima
Sheri Hill, Pima
Christopher Hill, Pima
Veronica Hirsch, Pima
Rebecca Hogle, Pima
Daniel Holladay, Pima
Paige Holmes, Pima
Nancy Holmes, Pima
Christina Homburg, Pima
Jaclyn Hookanson, Pima
Robert Hopkins, Pima
Meli Horowitz, Pima
Beth Horowitz, Pima
Hilton Hoskins Jr., Pima
Peter Hovis, Pinal
Eva Hube, Pima
Miriam Huerta, Maricopa
Noah Huerta, Maricopa
Edith Hund, Pima
Anne Hundley, Pima
Diana Huntley, Pima
Barbara Hutchinson, Pima
Paloma Ibanez, Pima
Karen Ibarra, Maricopa
Joseph Ingold, Pima
Loren Ingold, Pima
Evan Ingold, Pima
Lizette Ingram, Orange
Anita Inigo, Pima
Samantha Inman, Pima
Nicole Iroz-Elardo, Pima
Rachel Ivanyi, Pima
Maphilindo Iyoyo, Pima
Wilma Jackson, Maricopa
Chloe Jackson, Pima
Harry Jacobson, Pima
Jennifer James, Pima
Tracey Jaymes, Pima
Khoisan Jefferson, Washington
Susan Jenkin, Pima
Suzette Jimenez, Pima
Candice Johnson, Pima
Kimberly Johnson, Pima
Lonnie Jones, Maricopa
Chuck Jones, Maricopa
Bettina Jones, Pima
Marta Jones, Pima
Flora Jones, Pima
Lois Jordan, Pima
Andrea Joscelyn-Nivette, Pima
Philip June, Pima
Bryan Jungers, Pima
Norma Kafer, Maricopa
Jonathan Kahn, Pima
Catherine Kaufman, Pima
Diane Kavelaras, Pima
Nancy Kayhart, Pima

Heather Keaton, Pima
Selene Kelley, Pima
Martha Kelley, Pima
Charles Kelly, Pima
Karen Kelter, Pima
Pamela Kerr, Pima
Lois Ketter-Day, Pima
Laura Key, Pima
Ann Khambhola, Pima
Karina Khan, Maricopa
Neil Kight, Pima
Melissa Kimber, Hennepin
Mak King, Pima
Vanessa King, Pima
David Kirshbaum, Pima
Kevan Kiser Chuc, Pima
Mary Kline, Pima
Chris Koenen, Pima
Margaret Koenig, Pima
John Konrad, Pima
Shadrick Konzardy, Pima
Beatrice Krausa, Pima
Gemma Krebs, Pima
William Kreisel, Pima
Tamar Rala Kreiswirth, Pima
Chelsea Krumrey, Maricopa
Douglas Krusze, Pima
Ellen Kuyper, Pima
Paul La Farga, Pima
Christina Lacey, Pima
Jin Yi LaCoss, Pima
Heather Lahti, Pima
Margie Lambert, Pima
Roma Lamor, Pima
Bonnie Lancaster-Jones, Pima
Annette Landi, Pima
Linda Landon, Pima
Stephanie Landreville, Pima
Kaitlyn Lank, Maricopa
Linda Laraia, Pima
John Larson, Pima
Natasha Lasch, Pima
Laurie Lautzenheiser, Pima
Gail Lawley, Pima
Margaret Lazos, Pima
Gabriela Leon, Pima
Patricia Leong, Pima
Lorenzo Levy, Pima
Kurt Levy, Pima
Dana Lewallen, Pima
Shelly Lewellen, Pima
Karen Lieneke, Pima
Casey Limón-Condit, Pima
Marie Lingham, Pima
Sylvia Lombera, Fresno
Michael Lonergan, Pima
Robin Lowe, Maricopa
Phillip Lucas, Pima
Marcellina Lucero, Pima
Hallie Luedtke, Pima
Arianna Luna, Pima
Mellow Dawn Lund, Pima
Karen Lustig, Pima
Perry Lux, Pima
Kendra Lyons, Pima
Leia Maahs, Pima
Patricia MacCorquodale, Pima
Timothy MacDonald, Pima
Natalie MacDonald, York
Heather Mace, Pima
Lisa Macura, Maricopa
Stephanie Madrid, Maricopa
Dolores Madrid, Pima
Brittany Madrigal, Pima
Celeste Madrill, Pima
Claire Maguire, Pima
Joana Mains, Pima
Tania Malven, Pima
Oscar Mancinas, Maricopa
Anes Mangan, Pima
Lorraine Mangan, Pima
Nancy Manhardt, Pima
Richard Mansfield, Pima
Patricia Manspeaker, Pima
Mildred Manuel, Pima
Anna Maranise, Pima
Amanda Marchioni, Pima
Maveny Marin, Pima
Patricia Marquez, Pima
John Martin, Pima
Karen Martin, Pima
Rachel Martin, Pima
Sarah Martin, Pima
Natalie Martinez, Maricopa
Jennie Martinez, Maricopa
Roxanna Martinez, Pima
Angela Masterson, Pima
Christine Matsiko, Pima
Nancy Mattina, Yavapai
Maria Matus, Pima
Katie Mayo, Pima









## Restore Early Voting to the Pascua Yaqui

Arizona's Tribal communities are an integral part of the rich fabric that makes up who we are as a State.

That's why when their access to vote is suppressed, our entire community suffers.

In 2018, the Pascua Yaqui Tribe lost their early voting site because of a unilateral decision by the Pima County Recorder. It now takes more than 2 hours round trip by public transportation for a member of the Tribe to simply cast their vote. In the best of times this is blatant voter suppression, but during a pandemic, it is irresponsible, cruel, and puts the community at risk.

It's 2020, and the Pascua Yaqui early voting site still has not been restored.

No voter should be forced to choose between their health and casting their ballot.

Thousands of community members are demanding that Pima County restore the Pascua Yaqui's Early Voting Site.

Tim McCabe, Pima
Anna McDonald, Maricopa
Megan McDonald Tukey, Pima
Helen McDowell, Yavapai
Lawinna McGary, Pima
Michelle McKenna, Pima
Alica McKenna Johnson, Pima
Bonnie McKenzie, Pima
Laura McMeley, Pima
Michele McNally, Pima
Perrin McNelis, Pima
June McPherson, Pima
Christina McVie, Pima
Melissa Medeiros, Hillsborough
Arielle Meints, Pima
Don Melhado, Pima
Daryl Melillo, Pima
Colin Mellars, Pima
Anessa Menard, Pima
Constance Mendoza, Pima
Elizabeth Miles, Pima
Lynne Miller, Pima
Jasmine Milsap, Maricopa
Victoria Minnix, Pima
Elizabeth Miranda, Pima
Otila Miranda, Santa Cruz
Maggie Mirto, Pima
Logan Mitchell, Maricopa
Arthur Mitchell, Pima
Leigh Anne Moffatt, Cochise
Yolanda Molina, Pima
Teresa Molina, Pima
Paola Molina, Pima
Debbie Montano, Pima
Emil Moorbeck, St. Louis
Marsha Moore, Lancaster
David Moore, Pima
Molly Moore, Pima
Evelyn Morenk, Pima
Mark Morey, Pima
Olivia Morillo, Pima
Marielle Morran, Pima
Pamela Morrow, Pima
Samantha Morrow, Pima
Faith Mosio, Pima
Catherine Moulton, Pima
Jean Muench, Pima
Patricia Muir, Pima
Keri Mullane, Pima
Carol Mullen, Pima
Francisco Munoz, Pima
Sandra Munoz, Pima
Lynn Murphy, Pima
Kelly Murphy, Pima
Susan Muzzin, Pima
Adrienne Myers, Pima
Ashley Myton, Maricopa
Amelia Natoli, Pima
Deborah Neff, Pima
Pam Negri, Pima
David Nelson, Pima
Monica Nelson, Pima
Christina Newhall, Pima
Michael Newman, Pima
Cece Nguyen, Maricopa
Ryan Niccum, Pima
Juliet Niehaus, Pima
Grace Niemiro, Pima
Rachael Nock, Pima
Roana Noland, Pima
Kathleen Nordstrom, Pima
Neil Norton, Pima
Chuvak Nunez, Maricopa
Marisela Nunez, Pima
Regina Nunez, Pima
Megan Obrien, Pima
Judy Obrien, Pima
Sydnie Oehlsen, Pima
Colette Oestetle, Pima
Kaelyn Okelly, Pima
Peggy Okelly, Pima
Andrea Okonkwo, Harris
Stephanie Oleary, Pima
Sandra Olson, Pima
Maurene Olson, Pima
Greg Olszta, Wayne
Sandra Ongley, Pima
Lucille Ontiveros, Maricopa
Corina Ontiveros, Pima
Juan Ormeno, Maricopa
Isabel Orozco, Maricopa
Isabel Osuna, Pima
Kenneth Otto, Brevard
Adrianna Ovnicek, Pima
Sheri Owens, Pima
Candace Paden, Maricopa
Jenni Pagano, Pima
Vanessa Palma, Maricopa
Richard Park, Pima
Rm Parks, Pima
Amelia Parris, Pima

Susan Partlow, Pima
Joan Patch, Pima
Virginia Patrick, Pima
Sara Patterson, Pima
Robin Patze, Pima
Paula Paulagoodrich-Pavesich, Pima
Gail Paulin, Pima
Lindsay Payne, Pima
Donna Pedegana, Pima
Carol Peden, Pima
Bridget Pedrazza, Pima
Ric Pelaar, Clinton
Troy Pelaar, Pima
Ronald Pelech, Pima
Emily Penning, Pima
Alexis Peregoy, Pima
Cianna Perez, Maricopa
Peter Perkins, Pima
Anne Perrin, Pima
Beau Peterson, Pima
Garrett Philbin, Pima
Jessica Pike-Christie, Pima
Patricia Piper, Pima
Molly Pisani, Queens
Alexandra Plukis, Williamson
Mona Polacca, Pima
Josh Pope, Pima
Katie Popiel, Pima
Janise Porter, Pima
Aj Pratt, Eaton
Serena Price, Pima
Arianna Price, Pima
Diana Ptaszynski, Pima
Nicholas Puente, Pima
Patricia Puig, Pima
Angelica Quezada, Maricopa
Sally Quick, Pima
Jeaiza Quinones, Pima
Donna Rabuck, Pima
Jen Radler, Pima
Judith Raffety, Pima
Emmett Rahn-Oakes, Santa Cruz
Carmelo Ramos, Pima
Matricia Randle, Pima
Laura Ratliff, Pima
Brittney Rawdin, Pima
Linda Ray, Pima
Doyle Ray, Pima
Katelyn Redding, Pima
Linsay Reece-Evans Maricopa,
Angelyca Reed, Pima
Nataly Reed, Pima
Michele Reese, Pima
Jennifer Reeve, Pima
Connie Remetch, Pima
Stephanie Rendino, Pima
Jennifer Resnick, Pima
Amber Rice, Pima
Laurie Rice, Pima
Kimberly Richardson, Pima
Caitlin Riggs, Pima
Roxanne Richardson, Pima
Kathryn Rinn, Pima
Catherine Ripley, Pima
Lyndi Rivers, Pima
Annette Robertson, Maricopa
Linda Robertson, Pima
Maeve Robertson, Pima
Teresa Robison, Pima
Mario Rodriguez, Pima
Anakarina Rodriguez, Maricopa
Perfecto Rodriguez, Pima
Erin Roepcke, Pima
Amanda Roller, Shenandoah
Miguel Roman, Pima
Renee Romero, Maricopa
Veronica Romero, Pima
Denise Romesburg, Maricopa
Adalberto Romo, Pima
Reuben Roqueni, Multnomah
Faith Roseberry, Pima
Jill Rouleau, Maricopa
Karla Rowland-Woods, Pima
Jayla Rubinelli, Pima
Peter Ruiz, Pima
Celina Ruiz, Pima
Pilar Ruiz, Pima
Ellen Russell, Pima
Anna Ryan, Pima
Britnee Ryneaarson, Pima
Cecilia Saenz, Pima
Sonia Salazar, Pima
Andrea Salcido, Pima
Leah Salgado, District of Columbia
Shayna Salinas, Pima
Tina Sampson, Pima
Sara Sams, Maricopa
Julie Sankey, Pima
Amy-Ann, Santos, Pima
Azurine Sauceda, Maricopa
Walter Savournin, Pima

Cynthia Saxon, Pima
Ruth Scatamacchia, Pima
Gloria Schaffer, Pima
Laura Schatz, Pima
Cristianne Scherrer, Maricopa
Katheryn Schmidt, Pima
Elizabeth Schmidt, Pima
Gordon Schneider, Maricopa
Jason Schneider, Pima
Chery Ilchrader-Gerken, Pima
Lori Schultz, Pima
Suzy Schwanz, Pima
Nancy Schwartz, Pima
Kamber Schwarz, Pima
Jack Schwimmer, Maricopa
Christine Schwindt, Pima
Charles Scott, Pima
Hannah Seaman, Pima
Elaine Sellinger, Pima
Lesah Sesma-Gay, Pinal
Aubree Sethman, Newport News (City)
Honmana Seukteoma, Pima
Sofie Seymour, Pima
Cynthia Shaffer, Pima
Lynn Shaffer, Pima
Claudia Sharpe, Pima
Jeanne Shaw, Pima
Jaclyn Shea, La Salle
Melissa Shelley, Pima
Nicole Shinn, Williamson
Lynn Shoemaker, Walworth
Linda Shore, Santa Cruz
Paula Shoup, Navajo
Kirby Shultz, New York
Joseph Silins, Pima
Michelle Silverio, Maricopa
Janet Silverman, Pima
Lorenzo Simmons, Pima
Kayla Simpson, Santa Cruz
Jacqueline Sinazra, Pima
Marissa Sites, Pima
Colleen Skiles, Pima
Mindy Smith, Pima
Alexis Smith, Pima
Christine Smith, Pima
Monica Smith, Pima
Paul and Nancy Smith, Pima
Karen Smith, Pima
Kimberly Smith, Pima
Eric Snyder, Pima
Mark Snyder-Stonebraker, Cochise
Perla Solorzano, Maricopa
Young Sonmor, Pima
Teresa Sosa, Pima
Leticia Soto, Contra Costa
Javier Soto, Pima
Maria Spangler, Pima
Anne Spaulding, Pima
Antonio Spears, Maricopa
Debora Speer, Maricopa
Lynn Speth, Pima
Mariana Spier, Pima
Amy Splitt, Montgomery
Tanya Sproule, Pima
Cynthia Sprout, Pima
Julie St. John, Pima
Amanda Stadermann, Pima
Leslie Stafford, Maricopa
Elizabeth Stanley, Pima
Krystal Stanley Johnson, Pima
Paul Stapleton-Smith, Pima
Patricia Stead, Pima
Kevin Steel, Pima
Kathy Steele, Pima
Michele Steele, Pima
Katrina Steib, Pima
Maria Steinrueck, Pima
Jennifer Stern, Pima
Annamarie Stevens, Pima
Bethany Stocker, Pima
Vicky Stockton, Pima
Kelly Strachan, Pima
Mary Streeter, Pima
Kristin Strege, Pima
Debra Strong, Pima
Veronica Suarez, Pima
Lucas Suarez Field, Pima
Jessica Suhowatsky, Pima
Gary Swartout, Pima
Karen Sweet, Pima
Kathy Swenson, Maricopa
C.Takigawa, Pima
Kara Tanoue, Pima
Adrianna Tapia, Pima
Natalie Taylor, Pima
Stacey Tecot, Pima
Sarah Terpening, Pima
Dana Terry, Pima
Gale Thomsen, Pima
Susan Thorpe, Pima

Tracey Till, Pima
Bryn Timmis, Pima
Elizabeth Tobey, Pima
Elizabeth Tobey, Pima
Brandii Toby, Pima
Paula Toffolo, Pima
Jonathan Tokar, Pima
Angel Torres, Maricopa
Margaret Torres Nelson, Pima
Virginia Torrez, Pima
Myles Traphagen, Pima
Anastasia Travers, Maricopa
Victoria Trull, Pima
Keita Tsutsumi, Pima
Heidi Udovich, Pima
Adrienne Umaguing, Pima
Joanna Urbina, Pima
Gloriaann Valdez, Pima
Robert Valencia, Pima
Luis Valenzuela, Maricopa
Bridget Valenzuela, Maricopa
Elizabeth Valenzuela, Pima
Josefina Valenzuela, Pima
Selina Valenzuela, Pima
Margaret Valenzuela, Pima
Pascuala Valenzuela, Pima
Cecilia Valenzuela Gee, Pima
Donn Vanak, Pima
Roberta Vandegriff, Pima
Jim Vandergriff, Pima
Justine Vasquez, Pima
John Vasquez Bedoy, Pima
Kurt Vaughn, Santa Cruz
Abel Vazquez, Pima
Dora Villa, Maricopa
Norma Villa-Gomez, Pima
Eva Villalobos, Cook
Elysse Voyer, Coconino
Kate W, Pima
Kendra Waddell, Pima
Shane Wade, Maricopa
Gretchen Wagenseller, Pima
Gail Waldrop, Cochise
Dee Walker, Maricopa
Teresa Wall, Maricopa
Pat Wallace, Pima
LaVonne Walton, Pima
Regina Walton, Pima
Natasha Warner, Pima
Marcy Watchman, Pima
Marissa Watson, San Diego
Barbara Wayne, Pima
Jannelle Weakly, Pima
Jocelynne Weathers, Pima
Clari Weaver, Pima
Eva Webb, Pima
Mark Weber, Pima
Danielle Webster, Maricopa
Joyce Weeks, Pima
Judith Weimer, Pima
Kathleen Welch, Pima
Mary Grace Wendel, Pima
Katrina Wendling, Maricopa
Jennifer Wesley, Pima
Aimee Wheeler, Pima
Sara White, Maricopa
Donald White, Maricopa
Christina White, Pima
Tina Whitley, Pima
Elizabeth Wick, Pima
Bridget Wilcox, Pima
Rae Williams, Pima
Haley Williams, Pima
Pat Williams, Pima
Sara Mae Williams, Pima
J Wills, Coconino
Trudy Wilner Stack, Pima
Emily Wilson, Maricopa
Diane Wimmer, Pima
Anna Winslow, Cochise
Annie Witze, Pima
Jamie Wolgast, Pinal
Meg Wolgast, Johnson
Donna Woodruff, Scott
Michael Woodruff, Pima
Gwen Woods, Pima
Jennifer Work, Maricopa
Jill Wright, Pima
Ann Wyman, Montgomery
Laura Yanoma, Pima
Amy Yersavich, Pima
Saebin Yi, Maricopa
Peter Yucupicio, Pima
Michele Zabel, Pima
Viktoria Zalazar, Pima
Beatriz Zamora, Pima
Susan Zimmer, Pima
Karen Zimmermann, Pima
Christina Zogott, Pima





# EXHIBIT 6



# PASCUA YAQUI TRIBE

## OFFICE OF THE CHAIRMAN

August 26, 2020

Ally Miller
Pima County, Arizona
District 1
130 W. Congress St., 11th Floor
Tucson, AZ 85701

Steve Christy
Pima County, Arizona
District 4
130 W. Congress St., 11th Floor
Tucson, AZ 85701

Ramon Valadez
Pima County, Arizona
District 2
130 W. Congress St., 11th Floor
Tucson, AZ 85701

Betty Villegas
Pima County, Arizona
District 5
130 W. Congress St., 11th Floor
Tucson, AZ 85701

Sharon Bronson
Pima County, Arizona
District 3
130 W. Congress St., 11th Floor
Tucson, AZ 85701

**RE: Pascua Yaqui Tribe's Early Voting Location**

Dear Ms. Miller, Mr. Valdez, Ms. Bronson, Mr. Christy, and Ms. Villegas:

The Pascua Yaqui Tribal Council respectfully requests that the Pima County Board of Supervisors take action to restore in-person early voting opportunities on the Pascua Yaqui Reservation for the 2020 General Election. The Tribe has engaged in good faith efforts to request in-person early voting since 2018, but the Pima County Recorder's Office has rejected our requests. Tribal members deserve equal access to early voting. With the coronavirus pandemic, the goal should be to provide more opportunities for voters to cast a ballot early in order to reduce contact on Election Day. We are not asking for anything more than what residents county-wide enjoy: equal access to in-person early voting opportunities. As such, we are respectfully asking that the Pima County Board of Supervisors designate an early voting location for the week preceding the election, an emergency early voting location, and a drop box on the Pascua Yaqui Reservation for the November 3rd election.

I.      History of the Issue

7474 S. Camino De Oeste • Tucson, Arizona 85757 • Phone (520) 883-5010 • FAX (520) 883-5014
1-888-443-0044

Native Americans in Arizona did not achieve the right to vote until 1948[1] and this right was not secured until literacy tests were banned as a form of voter qualification.[2]   Unlike other communities, we have to work to establish voting as a tradition because many Yaqui voters did not grow up watching their parents vote.  For this reason, the Tribe has developed the "Yaqui Vote' campaign to encourage Tribal members to vote in-state and federal elections.  We promote voter registration, host voter registration campaigns, and undertake the responsibility of doing public outreach because we realize how important it is that we educate Pascua Yaqui Tribal members about voting.

From 2010 to 2018, the Pascua Yaqui Tribe had in-person early voting on the reservation and it was part of our campaign to encourage people to vote early.  However, one month before the August 2018 primary, the Pima County Recorder F. Ann Rodriguez informed us that she was moving our early voting site without giving us an opportunity to respond or reach a mutually agreeable solution. The nearest place to vote early in-person is eight miles away at the Mission Library. Eight miles may not sound like a lot, or look like a lot on the map, but for Pascua Yaqui voters who do not own or have access to a private vehicle that means one must travel two hours roundtrip by bus in order to vote early in person. Native Americans in Pima County have less access to in-person early voting and less access to transportation, both private and public. Moving the early voting location off our reservation exacerbates the socio-economic barriers that Yaqui voters already face.  This is an unacceptable disparity in access in any election year; however, in light of the global COVID-19 pandemic and its disproportionate impact on Native Americans, it is especially egregious and puts the health of Yaqui voters unduly at risk.[3]

II.      Legal Implications

The right to vote is a fundamental right because "it is preservative of all other rights."[4]   There are over 2,000 voters registered to vote in precinct 110 which is largely made up of the Pascua Yaqui Reservation residents and members of the Pascua Yaqui Tribe.[5]   As such, failing to provide equal access to in-person early voting on the reservation will have a racially disproportionate impact and deny Pascua Yaqui  voters an equal opportunity to vote in contradiction of federal and state law.

   a.   United States Constitution and Federal Law

---

[1] *Harrison v.* Laveen, 67 Ariz. 337 (Ariz. 1948).
[2] Patty Ferguson-Bohnee, The History of Indian Voting Rights in Arizona: Overcoming Decades of Voter Suppression, 47 Ariz. St. L.J. 1099, 1115 (2015).
[3] American Indians and Alaskan Natives are one of the racial and ethnic minority groups at the highest risk and are 3.5 times more likely to test positive for COVID-19 than non-Hispanic whites. American Indians are also more likely to have more severe COVID-19 disease outcomes. Persistent racial and economic inequality is among the contributors to disparities in health. Increased incidence in which American Indians rely on shared transportation, have limited access to running water, and larger household size are also contributing factors. CDC Data Show Disproportionate COVID-19 Impact in American Indian/Alaskan Native populations, (August 19, 2020), https://www.cdc.gov/media/releases/2020/p0819-covid-19-impact-american-indian-alaska-native.html.
[4] *Yick Wo v. Hopkins*, 118 U.S. 356, 370 (1886).
[5] PIMA COUNTY, VOTER REGISTRATION STATISTICS (August 24, 2020), https://www.recorder.pima.gov/VoterStats/voterttlspct.

Under the United States Constitution, the right to vote cannot be denied or abridged by any state on the basis of race,[6] nor can any state enforce any law that abridges the privileges or immunities of citizens of the United States nor denies any person within its jurisdiction equal protection of the law.[7] Without equal access to in-person early voting, the opportunity to vote of Pascua Yaqui Tribal members on the reservation is not equal with non-Yaqui voters living off the reservation. This constitutes an abridgement of the right to vote based on race because Pascua Yaqui voters do not have equal access to voting opportunities because they live on the Pascua Yaqui Reservation.

Furthermore, Section 2 of the Voting Rights Act Section 2 "'prohibits all forms of voting discrimination' that lessens opportunity for minority voters."[8] As amended in 1982, Section 2 states:

    (a) No voting qualification or prerequisite to voting or standard, practice, or procedure shall be imposed or applied by any State or political subdivision in a manner which results in a denial or abridgement of the right of any citizen of the Untied States to vote on account of race or color, or in contravention of the guarantees set forth in section 10303(f)(2) of this title, as provided in subsection (b).

    (b) A violation of subsection (a) is established if, based on the totality of circumstances, it is shown that a political process leading to nomination or election in the State or political subdivision are not equally open to participation by members of a class of citizens protected by subsection (a) in that its members have *less opportunity than other members of the electorate to participate in the political process and to elect representatives of their choice*.[9]

To determine whether there is a violation of Section 2, a "standard, practice, or procedure" and its compliance with the Voting Rights Act requires a two-part analysis. First, does the change result in a disparate burden on members of the protected class meaning do they not have an equal opportunity to participate in the political process and to elect candidates of their choice. Second, if there is a disparate burden does that burden have a legally significant relationship to the historical conditions that have caused inequality in voting for the minority group.[10] Under Section 2, only a showing of discriminatory impact is necessary.[11]

With respect to early voting, the purpose of in-person early voting is to expand the opportunities of voters to cast their ballot and increase voter participation and "[i]f the ability to cast an in-person early vote is distributed in such a way as to only make it easy in places that are majority White" as opposed to minority voters then that "is an abridgement not faced by the majority."[12] Abridgement of the right to vote can be achieved by giving only majority voters preferred access to the polls just as equally as it can be achieved by giving minority voters extra burdens.[13]

---

[6] U.S. CONST. amend. XV.

[7] U.S. CONST. amend XIV, §1.

[8] *League of Women Voters of N.C. v. North Carolina*, 769 F.3dd 244, 238 (4th Cir. 2014)(quoting *Thornburg v. Gingles*, 47 U.S. at 45 n.10).

[9] 52 U.S.C. §10301(emphasis added).

[10] *Democratic Nat'l Comm. v. Hobbs*, 948 F.3d 989, 1012 (9th Cir. 2020)(en banc).

[11] *Gonzales v. Arizona*, 677 F.3d 383, 405 (9th Cir.)(aff'd sub nom.).

[12] *Sanchez et al v. Cegavske et al*, 16-cv-00523 (D. Nev. Oct. 7, 2016).

[13] *Id*.

Here, Yaqui voters have extra burdens given the time and distance it takes to access in-person early voting, coupled with the socio-economic barriers and history of discriminatory voting in Arizona, in violation of Section 2 of the Voting Rights Act. The Recorder's decision to close the early voting location on the Pascua Yaqui Reservation negatively impacts Pascua Yaqui Tribal members' ability to vote. This is a continuation of Arizona's long and sordid history of denying and abridging the right to vote of Native Americans in Arizona.

      b. Arizona Constitution and Arizona Law

The discrepancy in access to in-person early voting opportunities for the Pascua Yaqui reservation also violates Arizona law. Article 2, Section 21 of the Constitution of the State of Arizona provides that "[a]ll elections shall be free and equal, and no power, civil or military, shall at any time interfere to prevent the free exercise of the right of suffrage."[14] The Arizona Constitution also assures that "[n]o law shall be enacted granting to any citizen, class of citizens, or corporations other than municipal, privileges or immunities which, upon the same terms, shall not equally belong to all citizens or corporations."[15] Here, failing to provide the Pascua Yaqui Tribe equitable access to in-person early voting violates the constitution by failing to make the General Election free and equal and failing to provide equal protection to the right to vote of Pascua Yaqui voters as compared to non-Pascua Yaqui voters.

Under Arizona law, this right is a guarantee that "persons in like circumstances and like conditions be treated equally."[16] A violation of this right is established when a party can show "(1) that it was treated differently than those who are similarly situated, and (2) when disparate treatment does not implicate fundamental rights or suspect classification, that it bears no rational relationship to a legitimate state interest." *Curtis v. Richardson*, 212 Ariz. 308, 313 ¶18, 131 P.3d 480, 485 (App. 2006). Under this test, a court would likely find that the right to equal protection of Yaqui voters has likely been denied because (1) they do not have equal access to in-person early voting as off reservation residents, thus treating them differently than other voters with an equal right to vote, similarly situated, off the reservation, and (2) this discrepancy implicates both a fundamental right, the right to vote, and a suspect classification because it predominately impacts the right to vote of Yaqui Voters, a racial and ethnic minority in Pima County.

Furthermore, the Pima County Recorder's early election plan that was approved by this Board violates the standards set forth in the Arizona Elections Manual. Chapter 8 of the manual details the factors that should be considered when selecting voting locations before an election. Among them, "The decision of where to locate a polling place or vote center should have public support, especially through outreach to rural and underserved communities" and "voters should not have to travel unreasonable distances to vote."[17] The Pascua Yaqui Tribe's early voting location serves an underserved community, has public support, and without it Pascua Yaqui voters have to travel an unreasonable distance to vote early in person.

III.     How the Board of Supervisors Can Resolve this Issue

The Pima County Board of Supervisors can resolve this issue by utilizing their powers under Arizona law. The County Board of Supervisors is responsible for approving ballot drop-off and

---

[14] ARIZ. CONST. art. II, §21.
[15] ARIZ. CONST. art., II §13.
[16] *Book-Cellar, Inc. v. City of Phoenix*, 150 Ariz. 42, 45, 721 P.2d 1169, 1172 (App. 1986).
[17] Ariz. Sec'y of State, Election Procedures Manual 130-131 (2019).

drop-box locations.[18]  Under the previously approved resolution, all early voting locations are approved as ballot drop-off locations.[19]  The County Board of Supervisors is also legally empowered to designate emergency early voting centers.[20]

The Pima County Board of Supervisors can legally designate a location on the Pascua Yaqui Reservation as an early voting ballot drop-off location, a ballot drop-box location, and an emergency early voting location.  The Tribe would work with the Board to provide any assistance needed to make this a reality.

IV.    Conclusion

This is not a question of what is morally right or logistically convenient, but a much more important question of whether or not Pima County will do what is in the interest of public health of its residents and honor the fundamental rights of Yaqui voters, enshrined in state and federal law. We are respectfully asking that the Pima County Board of Supervisors designate a an  early voting location for at least one week, an emergency early voting location, and a drop box location on the Pascua Yaqui Reservation for the November 3rd election in order to ensure that Pascua Yaqui voters can exercise their fundamental right to vote equally with all residents of Pima County.

We appreciate your assistance with this matter.


Sincerely,

Peter S. Yucupicio
Chairman

---

[18] *Id.* At 56, 60.
[19] Pima County Board of Supervisors, Resolution 2020-28 and Resolution 2020-27
[20] A.R.S. §16-441(5)

# EXHIBIT 7



# MEMORANDUM

Date: September 8, 2020

To: The Honorable Chairman and Members
Pima County Board of Supervisors

From: C.H. Huckelberry
County Administrator

Re: **Pascua Yaqui Tribe Request for Early Voting Site on the Pascua Yaqui Reservation**

At Call to the Public at the September 1, 2020 Board of Supervisors Meeting, you heard from the Pascua Yaqui Chairman and a Council Member requesting Board assistance in establishing an early voting site on the Pascua Yaqui Reservation.

As indicated in their discussion, the County Recorder had declined to provide such a site for a variety of reasons for some time. In fact, the Recorder issued a Press Release on this subject on September 1, 2020 (Attachment 1). I am also enclosing a more detailed report from the Recorder dated September 3, 2020 on this matter for your information. (Attachment 2)

The County Attorney has also reviewed this matter and has indicated that the purview to create an early voting site rests with the County Recorder based on current Arizona law.

The only action the Board could take on this matter would be to establish an emergency voting site where voting could begin after 5:00 pm the Friday before Election Day and continue through Monday, the day before the election. The appropriate statute is cited in Arizona Revised Statute (ARS) 16-411 (b) (5) that states:

> "On a specific resolution of the board of supervisors that is limited to a specific election date and that is voted on by a recorded vote, the board may authorize the county recorder <u>or other officer in charge of elections</u> to use emergency voting centers as follows:
> a) The board shall specify in the resolution the location and the hours of operation of the emergency voting centers.

This simply means if the Board authorizes an emergency voting center at this location, it could be operated by the Elections Department as directed by the Board of Supervisors. However, in operating the emergency voting center, County staff, including Elections Department staff <u>must have live access to the County Recorder's Voter Registration Database to annotate when a voter appears needs to know which ballot by precinct should be issued to the voter and votes a ballot at the emergency voting center so the voter cannot access another ballot at another time</u>. The Recorder is not required to provide this access

The Honorable Chairman and Members, Pima County Board of Supervisors
Re:  **Pascua Yaqui Tribe Request for Early Voting Site on the Pascua Yaqui Reservation**
September 8, 2020
Page 2

and has indicated serious security concerns if this access occurs outside her control.  In addition a ballot on demand printer would also be needed and again if provided outside her control would be problematic.

Hence, even though the emergency voting is authorized by the Board and staffed by Elections Department personnel, it could not effectively operate as an emergency voting center without access to the Database.

It should also be noted that if an emergency voting center were operated on the Pascua Yaqui reservation, it would be open to all, including individuals who are not members of the Pascua Yaqui Tribe.

For your information, data has been developed indicating the actual Election Day voting site for the Pascua Yaqui Reservation as well as the votes cast in the 2016 and 2018 Elections and the actual voter registration.  In Precinct 110, this data indicated the number of early votes cast in the Precinct in 2016 and 2018 as well as those ballots cast on Election Day. (Attachment 3)  It is very likely that most, if not all, of the early ballots cast were through the US Mail process.  Hence, reducing the need or justification for an early or emergency voting location as now requested.


CHH/anc

Attachments

c:      The Honorable F. Ann Rodriguez, Pima County Recorder
        Andrew Flagg, Chief Civil Deputy County Attorney
        Brad Nelson, Director, Elections Department

ATTACHMENT 1



# PRESS RELEASE

**DATE: September 1, 2020**
**CONTACT: Mary Reynolds**
**Media Inquiries to (520) 724-4353**
**FOR IMMEDIATE RELEASE**

## Recorder Statement on Pascua Yaqui
## Request for Early Voting Site

The Pascua Yaqui tribe presented concerns about an early voting site on tribal lands today at the Board of Supervisors meeting. Recorder F. Ann Rodriguez has the following response:

Pima County Recorder F. Ann Rodriguez presented before the Pascua Yaqui Tribe in 2018, at one of their council meetings to advise them as to why there was no Early Voting Site, and that this would also be the plan for the 2020 Election. Ms. Rodriguez had two public hearings on this matter before the Board of Supervisors who do not approve Early Voting Sites. The Board of Supervisors approves Emergency Voting Sites and ballot drop off locations only. The Recorder is responsible for deciding where Early Voting Sites will be located.

Ms. Rodriguez offered some recommendations which the Pascua Yaqui leadership have not considered at this time.

1. The Pima County Recorder has no record of who is a member of the Pascua Yaqui Tribe – some live in metropolitan Tucson, unincorporated Pima County, Old Pascua in the Grant and Oracle area as well as in Yoeme Pueblo (Rillito) in Marana. They also have members who live in Maricopa County. Without the means to identify tribal members, the Recorder's Office is unable to target tribal voters and encourage voter participation.
2. Pascua Yaqui Tribe enrollment is proprietary information.
3. Due to the proprietary nature of the Pascua Yaqui registration data and the security issues of the voter database, The Recorder offered internal access to Pascua Yaqui staff. They could check voter registration for each member of the Pascua Yaqui Tribe. Pascua Yaqui leadership declined this offer.
4. If the tribal leadership had accepted the offer to check registrations, they could have sent mailers to those not registered to vote and encourage them to register to vote. The Recorder's office would provide the voter registration forms that would be mailed back to the Recorder with postage paid. If they wanted the Recorder to keep track of any response, the Recorder's office could have done this also.
5. There is still time to check voter registration as described above, as the voter registration cut off to be eligible for the General Election is not until Monday, October 5.

6. There are multiple voting opportunities for all voters in Pima County. Early Voting sites, mailed ballots as well as Election Day polling places are all options from October 7 through November 3, 2020.

7. The Mission Library is 7 miles away for the Pascua Yaqui Tribe main area, also known as New Pascua. The Mission Library also serves the Tohono O'odham San Xavier District which is 7 miles away. There is an early voting site serving the Tohono O'odham Nation in Sells. The T.O. Nation encompasses a large geographic area, so some voters must drive 63 miles (over one hour) to reach that site.

8. Regarding bus routes and timetables for the Pascua Yaqui: The Recorder's office has no control over any bus system for any jurisdiction. Instead of requiring Pascua Yaqui voters to take the bus, Pascua Yaqui leadership could provide transpiration for their membership by setting up a telephone number for ride requests to Mission Library Early Voting Site. This would be similar to Uber, but the Pascua Yaqui would provide and pay for the service.

9. The Recorder's office will produce radio spots for the Pascua Yaqui radio station about the voter registration deadline on October 5, 2020. The Recorder's office will post flyers or provide the flyers for Pascua Yaqui staff to post about the voter registration deadline.

10. The Recorder's office will produce radio spots for the Pascua Yaqui radio station about the Mission Road Library Early Voting Site. The Recorder's office will post flyers or provide the flyers for Pascua Yaqui staff to post about the Mission Library Early Voting Site including dates the site will be open for curbside drop-off of early ballots, early voting and emergency voting.

11. For tribal members who live in Old Pascua (Oracle/Grant area), the closest Early Voting Site is the Woods Library on First Avenue (3 miles), for Yoeme Pueblo in Marana, the closest Early Voting Site is the Wheeler Taft Abbett Library (12 miles).

12. At every Early Voting Site, security is the most important issue, including but not limited to secure ballot storage, location security, and secure IT infrastructure. Pima County Recorder F. Ann Rodriguez and her leadership team carefully consider many possible locations for Early Voting Sites before selecting the ones that meet strict criteria.

13. It is too late in the election year to make changes and be able to provide a secure voting site.


The Recorder's Office is proud of the outreach efforts that have contributed to some of the highest voter registration and voter participation numbers in the United States of America. During her 28 years of public service, Recorder Rodriguez has made it a priority to collaborate with all voter communities and vulnerable populations.

Regarding staffing issues, the Recorder's Office is currently recruiting staff for paid temporary positions at the Ballot Processing Center on Country Club and at Early Voting Sites. For people who would like to see democracy in action and want to find out more about this opportunity, please email ballotpatrol@recorder.pima.gov .



ATTACHMENT 2

**Mailing Address**
P. O. Box 3145
Tucson, AZ 85702-3145

**County Public Service Center**
240 North Stone Avenue, 1st Floor
Tucson, AZ



**F. Ann Rodriguez**
**Pima County Recorder**

*Recording history one document at a time.*

**Christopher J. Roads**
**Chief Deputy Recorder**
**Registrar of Voters**
Document Recording: (520) 724-4350
Voter Registration: (520) 724-4330
Fax: (520) 623-1785
www.recorder.pima.gov

# MEMORANDUM

To:         Members of the Pima County Board of Supervisors

From:       F. Ann Rodriguez
            Pima County Recorder

Date:       September 3, 2020

Re:         Early Voting Site-Pascua Yaqui Tribal lands

CC:         Chuck Huckelberry

---

The Pascua Yaqui tribe has requested that the Board of Supervisors open either a walk-in early voting site or an emergency voting site on Pascua Yaqui tribal lands on the southwest side of the Tucson metropolitan area. The tribe has made a number of significant misstatements in its request and I am sending this memo to set the record straight. A bit of background information is appropriate.

For a number of election cycles, my office operated a limited access walk-in voting site in the lobby of the tribe radio station located directly adjacent to the Casino of the Sun on South Camino de Oeste. At a full service walk-in voting site, we stock ballots for every precinct in Pima County. At a limited access site, we only stocked ballots for the precincts with voters who we think might vote at the site. Historically, I have operated only three limited access sites, the Pascua Yaqui site, a site in Ajo and one in Sells. The site in Ajo stocked ballots for the four westernmost precincts in Pima County. The site in Sells stocked ballots for those precincts that are within the Tohono O'odham nation boundaries. The limited use sites are not computer linked to the voter registration database for security reasons. Workers at the sites are provided with printed paper lists of potential voters and are required to confirm the registration based on the computer lists.

We had difficulty determining which ballots to supply to the Pascua Yaqui site. We requested assistance from the tribe in determining which precincts included tribal members so that we could have ballots on hand at the site for any tribal member in Pima County. The tribe did not provide that information. We were therefore required to use our internal collective knowledge as to possible precincts that might include tribal members. Based on our estimates, we provided ballots from precincts 006, 025, 036, 041, 047, 102, 110 and 203. Those precincts are located throughout the metropolitan area including as far north as the Marana/Rillito area. The site at the radio station was located in precinct 110 on the southwest side of the metropolitan area. A number of voters who we have identified as tribal members reside several miles from precinct 110.

The radio station offered no real security for the ballots. Our ballots were stored each night in a utility closet. The radio station site did not comply with the polling place requirements under the Americans with Disabilities Act. The lobby could not accommodate more than a couple of voting booths. For years we attempted to find a more secured, ADA compliant location for the walk-in voting site and we received no assistance from the tribe. We received limited assistance from the tribe in publicizing the early voting site. My staff prepared PSA announcements that were broadcast on the tribal radio station and we posted fliers in tribal offices to promote the site location. For some elections, the tribal members provided more publicity about the site than in other elections. During the 2016 General Election cycle, a total of 44 voters cast ballots at the Pascua Yaqui radio station walk-in voting site over a five day period. In earlier elections, the total votes cast at the site were even less than that.

During the 2016 election cycle, we allowed the walk-in site for the Tohono O'odham nation to travel to different district locations for a day or two at each location for the first week and then be located at Council Chambers in Sells for the second week. For the San Xavier district location, the site was located at the community center located near the mission. With the changes made after 2016, we could no longer accommodate a moving site for the Tohono O'odham nation. The security at the council chambers was also significantly lacking.

Following the 2016 election, a number of changes occurred. Election security issues became first and foremost a concern as a result of claims of interference from foreign governments. The Department of Homeland Security declared election facilities and election systems to be critical infrastructure. That required us to significantly reevaluate all of our facilities and early voting sites for both security issues and ADA compliance issues. We were required to significantly tighten computer network security to make certain we were not vulnerable to hacking or other malicious attacks.

One of the changes implemented was that instead of stocking walk-in sites with a large number of preprinted ballots, I decided to use Ballot on Demand printers connected to our computer system. The voter's ballot could then be printed instantly rather than stocking the sites with hundreds of unneeded printed ballots. This change significantly improved the security at the sites by reducing the number of paper ballots on hand and reduced overall costs of operating the sites. The Secretary of State's Office also settled litigation that dramatically changed voter status rules for individuals who do not provide proof of United States citizenship. Prior to that settlement, a voter was required to provide proof of citizenship by the voter registration cutoff date (29 days prior to Election Day) in order to change status from a voter allowed to vote for federal candidates only to a voter who could vote for state and local issues as well. The settlement changed the deadline to 5:00 p.m. on the Thursday prior to Election Day. That required us to have as many sites linked to the computer system as possible in order to properly issue the correct ballot to voters. Paper lists printed in advance of the deadline were no longer practicable except in very limited circumstances. All of these changes dictated that we change limited use sites to full service sites, if possible. The network security concerns required us to eliminate as many wireless data connections to the voter registration database as possible. We determined that one of the significant changes required was to move as many walk-in voting site facilities into government facilities as possible. Bringing them into county owned facilities allowed us to connect to the county network directly rather than relying on wireless network connections.

During 2020, I am operating only one limited use walk-in voting site and that is the site at the Ajo library. The facility is too small to accommodate a full service location or a Ballot on Demand printer. The library is the only site available in the Ajo area that meets the security and ADA access requirements.

My staff evaluated a number of possible facilities in the area of precinct 110 and we could not find a location that was acceptable. Pima County operates the Southwest Library in that area but the meeting room is far too small to accommodate a full service walk-in voting site. Other facilities were evaluated and were either not available or could not be used due to security or ADA access issues.

In 2018, we determined that the best, closest facility that would meet all security and ADA and additional space requirements was the meeting room at the Mission Library. That library is located approximately 7 miles from both the prior Yaqui radio station site and the San Xavier community center site. In their presentation, the tribe spokespeople claim it takes 2 hours to travel from Precinct 110 to the Mission Library site. However, the Mission Library is only a distance of 7 miles away from the prior site and is located at a major intersection. The two hour time period is apparently based on Sun Tran bus routes and schedules. I do not control bus routes. In prior elections, the Tohono O'odham tribal leaders have offered transportation services to the members of the Nation to bring them to the walk-in early voting site in Sells. Apparently the Yaqui tribe does not offer similar services.

When I made the change to use the Mission Library for the 2018, I stated the reason is we needed to make the change due to needing a larger more secured facilities. Originally, the tribal leadership believed that we were closing the Election Day polling site operated by the Elections Department rather than the early voting site. I made a presentation to the tribal council regarding the changes to make it clear it was only the early voting site. I again asked for assistance from the tribe in identifying precincts that included tribal members. No assistance was provided other than to request that an early voting site be located on "tribal lands."

During the 2018 general election, 242 voters cast their ballot at the Mission Library site. I have no ability to determine how many of those voters were members of the Pascua Yaqui tribe.

By letter dated November 6, 2019 the chair of the Yaqui Tribe requested that we set up a walk-in early voting site for the 2020 Presidential Preference Election, the August primary election and the 2020 General Election at the Council chambers. The state pays a flat rate per voter to reimburse the counties for the costs for the PPE and that rate barely covers costs. I have only used my office locations as walk-in voting sites during the PPE and I notified the Chair of that fact.

We evaluated the council chambers as a possible walk-in site and determined that multiple individuals who were not employees of this department would be able to access the room and equipment after hours. It would therefore not be sufficiently secured location to use as either an early voting or an emergency voting site location. Locating the facility at Council Chambers also does not provide tribal members who are registered in precincts other than 110 with closer access to an early/emergency voting site. This includes the voters in the Old Pascua area near Grant and I-10 or in the Yoeme Pueblo located near Rillito or any of the other precincts where tribal members reside. The tribe has not expressed concern for those tribal members given that their travel distance to the Council Chambers would actually be a much longer trip than to the Mission Library. Voters in the Old Pascua

area can actually vote early in person much closer at the early/emergency voting site at the Woods Library and the closest early/emergency voting site to Yòeme Pueblo is the Wheeler Taft Abbett library.

I offered to assist the tribe in conducting voter outreach and offered to allow tribal staff access to our computer system at the downtown office so they could research whether or not the members were registered voters in Pima County or voters who would like to receive an early ballot by mail. Since the tribal enrollment is propriety information, their staff would have to look for comparison of the tribal enrollment roll with the voter registration database in order to look for differences. Once this task was complete, they could send a letter to those tribal members who are not registered voters and encourage them to register to vote. I would provide voter registration forms that are postage paid to include in those letters. I could even track the responses once we received the completed voter form. The tribe declined the comparison and to date have not made any effort to check the registration status of their members in my office.

Shortly after these discussions, the COVID-19 pandemic erupted. Many government and tribal offices have closed to the public as a result and remain closed. To my knowledge, most of the tribal facilities remain closed to the public except for the Casinos. My offices have remained open to the public at all times. During the March Presidential Preference Election and the August Primary Election, I was required to develop plans to accommodate walk-in voters in an environment where they could safely cast their ballot and still protect my staff.

Twice I came before the board to discuss early voting and emergency voting at public hearings. At no time in either hearing, did the Pascua Yaqui tribe express any objections to the plan. The Mission Library will operate as a walk-in early voting site, a ballot drop off site and an emergency voting site. The site will be open for evening hours on Tuesday and Thursday and be open on Saturday and Monday for emergency voting.

Our plans for walk-in early voting during the primary election were severely restricted due to a lack of employees. Many of the site workers are intermittent election aides who are retirees. A significant number of my trained workers from prior elections declined to work during the pandemic as they were in the high risk group based on their age. The changes required to make the sites in compliance with CDC guidelines required that we increase the number of workers to provide adequate distancing and to comply with disinfecting guidelines while still maintaining security and customer service. In order to open a number of these early voting sites, I was required to shift permanent staff of my office and volunteer staff from other departments from their regular tasks to working at the walk-in sites. Despite the efforts of the volunteer transferees and staff, we were not at full staff at any of the walk-in sites or at the Ballot Processing Center. We are heavily recruiting replacement workers currently and as of this Monday we are still more than 60 workers short of what is needed for the upcoming general election.

The responsibility to determine the location and operation of walk-in early voting sites is placed solely on the County Recorder by statute. I do not make these decisions lightly and I do not make them arbitrarily. A site cannot be identified, evaluated, modified for security and ADA concerns, equipment purchased, tested and set up and the workers trained on short notice. The planning and preparation of what is required at a walk-in early voting or emergency voting site takes months. That is why I made

the presentations to the board months in advance of the election. Ballots for UOCAVA voters will be mailed in 2 weeks. More than 450,000 ballots will be mailed to voters in Pima County in less than a month. We are far too late into the cycle to make a change now. The only site suggested by the Yaqui tribe does not meet security requirements. We cannot implement the changes needed to make a site at the Yaqui Council chambers or any other site sufficiently secure to meet the Homeland Security requirements at this late date.

Should you need any further information regarding this, please let me know.

20MEM215

ATTACHMENT 3

**1) Where is Election Day voting location on Pascua Yaqui reservation?**

*Election Day polling places on Pascua Yaqui land*

- o *Precinct 110 – Pascua Yaqui Wellness Center, 5305 Calle Torim*
- o *Precinct 45 – Pascua Neighborhood Center (Old Pascua), 785 W Sahuaro*

**2) If the Board designates an emergency voting center at their center -**

  **a. Who would staff it?**

  *Given that Emergency Vote Centers are generally considered an extension of early voting, staffing has been the responsibility of the Recorder.*

  **b. If staffed by election workers and staff what do you need from the recorder? Voting rosters**

  *If an emergency vote center was staffed by Election Department workers, those workers would need real-time access to the countywide voter registration data base (for look up and entry) and a ballot on demand printer.*

  **c. What is the length of time it can be opened before the general election?**

  *Emergency Vote Centers may begin operation on October 21 and close at 5:00 PM on November 2..*

**3) History of turnout on the Pascua Yaqui reservation**

  **a. Early voting # of ballots/percent of registered voter in precinct**

  **b. Election day # of ballots/percent of registered voters**

*2016 general*

*Precinct 45    Registered voters 1,611       # of early ballots 780        # poll ballots 269*

*Precinct 110  Registered voters 1,950       # of early ballots 422        # of poll ballots 552*

*2018 general*

*Precinct 45    Registered voters 1,624       # of early ballots 513        # poll ballots 168*

*Precinct 110  Registered voters 2,122       # of early ballots 181        # of poll ballots 161*

*2020 general*

*Precinct 110  Registered voters 2,232*

# EXHIBIT 8

**Mailing Address**
P. O. Box 3145
Tucson, AZ 85702-3145

**County Public Service Center**
240 North Stone Avenue, 1ˢᵗ Floor
Tucson, AZ



**F. Ann Rodriguez**
**Pima County Recorder**

*Recording history one document at a time.*

**Christopher J. Roads**
**Chief Deputy Recorder**
**Registrar of Voters**
Document Recording: (520) 724-4350
Voter Registration: (520) 724-4330
Fax: (520) 623-1785
www.recorder.pima.gov

# MEMORANDUM

To:             Members of the Pima County Board of Supervisors

From:           F. Ann Rodriguez
                Pima County Recorder

Date:           September 3, 2020

Re:             Early Voting Site-Pascua Yaqui Tribal lands

CC:             Chuck Huckelberry

---

The Pascua Yaqui tribe has requested that the Board of Supervisors open either a walk-in early voting site or an emergency voting site on Pascua Yaqui tribal lands on the southwest side of the Tucson metropolitan area. The tribe has made a number of significant misstatements in its request and I am sending this memo to set the record straight. A bit of background information is appropriate.

For a number of election cycles, my office operated a limited access walk-in voting site in the lobby of the tribe radio station located directly adjacent to the Casino of the Sun on South Camino de Oeste. At a full service walk-in voting site, we stock ballots for every precinct in Pima County. At a limited access site, we only stocked ballots for the precincts with voters who we think might vote at the site. Historically, I have operated only three limited access sites, the Pascua Yaqui site, a site in Ajo and one in Sells. The site in Ajo stocked ballots for the four westernmost precincts in Pima County. The site in Sells stocked ballots for those precincts that are within the Tohono O'odham nation boundaries. The limited use sites are not computer linked to the voter registration database for security reasons. Workers at the sites are provided with printed paper lists of potential voters and are required to confirm the registration based on the computer lists.

We had difficulty determining which ballots to supply to the Pascua Yaqui site. We requested assistance from the tribe in determining which precincts included tribal members so that we could have ballots on hand at the site for any tribal member in Pima County. The tribe did not provide that information. We were therefore required to use our internal collective knowledge as to possible precincts that might include tribal members. Based on our estimates, we provided ballots from precincts 006, 025, 036, 041, 047, 102, 110 and 203. Those precincts are located throughout the metropolitan area including as far north as the Marana/Rillito area. The site at the radio station was located in precinct 110 on the southwest side of the metropolitan area. A number of voters who we have identified as tribal members reside several miles from precinct 110.

The radio station offered no real security for the ballots. Our ballots were stored each night in a utility closet. The radio station site did not comply with the polling place requirements under the Americans with Disabilities Act. The lobby could not accommodate more than a couple of voting booths. For years we attempted to find a more secured, ADA compliant location for the walk-in voting site and we received no assistance from the tribe. We received limited assistance from the tribe in publicizing the early voting site. My staff prepared PSA announcements that were broadcast on the tribal radio station and we posted fliers in tribal offices to promote the site location. For some elections, the tribal members provided more publicity about the site than in other elections. During the 2016 General Election cycle, a total of 44 voters cast ballots at the Pascua Yaqui radio station walk-in voting site over a five day period. In earlier elections, the total votes cast at the site were even less than that.

During the 2016 election cycle, we allowed the walk-in site for the Tohono O'odham nation to travel to different district locations for a day or two at each location for the first week and then be located at Council Chambers in Sells for the second week. For the San Xavier district location, the site was located at the community center located near the mission. With the changes made after 2016, we could no longer accommodate a moving site for the Tohono O'odham nation. The security at the council chambers was also significantly lacking.

Following the 2016 election, a number of changes occurred. Election security issues became first and foremost a concern as a result of claims of interference from foreign governments. The Department of Homeland Security declared election facilities and election systems to be critical infrastructure. That required us to significantly reevaluate all of our facilities and early voting sites for both security issues and ADA compliance issues. We were required to significantly tighten computer network security to make certain we were not vulnerable to hacking or other malicious attacks.

One of the changes implemented was that instead of stocking walk-in sites with a large number of preprinted ballots, I decided to use Ballot on Demand printers connected to our computer system. The voter's ballot could then be printed instantly rather than stocking the sites with hundreds of unneeded printed ballots. This change significantly improved the security at the sites by reducing the number of paper ballots on hand and reduced overall costs of operating the sites. The Secretary of State's Office also settled litigation that dramatically changed voter status rules for individuals who do not provide proof of United States citizenship. Prior to that settlement, a voter was required to provide proof of citizenship by the voter registration cutoff date (29 days prior to Election Day) in order to change status from a voter allowed to vote for federal candidates only to a voter who could vote for state and local issues as well. The settlement changed the deadline to 5:00 p.m. on the Thursday prior to Election Day. That required us to have as many sites linked to the computer system as possible in order to properly issue the correct ballot to voters. Paper lists printed in advance of the deadline were no longer practicable except in very limited circumstances. All of these changes dictated that we change limited use sites to full service sites, if possible. The network security concerns required us to eliminate as many wireless data connections to the voter registration database as possible. We determined that one of the significant changes required was to move as many walk-in voting site facilities into government facilities as possible. Bringing them into county owned facilities allowed us to connect to the county network directly rather than relying on wireless network connections.

During 2020, I am operating only one limited use walk-in voting site and that is the site at the Ajo library. The facility is too small to accommodate a full service location or a Ballot on Demand printer. The library is the only site available in the Ajo area that meets the security and ADA access requirements.

My staff evaluated a number of possible facilities in the area of precinct 110 and we could not find a location that was acceptable. Pima County operates the Southwest Library in that area but the meeting room is far too small to accommodate a full service walk-in voting site. Other facilities were evaluated and were either not available or could not be used due to security or ADA access issues.

In 2018, we determined that the best, closest facility that would meet all security and ADA and additional space requirements was the meeting room at the Mission Library. That library is located approximately 7 miles from both the prior Yaqui radio station site and the San Xavier community center site. In their presentation, the tribe spokespeople claim it takes 2 hours to travel from Precinct 110 to the Mission Library site. However, the Mission Library is only a distance of 7 miles away from the prior site and is located at a major intersection. The two hour time period is apparently based on Sun Tran bus routes and schedules. I do not control bus routes. In prior elections, the Tohono O'odham tribal leaders have offered transportation services to the members of the Nation to bring them to the walk-in early voting site in Sells. Apparently the Yaqui tribe does not offer similar services.

When I made the change to use the Mission Library for the 2018, I stated the reason is we needed to make the change due to needing a larger more secured facilities. Originally, the tribal leadership believed that we were closing the Election Day polling site operated by the Elections Department rather than the early voting site. I made a presentation to the tribal council regarding the changes to make it clear it was only the early voting site. I again asked for assistance from the tribe in identifying precincts that included tribal members. No assistance was provided other than to request that an early voting site be located on "tribal lands."

During the 2018 general election, 242 voters cast their ballot at the Mission Library site. I have no ability to determine how many of those voters were members of the Pascua Yaqui tribe.

By letter dated November 6, 2019 the chair of the Yaqui Tribe requested that we set up a walk-in early voting site for the 2020 Presidential Preference Election, the August primary election and the 2020 General Election at the Council chambers. The state pays a flat rate per voter to reimburse the counties for the costs for the PPE and that rate barely covers costs. I have only used my office locations as walk-in voting sites during the PPE and I notified the Chair of that fact.

We evaluated the council chambers as a possible walk-in site and determined that multiple individuals who were not employees of this department would be able to access the room and equipment after hours. It would therefore not be sufficiently secured location to use as either an early voting or an emergency voting site location. Locating the facility at Council Chambers also does not provide tribal members who are registered in precincts other than 110 with closer access to an early/emergency voting site. This includes the voters in the Old Pascua area near Grant and I-10 or in the Yoeme Pueblo located near Rillito or any of the other precincts where tribal members reside. The tribe has not expressed concern for those tribal members given that their travel distance to the Council Chambers would actually be a much longer trip than to the Mission Library. Voters in the Old Pascua

area can actually vote early in person much closer at the early/emergency voting site at the Woods Library and the closest early/emergency voting site to Yòeme Pueblo is the Wheeler Taft Abbett library.

I offered to assist the tribe in conducting voter outreach and offered to allow tribal staff access to our computer system at the downtown office so they could research whether or not the members were registered voters in Pima County or voters who would like to receive an early ballot by mail. Since the tribal enrollment is propriety information, their staff would have to look for comparison of the tribal enrollment roll with the voter registration database in order to look for differences. Once this task was complete, they could send a letter to those tribal members who are not registered voters and encourage them to register to vote. I would provide voter registration forms that are postage paid to include in those letters. I could even track the responses once we received the completed voter form. The tribe declined the comparison and to date have not made any effort to check the registration status of their members in my office.

Shortly after these discussions, the COVID-19 pandemic erupted. Many government and tribal offices have closed to the public as a result and remain closed. To my knowledge, most of the tribal facilities remain closed to the public except for the Casinos. My offices have remained open to the public at all times. During the March Presidential Preference Election and the August Primary Election, I was required to develop plans to accommodate walk-in voters in an environment where they could safely cast their ballot and still protect my staff.

Twice I came before the board to discuss early voting and emergency voting at public hearings. At no time in either hearing, did the Pascua Yaqui tribe express any objections to the plan. The Mission Library will operate as a walk-in early voting site, a ballot drop off site and an emergency voting site. The site will be open for evening hours on Tuesday and Thursday and be open on Saturday and Monday for emergency voting.

Our plans for walk-in early voting during the primary election were severely restricted due to a lack of employees. Many of the site workers are intermittent election aides who are retirees. A significant number of my trained workers from prior elections declined to work during the pandemic as they were in the high risk group based on their age. The changes required to make the sites in compliance with CDC guidelines required that we increase the number of workers to provide adequate distancing and to comply with disinfecting guidelines while still maintaining security and customer service. In order to open a number of these early voting sites, I was required to shift permanent staff of my office and volunteer staff from other departments from their regular tasks to working at the walk-in sites. Despite the efforts of the volunteer transferees and staff, we were not at full staff at any of the walk-in sites or at the Ballot Processing Center. We are heavily recruiting replacement workers currently and as of this Monday we are still more than 60 workers short of what is needed for the upcoming general election.

The responsibility to determine the location and operation of walk-in early voting sites is placed solely on the County Recorder by statute. I do not make these decisions lightly and I do not make them arbitrarily. A site cannot be identified, evaluated, modified for security and ADA concerns, equipment purchased, tested and set up and the workers trained on short notice. The planning and preparation of what is required at a walk-in early voting or emergency voting site takes months. That is why I made

the presentations to the board months in advance of the election. Ballots for UOCAVA voters will be mailed in 2 weeks. More than 450,000 ballots will be mailed to voters in Pima County in less than a month. We are far too late into the cycle to make a change now. The only site suggested by the Yaqui tribe does not meet security requirements. We cannot implement the changes needed to make a site at the Yaqui Council chambers or any other site sufficiently secure to meet the Homeland Security requirements at this late date.

Should you need any further information regarding this, please let me know.

20MEM215

# EXHIBIT 9

# RESOLUTION NO. 2020-75

## A RESOLUTION OF THE PIMA COUNTY BOARD OF SUPERVISORS AUTHORIZING ADDITIONAL EARLY VOTING, BALLOT DROP-OFF, AND EMERGENCY VOTING LOCATIONS ON THE PASCUA YAQUI RESERVATION FOR THE 2020 GENERAL ELECTION

WHEREAS, the right to vote is a fundamental right of the citizens of the Pascua Yaqui Tribe and throughout the County as well as the nation, and

WHEREAS, many people, including Pascua Yaqui residents of the reservation, are at risk if they contract the coronavirus during the ongoing pandemic and are reluctant to face the hazards of an election-day polling place, and

WHEREAS, many Pascua Yaqui residents of the reservation do not own an automobile and a public-transportation round trip to the nearest early-ballot drop-off site can take up to two hours, and

WHEREAS, it is in the best interests of Pima County to ensure all citizens are still able to vote when extraordinary circumstances for the citizen arise, and

WHEREAS, the Arizona Election Procedures Manual, in Chapter 2, Section I (I)(1) states that "All ballot drop-off locations and drop boxes shall be approved by the Board of Supervisors (or designee)," and

WHEREAS, pursuant to A.R.S. § 16-411(B)(5) the Legislature has given the authority to the Board of Supervisors to authorize the County Recorder to operate emergency voting locations as designated by the Board, and

WHEREAS, pursuant to A.R.S. § 16-542(H) voters are now required to provide identification and to sign a statement that they are experiencing an emergency in order to participate in emergency voting,

NOW THEREFORE BE IT RESOLVED that for the General Election set for November 3, 2020, the Pima County Recorder is authorized to make available for early voting and ballot drop-off on Monday, October 26, Wednesday, October 28, Friday, October 30 from 9:00 a.m. to 5:00 p.m., and on Tuesday, October 27, and Thursday, October 29, from 10:00 a.m. to 7:00 p.m. in the Pascua Yaqui Reservation Tribal Chambers, 7474 S. Camino de Oeste,

AND BE IT FURTHER RESOLVED that for emergency voting on Saturday, October 30, 2020, from the hours of 9:00 a.m. to 3:00 p.m. and on Monday November 2, 2020, from the hours of 8:00 a.m. to 5:00 p.m. the County Recorder also is authorized to make available in the Pascua Yaqui Reservation Tribal Chambers, 7474 S. Camino de Oeste.

Passed and adopted by the Board of Supervisors of Pima County, Arizona, this 15th day
of September 2020.

Ramón Valadez, Chairman
Pima County Board of Supervisors

SEP 1 5 2020

ATTEST:

Julie Castañeda, Clerk of the Board

APPROVED AS TO FORM:

Andrew Flagg, Deputy County Attorney

# EXHIBIT 10

September 15, 2020

F. Ann Rodriguez
Pima County Recorder
240 N. Stone Avenue
Tucson, AZ 85701

Dear Recorder Rodriguez:

We are writing to follow-up on the Resolution passed earlier today by the Pima County Board of Supervisors authorizing early voting, emergency voting, and ballot drop off at the Pascua Yaqui Tribal Chambers. We would like to meet with you, or your designee, at the earliest opportunity to discuss the implementation of the Resolution. To that end, please send us some time slots for later this week or early next week when your team could meet with us.

In our opinion, the needs of both the Pascua Yaqui community and the greater Pima County community are best served by implementing a "full-service" vote center for early and emergency voting as authorized by the resolution. It is our understanding that there is supplemental funding available from the Secretary of State's office to support this implementation. We would be happy to partner with you in making a request for that funding.

We also know from your recent communications that you have raised concerns about the practicalities of implementing a "full-service" vote center in the time available. Although we disagree with your analysis, we would like to approach this issue in the spirit of compromise. If you and your senior staff determine it is impractical to implement a "full-service" vote center for early and emergency voting -- we would be willing to consider a "limited access" early voting site on the Monday-Friday before the election, conducted in the same manner as the Elections Department conducts Election Day voting (using paper rosters, pre-printed ballots, and limited to voters in Precinct 110). Although not ideal, this would be a way to balance your concerns and the needs of voters in our community. This "limited access" early voting site could also serve as a ballot drop-off location for voters throughout Pima County that work or do business in the Pascua Yaqui community.

We are on the eve of a critically important election. Let's use our time, energy, and resources productively -- working together to ensure that the voices of all Pima County voters are heard.

Sincerely,

Peter S. Yucupicio
Chairman

cc:     Pima County Board of Supervisors
        Secretary of State Katie Hobbs
        Congressman Raul Grijalva
        Mayor Regina Romero