# EXHIBIT 11



**Mailing Address**
P. O. Box 3145
Tucson, AZ 85702-3145

**County Public Service Center**
**240 North Stone Avenue, 1st Floor**
Tucson, AZ

**F. Ann Rodriguez**
**Pima County Recorder**

*Recording history one document at a time.*

Christopher J. Roads
Chief Deputy Recorder
Registrar of Voters
Document Recording: (520) 724-4350
Voter Registration: (520) 724-4330
Fax: (520) 623-1785
www.recorder.pima.gov

September 16, 2020

Peter Yucupicio
Chairman, Pasqua Yaqui Tribe
7474 s. Camino de Oeste
Tucson AZ 85757

     Re:     Early Voting Site at Tribal Council Chambers

Dear Chairman Yucupicio,

     I am in receipt of your letter dated September 15, 2020 regarding the Board of Supervisors resolution 2020-75. I have also reviewed the resolution of the Board of Supervisors which was drafted, introduced and adopted without my knowledge or consent.

     In your letter you acknowledge my prior correspondence with you concerning an early voting site at that location. I sent similar correspondence to the Board of Supervisors.

     My suggestion to you at this point would be to contact the appointed Supervisor from Board of Supervisors District 5 who placed this matter on the agenda and the other two members of the Board of Supervisors who voted in favor of the resolution to determine exactly how THEY plan on implementing THEIR resolution.

     Sincerely,

F. Ann Rodriguez
Pima County Recorder

FAR/pmf                                                   20LTR029

Cc:     Pascua Yaqui Tribal Council
         Pima County Board of Supervisors

# EXHIBIT 12









CENTER FOR
INCLUSIVE
DEMOCRACY

USC University of
Southern California          © 2018 CID

Updated by GreenInfo Network

**Vote by Mail Rate (Total)**
- ☐ Under 52.9%
- ☐ 52.9% – 72.4%
- ☐ 72.4% – 76.5%
- ☐ 76.5% – 81.0%
- ☐ 81.0% or higher
- ☐ No Data
- ☐ Estimates that have a high degree of uncertainty

MAP  SATELLITE

Using This Tool ❶

Data Descriptions and Download ⬇

Leaflet | Map data © OpenStreetMap contributors, CC-BY-SA, Imagery © Mapbox

Description: This is a map showing the vote-by-mail rate by Census tract, including vote-by-mail rates on census tracts encompassing the Pascua Yaqui Reservation in the central-north region of the map (colored yellow) and the Sahuarita region in the central region of the map.

Source: Data descriptions and the map are available at https://az.cidsitingtool.org/county.html?county=019, and can be reproduced by clicking "Vote-by-Mail Rate (Total)" under "Demographic and Voter Data."





CENTER FOR
INCLUSIVE
DEMOCRACY

**Percent of Population with Vehicle Access**

- ☐ Under 75.4%
- ☐ 75.4% - 84.3%
- ☐ 84.3% - 90.4%
- ☐ 90.4% - 96.0%
- ☐ 96.0% or higher
- ☐ No Data
- ☐ Estimates that have a high degree of uncertainty

MAP   SATELLITE

Using This Tool ❓

Data Descriptions and Download ⬇

Leaflet | Map data © OpenStreetMap contributors, CC-BY-SA, Imagery © Mapbox

Updated by GreenInfo Network

5 km
3 mi

USC University of
Southern California

© 2018 CID

<u>Description</u>: This is a map showing the percent of population with vehicle access rate by Census tract, including rates on census tracts encompassing the Pascua Yaqui Reservation in the central-north region of the map (colored the lightest green) and the Sahuarita region in the central region of the map.

<u>Source</u>: Data descriptions and the map are available at <u>https://az.cidsitingtool.org/county.html?county=019</u>, and can be reproduced by clicking "Percent of Population with Vehicle Access" under "Demographic and Voter Data."





Updated by GreenInfo Network

Description: This is a map showing the percent of the population that is non-Hispanic white by census tract in Tucson, centered on the census tract that contains the ASU Student Union early voting site. It shows that the tract encompassing the ASU Student Union and many surrounding tracts are predominantly white.

Source: Data descriptions and the map are available at https://az.cidsitingtool.org/county.html?county=019, and can be reproduced by clicking "Percent White Population" under "Population Data."



CENTER FOR
INCLUSIVE
DEMOCRACY



Updated by GreenInfo Network

Data Descriptions and Download ⬇

Using This Tool ⓘ

**Percent Native American Population**

- Under 3.0%
- 3.0% – 7.0%
- 7.0% – 14.9%
- 14.9% – 62.8%
- 62.8% or higher
- No Data
- Estimates that have a high degree of uncertainty

© 2018 CID

Leaflet | Map data © OpenStreetMap contributors, CC-BY-SA, Imagery © Mapbox

USC University of
Southern California

<u>Description:</u> This is a map showing the percent of the population that is Native American by census tract in Tucson, centered on the census tract that contains the ASU Student Union early voting site. It shows that the tract encompassing the ASU Student Union and many surrounding tracts are predominantly white.

<u>Source:</u> Data descriptions and the map are available at https://az.cidsitingtool.org/county.html?county=019, and can be reproduced by clicking "Percent Native American Population" under "Population Data."

# EXHIBIT 13

# AZ Public Records Request re: Ballot Drop Boxes and Early Voting

**Bo Dul <bdul@azsos.gov>**
Wed 10/7/2020 8:25 PM
**To:** Jonathan Diaz <JDiaz@campaignlegalcenter.org>

📎 2 attachments (256 KB)
Ballot Drop Box & Mobile Voting Unit Survey.pdf; CARES Act Supplemental Subgrant Application.pdf;

Jonathan,

Please see the responses below to your public records request/questions about support available from the Secretary of State's Office to County Recorders for procuring mobile early voting units, ballot drop boxes, and other early voting support.

- What support or assistance is available to the County Recorders from the Secretary of State's office in procuring mobile early voting (MEV) units, ballot drop boxes, and/or other early voting methods?

  **Response:** Through the AZVoteSafe Program, we allocated $1.5 million to support counties in increasing early voting and ballot drop off options, particularly in tribal and rural communities. More information about that fund is attached. We also ordered secure ballot drop boxes for counties at their request. We also offered to assist in leasing mobile early voting units at the county's request. The mobile voting units are large four-window vans that can serve as secure early voting sites in lieu of fixed buildings. Upon a county's request, with two to three weeks' notice, we can lease a mobile voting unit, pay for it directly, get the unit delivered and set up in a location and at times of the County Recorder's choosing, and staff the unit with a driver. The county would need to provide voting materials and staffing to operate the site, but those costs are fully reimbursable through the AZVoteSafe Program's $1.5 million fund set aside for tribal and rural support. Counties were asked to fill out a survey to indicate their interest, a copy of which is attached (Ballot Drop Box & Mobile Voting Unit Survey).

- How much time is required to procure an MEV unit or ballot drop boxes for the counties?

  **Response:** The vendor says they need 2-3 weeks notice to deploy a mobile voting unit. It is too late to order ballot drop boxes now for the General Election — they will not arrive in time.

- Does the Secretary of State's office expect to use all of the available funds for County Recorders and Election Departments in the AZVoteSafe grant program?

  **Response:** Our office does not anticipate that all of the $1.5 million set aside for tribal/rural support will be exhausted, and we expect to be able to reimburse any eligible county expenses.

- Have counties utilized AZVoteSafe funds or other assistance from the Secretary to establish MEV units, ballot drop boxes, or early voting sites?
  - Have they done so specifically with respect to tribal lands or Native American reservations?

  **Response:** We ordered 79 drop boxes total, which have been delivered to 12 different counties, as broken down in the table below. In addition, we helped lease mobile early voting units for Coconino, Navajo, and Graham counties. We also leased a mobile unit for Apache County for voter registration efforts. Some of the counties are using these drop boxes and mobile units on tribal reservations, but not all of them.

- Does the Secretary provide counties with assistance in recruiting poll workers and election volunteers? If so, what kind of support is offered?

**Response:** The Secretary of State's Office launched a poll worker recruitment site (https://azsos.gov/pollworker) in June to assist counties with poll worker recruitment. The site includes an online sign-up form (https://azsos.gov/pollworker-signup) for individuals to apply to be a poll worker. The poll worker applications are sent directly to the appropriate county in real time for further follow-up. We also recently started sending counties a cumulative spreadsheet of all applicants for their county each week. Since this recruitment site was launched in June, we have received and transmitted to the counties over 17,000 poll worker applications. The total and breakdown by county as of Oct. 2, 2020 is below.

| County | Quantity |
|---|---|
| Apache | 5 |
| Cochise | 2 |
| Coconino | 9 |
| Gila | 8 |
| Graham | 4 |
| Greenlee | 2 |
| La Paz | 4 |
| Mohave | 4 |
| Navajo | 24 |
| Santa Cruz | 6 |
| Yavapai | 7 |
| Yuma | 4 |
| | 79 |

| County | # Applications |
|---|---|
| Apache | 93 |
| Cochise | 209 |
| Coconino | 267 |
| Gila | 96 |
| Graham | 42 |
| Greenlee | 4 |
| La Paz | 30 |
| Maricopa | 11828 |
| Mohave | 315 |
| Navajo | 137 |

| | |
|---|---|
| Pima | 2530 |
| Pinal | 665 |
| Santa Cruz | 50 |
| Yavapai | 488 |
| Yuma | 343 |
| TOTAL | 17,097 |

Thank you,

Bo



Sambo (Bo) Dul
State Elections Director
Arizona Secretary of State

Email: bdul@azsos.gov
Office: 602-542-8683

1700 W. Washington St., 7th Fl. | Phoenix, AZ | 85007

*This message and any messages in response to the sender of this*
*message may be subject to a public records request.*

# REIMBURSEMENT REQUEST FORM
## AZVoteSafe Tribal and Rural Support



**KATIE HOBBS**
SECRETARY OF STATE

### Secretary of State's Office Overview:

In an effort to ensure voter participation and support safe election operations during the COVID-19 outbreak and recovery efforts, the Governor's Office in coordination with the Secretary of State's Office established the AZVoteSafe Program. Under the AZVoteSafe program the Secretary of State's office is providing funding to counties with large tribal communities and rural areas, and other low-efficacy voting communities. The purpose of the tribal and rural support is to respond to the unique barriers, that have been amplified by the COVID-19 pandemic, surrounding access to the ballot and voting by mail within these communities. The expenditures covered by this funding includes the cost of mobile early voting units and temporary staff and interpreters to facilitate increased early voting opportunities and curb-side voting, additional ballot drop boxes and staff needed to maintain those drop boxes, and any other expenses intended to increase access to early voting and safe social distancing.

AZVoteSafe Tribal and Rural Support County allocations must comply with all AZVoteSafe grant program guidelines and special conditions. The grant solicitation for the AZVoteSafe program can be found at https://gn.ecivis.com/GO/gn_redir/T/u8gn9i2i88yd and should be reviewed by grantees prior to expense reimbursement submission.

This is an open grant and requests for reimbursement will be reviewed on a first come first serve basis.

### Instructions:

Completed forms should be submitted to Allie Bones at abones@azsos.gov and Sarah Schnupp at sschnupp@azsos.gov. Submissions must include backup documentation for the expenses, such as invoices, receipts, or payroll reports.

The Secretary of State's office will submit approved requests to the AZVoteSafe program for reimbursement. Reimbursements to the County will be processed only after the Secretary of State's office has received funding from the AZVoteSafe program. December 3rd is the deadline for requesting reimbursement from the AZVoteSafe fund.

### General Information Section:

County Name: _____

County Recorder's Name: _____

Work Address: _____

Direct Telephone Number: _____

Direct Email: _____

County Elections Director's Name: _____

Work Address: _____

Direct Telephone Number: _____

Direct Email: _____

**<span style="color:#8B3A3A">Expense</span>**

**Product or service purchased**

_____

Total Cost:  _____

This product or service assisted in increasing early voting or ballot drop-off opportunities in a rural, tribal, or traditionally low-efficacy voting area? Yes or No: _____

Please provide details regarding how this expense meets the goals of the funds to increase early voting and ballot drop-off opportunities in rural, tribal, and traditionally low-efficacy voting areas:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

# County Interest form

The purpose of this survey is to gather information relating to interest from Arizona's 15 counties with regards to additional secure ballot drop boxes and mobile voting units. If you are NOT interested in either of these things, you do not need to respond to this survey.

**1**

Please indicate which County you are from:

Select your answer ▼

**2**

Are you responding for the Recorder or Elections Department, or both?

○ Recorder

○ Elections

○ Both

**3**

Name of person responding to survey:

Enter your answer

**4**

Email address:

Enter your answer

**5**



Does your County want the SOS to purchase secure drop boxes (various outdoor and in-door options available) that can be set up in your county prior to the General Election early voting period?

○ Yes

○ No

**6**

If yes to question above, how many? Please indicate how many indoor and how many outdoor versions you want.

Enter your answer

**7**

Is your county interested in having the SOS lease mobile voting units (they would look like this - 4 window single unit, obviously not for tickets, but instead to set up voting locations) to be deployed to your county? These would include drivers and set-up, but would require staffing (which you can use your CARES Act funding to support).



○ Yes

○ No

○ Maybe

**8**

If yes to the above question, how many and for what date range would you like to have them in your county?

Enter your answer

**9**

Other than additional PPE, if there are other items that your county is looking to rent/lease/purchase to increase early voting options, including voting by mail, for the November 2020 election, please share that here.

Enter your answer

Submit

Never give out your password. Report abuse

This content is created by the owner of the form. The data you submit will be sent to the form owner.

Powered by Microsoft Forms | Privacy and cookies | Terms of use

# EXHIBIT 14






# PIMA COUNTY

# OFFICIAL CANVASS

# GENERAL ELECTION
# NOVEMBER 6, 2018




PIMA COUNTY ELECTIONS DEPARTMENT
6550 S. COUNTRY CLUB ROAD
TUCSON, AZ 85756
TEL. 520-724-6830



# ELECTIONS DEPARTMENT
PIMA COUNTY GOVERNMENT
6550 S. COUNTRY CLUB ROAD, TUCSON, AZ 85756
(520) 724-6830     FAX (520) 724-6870

November 17, 2018

In accordance with Arizona Revised Statutes, Title16, I hereby certify the enclosed tabulation is a full, true and correct copy of the Returns of the General Election held pursuant to Arizona Constitution, Article 7 and Arizona Revised Statutes Title 16 in and for Pima County   Arizona on November 6, 2018. This tabulation includes all early ballots and verified  provisional ballots cast at said election.

Respectfully submitted,

Brad R. Nelson, Director
Pima County Elections

**CANVASS INFORMATION**
**GENERAL ELECTION**
**NOVEMBER 6, 2018**

## EARLY BALLOTS PROCESSED

312421 Ballots Processed
312400 Counted
21 Rejected

## PROVISIONAL BALLOTS PROCESSED

18156 Ballots Received
16120 Ballots Verified
16111 Ballot Counted
2036 Ballots Unverified and Uncounted
0 Rejected
9 Verified with no ballot in Provisional Envelope

## CONDITIONAL BALLOTS PROCESSED

209 Ballots Received
110 Ballots Verified and Counted
99 Ballots Unverified and Uncounted



# ELECTIONS DEPARTMENT

PIMA COUNTY GOVERNMENT
6550 S. COUNTRY CLUB ROAD, TUCSON, AZ 85756
(520) 724-6830          FAX (520) 724-6870

September 17, 2018

The Honorable Michele Reagan
Secretary of State
State Capitol - West Wing
1700 W. Washington
Phoenix, AZ 85007

Dear Secretary Reagan:

Pursuant to A.R.S. 16-445, the Pima County Elections Department has completed programming and is filing a backup of the EMS Software to be used for the November 6, 2018 General Election.

If you have any questions, feel free to contact me at (520) 724-6830.

Sincerely,

Brad R. Nelson, Director
Pima County Division of Elections

SOS  05-17-2016 09/17/2018

# ELECTION SUMMARY

E&l2a0o7c067F(s0p16.66h3b6T&a00L

```
                       VOTES PERCENT                                                    VOTES PERCENT

PRECINCTS COUNTED (OF 249). . . . .        0        STATE SENATOR, DIST. 2
REGISTERED VOTERS - TOTAL . . . . .  557,532        (VOTE FOR)  1
BALLOTS CAST - TOTAL. . . . . . . .  393,352          DALESSANDRO, ANDREA (DEM) . . . . .   27,480  56.54
BALLOTS CAST - BLANK. . . . . . . .       44    .01   KAIS, SHELLEY (REP) . . . . . . . .   21,053  43.32
VOTER TURNOUT - TOTAL . . . . . . .           70.55   WRITE-IN (. ). . . . . . . . . . .        70    .14
VOTER TURNOUT - BLANK . . . . . . .             .01     Over Votes . . . . . . . . . . .        23
                                                        Under Votes. . . . . . . . . . .     1,244
U.S. SENATOR
(VOTE FOR)  1                                       STATE SENATOR, DIST. 3
  SINEMA, KYRSTEN (DEM) . . . . . .  221,242  56.58 (VOTE FOR)  1
  MCSALLY, MARTHA (REP). . . . . .   160,550  41.06   GONZALES, SALLY ANN (DEM) . . . . .   45,529  96.43
  GREEN, ANGELA (GRN) . . . . . . .    8,710   2.23   WRITE-IN (. ). . . . . . . . . . .     1,688   3.57
  WRITE-IN (. ). . . . . . . . . .       556    .14     Over Votes . . . . . . . . . . .         7
    Over Votes . . . . . . . . . .       123            Under Votes. . . . . . . . . . .    11,107
    Under Votes. . . . . . . . . .     2,171
                                                    STATE SENATOR, DIST. 4
                                                    (VOTE FOR)  1
U.S. REPRESENTATIVE IN CONGRESS DIST. 1               OTONDO, LISA (DEM) . . . . . . . .     6,427  96.26
(VOTE FOR)  1                                         WRITE-IN (. ). . . . . . . . . . .       250   3.74
  O'HALLERAN, TOM (DEM) . . . . . .    24,662  46.16    Over Votes . . . . . . . . . . .         0
  ROGERS, WENDY (REP). . . . . . .     28,704  53.73    Under Votes. . . . . . . . . . .     1,636
  WRITE-IN (. ). . . . . . . . . .        58    .11
    Over Votes . . . . . . . . . .        18
    Under Votes. . . . . . . . . .     1,025        STATE SENATOR, DIST. 9
                                                    (VOTE FOR)  1
                                                      STEELE, VICTORIA (DEM) . . . . . .    58,571  62.66
U.S. REPRESENTATIVE IN CONGRESS, DIST 2.              FLEENOR, RANDY (REP). . . . . . .      34,758  37.19
(VOTE FOR)  1                                         WRITE-IN (. ). . . . . . . . . . .       139    .15
  KIRKPATRICK, ANN (DEM) . . . . .    142,461  56.99    Over Votes . . . . . . . . . . .        12
  MARQUEZ PETERSON, LEA (REP) . . .   106,885  42.76    Under Votes. . . . . . . . . . .     2,529
  WRITE-IN (. ). . . . . . . . . .       617    .25
    Over Votes . . . . . . . . . .        67
    Under Votes. . . . . . . . . .     5,091        STATE SENATOR, DIST 10
                                                    (VOTE FOR)  1
                                                      BRADLEY, DAVID (DEM). . . . . . .      52,376  58.40
U.S. REPRESENTATIVE IN CONGRESS DIST. 3               WILES, MARILYN (REP). . . . . . .      37,187  41.46
(VOTE FOR)  1                                         WRITE-IN (. ). . . . . . . . . . .       129    .14
  GRIJALVA, RAUL (DEM). . . . . . .    56,256  68.43    Over Votes . . . . . . . . . . .        22
  PIERSON, NICOLAS "NICK" (REP). . .   25,722  31.29    Under Votes. . . . . . . . . . .     2,689
  WRITE-IN (. ). . . . . . . . . .       237    .29
    Over Votes . . . . . . . . . .        14
    Under Votes. . . . . . . . . .     1,535        STATE SENATOR, DIST.11
                                                    (VOTE FOR)  1
                                                      ATCHUE, RALPH (DEM) . . . . . . .      28,303  44.75
GOVERNOR                                              LEACH, VENDEN "VINCE" (REP) . . .      34,215  54.10
(VOTE FOR)  1                                         ARIF, MOHAMMAD (GRN). . . . . . .         683   1.08
  GARCIA, DAVID (DEM) . . . . . . .   195,227  50.18   WRITE-IN (. ). . . . . . . . . . .        41    .06
  DUCEY, DOUG (REP). . . . . . . .    184,621  47.45    Over Votes . . . . . . . . . . .        17
  TORRES, ANGEL (GRN) . . . . . . .     8,678   2.23    Under Votes. . . . . . . . . . .     1,427
  WRITE-IN (. ). . . . . . . . . .       527    .14
    Over Votes . . . . . . . . . .       131
    Under Votes. . . . . . . . . .     3,516
```

```
                       VOTES PERCENT                                                    VOTES PERCENT

STATE SENATOR, DIST. 14                             STATE REPRESENTATIVE, DIST. 11
(VOTE FOR)  1                                       (VOTE FOR)  2
  ALVAREZ, JAIME (DEM). . . . . . .     8,822  39.31   LYON, HOLLACE (DEM) . . . . . . .      25,400  22.45
  GOWAN, DAVID (REP) . . . . . . .     13,595  60.58   QUIROZ, MARCELA (DEM) . . . . . .      24,658  21.79
  WRITE-IN (. ). . . . . . . . . .        23    .10   FINCHEM, MARK (REP) . . . . . . .      31,734  28.04
    Over Votes . . . . . . . . . .         2          ROBERTS, BRET (REP) . . . . . . .      31,299  27.66
    Under Votes. . . . . . . . . .       646          WRITE-IN (. ). . . . . . . . . . .        65    .06
                                                        Over Votes . . . . . . . . . . .        26
                                                        Under Votes. . . . . . . . . . .    16,190
STATE REPRESENTATIVE, DIST. 2
(VOTE FOR)  2
  GABALDON, ROSANNA (DEM). . . . . .   22,585  27.36
  HERNANDEZ JR., DANIEL (DEM). . . .   23,035  27.90 STATE REPRESENTATIVE, DIST. 14
  ACKERLEY, JOHN CHRISTOPHER (REP). .  18,528  22.44 (VOTE FOR)  2
  SIZER, ANTHONY (REP). . . . . . .    18,346  22.22   KARP, BOB (DEM) . . . . . . . . .       7,228  18.04
  WRITE-IN (. ). . . . . . . . . .        56    .07   RENNE-LEON, SHELLEY (DEM) . . . .       7,465  18.63
    Over Votes . . . . . . . . . .        22          GRIFFIN, GAIL (REP) . . . . . . .      12,699  31.69
    Under Votes. . . . . . . . . .    17,168          NUTT, BECKY (REP) . . . . . . . .      12,640  31.55
                                                      WRITE-IN (. ). . . . . . . . . . .        37    .09
                                                        Over Votes . . . . . . . . . . .        12
STATE REPRESENTATIVE, DIST. 3                           Under Votes. . . . . . . . . . .     6,095
(VOTE FOR)  2
  CANO, ANDRES (DEM) . . . . . . .     31,482  41.56
  HERNANDEZ, ALMA (DEM) . . . . . .    34,577  45.64 SECRETARY OF STATE
  BAKER, BERYL (GRN) . . . . . . .      8,566  11.31 (VOTE FOR)  1
  WRITE-IN (. ). . . . . . . . . .     1,133   1.50   HOBBS, KATIE (DEM) . . . . . . . .    226,034  59.16
    Over Votes . . . . . . . . . .        38          GAYNOR, STEVE (REP) . . . . . . .     155,501  40.70
    Under Votes. . . . . . . . . .    40,866          WRITE-IN (. ). . . . . . . . . . .       524    .14
                                                        Over Votes . . . . . . . . . . .        74
                                                        Under Votes. . . . . . . . . . .    10,567
```

```
BOND APPROVAL, NO (.) . . . . . . .    1,385   45.38      1,117        233         35
    Over Votes . . . . . . . . .           0                   0          0          0
    Under Votes . . . . . . . . .         168                 140         16         12
PREC REPORT-GROUP DETAIL                   General Election 2018                          Report EL30A Page 0110-01
                                          PCT Group Detail Report
Run Date:11/17/18 09:31 AM

0110 110
                                 TOTAL VOTES     %      GROUP-01    GROUP-02    GROUP-03
REGISTERED VOTERS - TOTAL . . . . . .    2,122
BALLOTS CAST - TOTAL. . . . . . . .        823                433        306         84
BALLOTS CAST - BLANK. . . . . . . .          0                  0          0          0
VOTER TURNOUT - TOTAL . . . . . . .               38.78
VOTER TURNOUT - BLANK . . . . . . .


U.S. SENATOR
(VOTE FOR)  1
  SINEMA, KYRSTEN (DEM) . . . . . . .      700   86.31        352        281         67
  MCSALLY, MARTHA (REP) . . . . . . .       65    8.01         44         13          8
  GREEN, ANGELA (GRN) . . . . . . .         42    5.18         26          8          8
  WRITE-IN (.) . . . . . . . . . .           4     .49          4          0          0
    Over Votes . . . . . . . . .             0                  0          0          0
    Under Votes . . . . . . . . .           12                  7          4          1


U.S. REPRESENTATIVE IN CONGRESS DIST. 3
(VOTE FOR)  1
  GRIJALVA, RAUL (DEM). . . . . . . .      735   91.65        384        279         72
  PIERSON, NICOLAS "NICK" (REP). . . . .    64    7.98         41         16          7
  WRITE-IN (.) . . . . . . . . . .           3     .37          1          1          1
    Over Votes . . . . . . . . .             0                  0          0          0
    Under Votes . . . . . . . . .           21                  7         10          4


GOVERNOR
(VOTE FOR)  1
  GARCIA, DAVID (DEM) . . . . . . . .      665   82.10        340        262         63
  DUCEY, DOUG (REP). . . . . . . . .       105   12.96         64         31         10
  TORRES, ANGEL (GRN) . . . . . . .         36    4.44         20          9          7
  WRITE-IN (.) . . . . . . . . . .           4     .49          2          1          1
    Over Votes . . . . . . . . .             0                  0          0          0
    Under Votes . . . . . . . . .           12                  6          3          3


STATE SENATOR, DIST. 3
(VOTE FOR)  1
  GONZALES, SALLY ANN (DEM) . . . . . .     759   98.32        390        289         80
  WRITE-IN (.) . . . . . . . . . .          13    1.68         11          2          0
    Over Votes . . . . . . . . .             0                  0          0          0
    Under Votes . . . . . . . . .           50                 31         15          4


STATE REPRESENTATIVE, DIST. 3
(VOTE FOR)  2
  CANO, ANDRES (DEM) . . . . . . . .       414   39.20        240        138         36
  HERNANDEZ, ALMA (DEM) . . . . . . .      585   55.40        312        219         54
  BAKER, BERYL (GRN) . . . . . . . .        49    4.64         31         13          5
  WRITE-IN (.) . . . . . . . . . .           8     .76          5          1          2
    Over Votes . . . . . . . . .             0                  0          0          0
    Under Votes . . . . . . . . .          588                276        241         71
PREC REPORT-GROUP DETAIL                   General Election 2018                          Report EL30A Page 0110-02
                                          PCT Group Detail Report
Run Date:11/17/18 09:31 AM

0110 110
                                 TOTAL VOTES     %      GROUP-01    GROUP-02    GROUP-03
SECRETARY OF STATE
(VOTE FOR)  1
  HOBBS, KATIE (DEM) . . . . . . . .       731   92.18        378        286         67
  GAYNOR, STEVE (REP) . . . . . . . .       59    7.44         36         12         11
  WRITE-IN (.) . . . . . . . . . .           3     .38          2          1          0
    Over Votes . . . . . . . . .             1                  0          0          1
    Under Votes . . . . . . . . .           28                 16          7          5


ATTORNEY GENERAL
(VOTE FOR)  1
  CONTRERAS, JANUARY (DEM) . . . . . .      725   91.77        371        281         73
  BRNOVICH, MARK (REP). . . . . . . .       62    7.85         36         19          7
  WRITE-IN (.) . . . . . . . . . .           3     .38          3          0          0
    Over Votes . . . . . . . . .             2                  1          1          0
    Under Votes . . . . . . . . .           30                 21          5          4


STATE TREASURER
(VOTE FOR)  1
  MANOIL, MARK (DEM) . . . . . . . .       704   89.34        357        279         68
  YEE, KIMBERLY (REP) . . . . . . . .       82   10.41         51         19         12
  WRITE-IN (.) . . . . . . . . . .           2     .25          2          0          0
    Over Votes . . . . . . . . .             1                  1          0          0
    Under Votes . . . . . . . . .           33                 21          8          4
```

# EXHIBIT 15

| PCT | V-AREA | PCT-COMBOS | PRECINCT NAME | PRECINCT ADDRESS | ROOM LOCATION |
|---|---|---|---|---|---|
| 001 | 001 | 001 | AJO FEDERATED CHURCH | 101 W LOMITA AVENUE | SOCIAL HALL |
| 002 | 002 | 002 | WHY DOMESTIC WATER IMPROVEMENT DISTRICT | 341 S SONOITA WAY, HIGHWAY 85 SOUTH | WHY COMMUNITY BUILDING |
| 003 | 003 | 003 | SCHUK TOAK DISTRICT OFFICE | HIGHWAY 86, MILE POST 126.5 | DISTRICT OFFICE CONFERENCE ROOM |
| 004 | 004 | 004 | SELLS DISTRICT OFFICE | ARIZONA HIGHWAY 86 AND MILE POST 112 | CONFERENCE ROOM |
| 005 | 005 | 005 | MUSD - ROADRUNNER ELEMENTARY SCHOOL | 16651 W CALLE CARMELA | AM STAGE |
| 006 | 006 | 006 | MARANA MUNICIPAL COMPLEX | 11555 W CIVIC CENTER | MARANA POLICE DEPT. COMMUNITY ROOM |
| 007 | 007 | 007 | ROBLES RANCH COMMUNITY CENTER | 16150 W AJO WAY | COMMUNITY CENTER |
| 008 | 008 | 008 | ARIVACA OLD SCHOOL BUILDING | 17180 W 4TH ST (CORNER OF 4TH ST AND 4TH AVE) | OLD SCHOOL HOUSE |
| 009 | 009 | 009/118 | MORRIS K UDALL RECREATION CENTER | 7200 E TANQUE VERDE ROAD | SENIOR CENTER BUILDING |
| 010 | 010 | 010 | EAST SOCIAL CENTER | 7 S ABREGO DRIVE | AUDITORIUM |
| 011 | 011 | 011 | AMERICAN LEGION POST 109 | 15921 S HOUGHTON ROAD | DINING ROOM |
| 012 | 012 | 012 | CANYON DEL ORO BAPTIST CHURCH | 9200 N ORACLE ROAD | CHAPEL HALL |
| 013 | 013 | 013 | ORO VALLEY CHURCH OF THE NAZARENE | 500 W CALLE CONCORDIA | FELLOWSHIP HALL |
| 014 | 014 | 014 | WHEELER TAFT ABBETT, SR. BRANCH LIBRARY | 7800 N SCHISLER DRIVE | MEETING ROOM |
| 015 | 015 | 015 | MUSD - EARLY LEARNING AND RESOURCE CENTER | 7651 N OLDFATHER ROAD | LIBRARY (MEDIA CENTER) |
| 016 | 016 | 016 | CHURCH OF THE PAINTED HILLS | 3295 W SPEEDWAY BOULEVARD | SANCTUARY |
| 017 | 017 | 017 | GATES PASS COMMUNITY CHURCH | 1895 W SPEEDWAY BOULEVARD | FELLOWSHIP HALL |
| 018 | 018 | 018 | ST. MARGARET MARY'S CHURCH | 801 N GRANDE AVENUE | CLASSROOM #3 |
| 019 | 019 | 019 | LITTLETOWN COMMUNITY CENTER | 6465 S CRAYCROFT ROAD | MULTIPURPOSE ROOM |
| 020 | 020 | 020 | MISSION BRANCH PUBLIC LIBRARY | 3770 S MISSION ROAD | MEETING ROOM |
| 021 | 021 | 021 | TUCSON ESTATES | 5900 W WESTERN WAY CIRCLE | MULTIPURPOSE HALL |
| 022 | 022 | 022/157 | DREXEL HEIGHTS COMMUNITY CENTER | 5220 S SAN JOAQUIN AVE | RECREATION ROOM |
| 023 | 023 | 023 | OUR LADY OF FATIMA PARISH | 1950 W IRVINGTON PLACE | FELLOWSHIP |
| 024 | 024 | 024 | CATALINA COMMUNITY CENTER | 16562 N ORACLE ROAD | RECREATION ROOM |

| PCT | V-AREA | PCT-COMBOS | PRECINCT NAME | PRECINCT ADDRESS | ROOM LOCATION |
|-----|--------|------------|---------------|------------------|---------------|
| 025 | 025 | 025 | AMERICAN LEGION SAHUARO POST #68 | 4724 S 12TH AVENUE | LEGION MAIN BALLROOM |
| 026 | 026 | 026 | VIDA NUEVA CHURCH OF GOD | 504 W NEBRASKA STREET | YOUTH CENTER |
| 027 | 027 | 027 | MT LEMMON COMMUNITY CENTER | 12949 N SABINO CANYON PARKWAY | RECREATION ROOM |
| 028 | 028 | 028 | NEW HOPE UNITED METHODIST CHURCH | 6740 S SANTA CLARA AVENUE | SANCTUARY |
| 029 | 029 | 029 | ST. ODILIA CATHOLIC CHURCH | 7570 N PASEO DEL NORTE | PARISH HALL |
| 030 | 030 | 030 | AUSD - LA CIMA MIDDLE SCHOOL | 5600 N LA CANADA DRIVE | LIBRARY |
| 031 | 031 | 031 | ELLIE TOWNE FLOWING WELLS COMMUNITY CENTER | 1660 W RUTHRAUFF ROAD | MULTIPURPOSE ROOM 2 & 3 |
| 032 | 032 | 032 | ELLIE TOWNE FLOWING WELLS COMMUNITY CENTER | 1660 W RUTHRAUFF ROAD | MULTIPURPOSE ROOM 1 |
| 033 | 033 | 033 | TUSD - TOLSON ELEMENTARY SCHOOL | 1000 S GREASEWOOD ROAD | MULTIPURPOSE ROOM |
| 034 | 034 | 034 | CONNECTION POINTE CHURCH | 4314 N ROMERO ROAD | FELLOWSHIP HALL |
| 035 | 035 | 035 | LORD OF GRACE LUTHERAN CHURCH | 7250 N CORTARO ROAD | MEETING ROOM |
| 036 | 036 | 036 | FLOWING WELLS ASSEMBLY OF GOD CHURCH | 3198 N FLOWING WELLS ROAD | FELLOWSHIP HALL |
| 037 | 037 | 037 | EL RIO NEIGHBORHOOD CENTER/BUILDING E | 1390 W SPEEDWAY BOULEVARD | SUN ROOM AND MOON ROOM (BLDG E) |
| 038 | 038 | 038 | WOODS MEMORIAL LIBRARY | 3455 N FIRST AVE | MEETING ROOM |
| 039 | 039 | 039 | BETHEL BAPTIST CHURCH | 11040 E ESCALANTE ROAD | FELLOWSHIP HALL |
| 040 | 040 | 040 | COUNTRYSIDE COMMUNITY CLUB | 9151 N BALD EAGLE AVENUE | RECREATION ROOM |
| 041 | 041 | 041 | TUCSON MOUNTAIN BAPTIST CHURCH | 5757 W AJO HIGHWAY | ROOM 108 |
| 042 | 042 | 042 | DONNA R LIGGINS NEIGHBORHOOD CENTER | 2160 N 6TH AVENUE | MULTIPURPOSE ROOM |
| 043 | 043 | 043 | PASCUA NEIGHBORHOOD CENTER | 785 W SAHUARO STREET | BUILDING #1 |
| 044 | 044 | 044 | FIRST SOUTHERN BAPTIST CHURCH | 445 E SPEEDWAY BLVD | CHAPEL HALL |
| 045 | 045 | 045 | ARMORY PARK CENTER | 220 S 5TH AVENUE | QUIET ROOM |
| 046 | 046 | 046/065 | DESERT GARDENS CUMBERLAND PRESBYTERIAN CHURCH | 10851 E OLD SPANISH TRAIL | SANCTUARY |
| 047 | 047 | 047 | SAM LENA-SOUTH TUCSON LIBRARY | 1607 S 6TH AVENUE | MEETING ROOM |
| 048 | 048 | 048 | QUALITY INN AIRPORT | 2803 E VALENCIA ROAD | MEETING ROOM |
| 049 | 049 | 049 | VUSD - DESERT SKY MIDDLE SCHOOL | 9850 E RANKIN LOOP | GYM FOYER |
| 050 | 050 | 050 | AGAPE CHRISTIAN FELLOWSHIP | 5450 S PARK AVENUE | SANCTUARY |

| PCT | V-AREA | PCT-COMBOS | PRECINCT NAME | PRECINCT ADDRESS | ROOM LOCATION |
|-----|--------|------------|---------------|------------------|--------------|
| 051 | 051 | 051 | HOLY TRINITY LUTHERAN CHURCH | 5951 S 12TH AVENUE | FELLOWSHIP HALL |
| 052 | 052 | 052/248 | VALENCIA BRANCH PUBLIC LIBRARY | 202 W VALENCIA ROAD | LARGE MEETING ROOM |
| 053 | 053 | 053 | SUNNYSIDE SCHOOL DISTRICT ADMINISTRATION OFFICE | 2238 E GINTER ROAD | BOARD ROOM |
| 054 | 054 | 054/196 | HILTON GARDEN INN | 6575 S COUNTRY CLUB ROAD | SANTA RITA D |
| 055 | 055 | 055 | DOVE OF PEACE LUTHERAN CHURCH | 665 W ROLLER COASTER ROAD | ALL SAINTS HALL |
| 056 | 056 | 056/211 | ST. ODILIA CATHOLIC CHURCH | 7570 N PASEO DEL NORTE | PARISH HALL |
| 057 | 057 | 057 | MONTE VISTA CHRISTIAN UNION CHURCH | 1140 E ROGER ROAD | FELLOWSHIP HALL |
| 058 | 058 | 058 | ST. DEMETRIOS GREEK ORTHODOX CHURCH | 1145 N FORT LOWELL ROAD | HELLENIC CENTER |
| 059 | 059 | 059 | DESERT DOVE CHRISTIAN CHURCH | 6163 S MIDVALE PARK ROAD | WORSHIP BUILDING |
| 060 | 060 | 060 | ROBLES RANCH COMMUNITY CENTER | 16150 W AJO WAY | COMMUNITY CENTER |
| 061 | 061 | 061/239 | LUTHERAN CHURCH OF THE FOOTHILLS | 5102 N CRAYCROFT ROAD | ACTIVITIES ROOM |
| 062 | 062 | 062 | FIRST UNITED METHODIST CHURCH | 915 E 4TH STREET | ARIZONA ROOM |
| 063 | 063 | 063 | TEMPLE EMANU-EL | 225 N COUNTRY CLUB ROAD | SY JUSTER SOCIAL HALL |
| 064 | 064 | 064 | GRACE TEMPLE MISSIONARY BAPTIST CHURCH | 1019 E 31ST STREET | EDUCATION WING |
| 065 | 046 | 046/065 | DESERT GARDENS CUMBERLAND PRESBYTERIAN CHURCH | 10851 E OLD SPANISH TRAIL | SANCTUARY |
| 066 | 066 | 066 | GIDEON MISSIONARY BAPTIST CHURCH | 3085 S CAMPBELL AVENUE | FELLOWSHIP HALL |
| 067 | 067 | 067/072 | ST. FRANCES CABRINI CHURCH | 3201 E PRESIDIO ROAD | ROOM 5 EDUCATION BUILDING HALL |
| 068 | 068 | 068 | ST. JAMES UNITED METHODIST CHURCH | 3255 N CAMPBELL AVENUE | THE TATOM ROOM |
| 069 | 069 | 069 | GLAD TIDINGS ASSEMBLY OF GOD CHURCH | 600 N KOLB ROAD | FELLOWSHIP HALL |
| 070 | 070 | 070 | PICTURE ROCKS COMMUNITY CENTER | 5615 N SANDERS ROAD | MULTIPURPOSE ROOM |
| 071 | 071 | 071 | CHUKUT KUK DISTRICT | FEDERAL ROUTE 19, TOPAWA ROAD, VAMORI VILLAGE | MIGUEL COMMUNITY BUILDING |
| 072 | 067 | 067/072 | ST. FRANCES CABRINI CHURCH | 3201 E PRESIDIO ROAD | ROOM 5 EDUCATION BUILDING HALL |
| 073 | 073 | 073 | DONNA R LIGGINS NEIGHBORHOOD CENTER | 2160 N 6TH AVENUE | MULTIPURPOSE ROOM 1,2,3 |
| 074 | 074 | 074 | DESERT HILLS SOCIAL CENTER | 2980 S CAMINO DEL SOL | ROOM A |
| 075 | 075 | 075 | EMMANUEL BAPTIST CHURCH | 1825 N ALVERNON WAY | PRESCHOOL C |
| 076 | 076 | 076 | BABOQUIVARI DISTRICT OFFICE | FEDERAL ROUTE 19 & FRESNAL CANYON ROAD | MAIN OFFICE |

| PCT | V-AREA | PCT-COMBOS | PRECINCT NAME | PRECINCT ADDRESS | ROOM LOCATION |
|-----|--------|------------|---------------|------------------|---------------|
| 077 | 077 | 077 | AUSD - RICHARD B. WILSON K-8 SCHOOL | 2330 W GLOVER RD | LIBRARY |
| 078 | 078 | 078 | HIMMEL PARK BRANCH LIBRARY | 1035 N TREAT AVENUE | MEETING ROOM |
| 079 | 079 | 079 | DESERT SPRINGS BAPTIST CHURCH | 10425 N THORNYDALE ROAD | MULTIPURPOSE ROOM |
| 080 | 080 | 080 | ST. MARK'S PRESBYTERIAN CHURCH | 3809 E 3RD STREET | KNOX ROOM |
| 081 | 081 | 081/134 | BEAUTIFUL SAVIOR LUTHERAN CHURCH | 7570 N THORNYDALE ROAD | FELLOWSHIP HALL |
| 082 | 082 | 082 | SABBAR SHRINE TEMPLE | 450 S TUCSON BOULEVARD | LARGE BANQUET ROOM |
| 083 | 083 | 083 | THE GOOD SHEPHERD UNITED CHURCH | 17750 S LA CANADA DRIVE | REDMAN ROOM |
| 084 | 084 | 084 | EAST SOCIAL CENTER | 7 S ABREGO DRIVE | AUDITORIUM |
| 085 | 085 | 085 | DOVE OF PEACE LUTHERAN CHURCH | 665 W ROLLER COASTER ROAD | LIBRARY |
| 086 | 086 | 086 | PASSION CHURCH | 1212 S PALO VERDE AVENUE | FELLOWSHIP HALL |
| 087 | 087 | 087/230 | AUSD - RIO VISTA ELEMENTARY SCHOOL | 1351 E LIMBERLOST DRIVE | GYM |
| 088 | 088 | 088/238 | ST. THOMAS THE APOSTLE CATHOLIC CHURCH | 5150 N VALLEY VIEW ROAD | O'LEARY HALL |
| 089 | 089 | 089 | TUSD - DAVIDSON ELEMENTARY SCHOOL | 3950 E PARADISE FALLS DR | LIBRARY |
| 090 | 090 | 090 | VUSD - COTTONWOOD ELEMENTARY SCHOOL | 9950 E REES LOOP | LIBRARY |
| 091 | 091 | 091 | LIVING FAITH CHRISTIAN CENTER | 4108 E NORTH STREET | FELLOWSHIP HALL |
| 092 | 092 | 092 | ACCELERATED ELEMENTARY & SECONDARY SCHOOLS | 5245 N CAMINO DE OESTE | MULTIPURPOSE ROOM |
| 093 | 093 | 093 | MARTHA COOPER LIBRARY | 1377 N CATALINA AVENUE | MEETING ROOM |
| 094 | 094 | 094 | FIRST BRETHREN CHURCH OF TUCSON | 201 N COLUMBUS BOULEVARD | FELLOWSHIP HALL |
| 095 | 095 | 095 | VUSD - MESQUITE ELEMENTARY SCHOOL | 9455 E RITA ROAD | LIBRARY |
| 096 | 096 | 096 | CENTRAL CHURCH OF THE NAZARENE | 404 S COLUMBUS BOULEVARD | FELLOWSHIP HALL |
| 097 | 097 | 097 | MOST HOLY TRINITY PARISH | 1300 N GREASEWOOD ROAD | GUADALUPE HALL |
| 098 | 098 | 098 | ECKSTROM-COLUMBUS LIBRARY | 4350 E 22ND STREET | MEETING ROOM |
| 099 | 099 | 099 | NEW TESTAMENT BAPTIST CHURCH | 2855 N CRAYCROFT ROAD | FELLOWSHIP HALL |
| 100 | 100 | 100 | STREAMS IN THE DESERT LUTHERAN CHURCH | 5360 E PIMA STREET | FELLOWSHIP HALL |
| 101 | 101 | 101 | TUCSON ESTATES | 5900 W WESTERN WAY CIRCLE | MULTIPURPOSE HALL |
| 102 | 102 | 102 | TUSD - MALDONADO ELEMENTARY SCHOOL | 3535 W MESSALA WAY | LIBRARY |

| PCT | V-AREA | PCT-COMBOS | PRECINCT NAME | PRECINCT ADDRESS | ROOM LOCATION |
|-----|--------|-----------|---------------|------------------|---------------|
| 103 | 103 | 103 | CHRIST CHURCH UNITED METHODIST | 655 N CRAYCROFT ROAD | SOCIAL HALL |
| 104 | 104 | 104 | REDEEMER EVANGELICAL LUTHERAN CHURCH & SCHOOL | 8845 N SILVERBELL ROAD | MINISTRY CENTER |
| 105 | 105 | 105 | TUSD - MYERS-GANOUNG ELEMENTARY SCHOOL | 5000 E ANDREW STREET | MULTIPURPOSE HALL |
| 106 | 106 | 106 | COMFORT SUITES HOTEL | 7007 E TANQUE VERDE ROAD | CONFERENCE ROOM |
| 107 | 107 | 107 | TUCSON ARIZONA BOYS CHORUS | 5770 E PIMA STREET | EAST REHEARSAL ROOM |
| 108 | 108 | 108 | VALLEY CHRISTIAN CHURCH | 5968 E FAIRMOUNT STREET | SANCTUARY |
| 109 | 109 | 109 | VUSD - CIENEGA HIGH SCHOOL | 12775 E MARY ANN CLEVELAND WAY | LIBRARY |
| 110 | 110 | 110 | PASCUA YAQUI TRIBE WELLNESS CENTER | 5305 CALLE TORIM | AZUL ROOM (BLUE) |
| 111 | 111 | 111 | ST. JOSEPH'S ROMAN CATHOLIC CHURCH | 215 S CRAYCROFT ROAD | BUILDING #2, ST. FRANCIS ROOM |
| 112 | 112 | 112/163 | ST. ALBAN'S EPISCOPAL CHURCH | 3738 N OLD SABINO CANYON RD | PARISH HALL |
| 113 | 113 | 113 | EASTSIDE ASSEMBLY OF GOD CHURCH | 1930 S WILMOT ROAD | ACTIVITY CENTER |
| 114 | 114 | 114 | UNITARIAN UNIVERSALIST CHURCH | 4831 E 22ND STREET | GODDARD HALL |
| 115 | 115 | 115/242 | CONTINENTAL RANCH COMMUNITY CENTER | 8881 N COACHLINE BOULEVARD | COMMUNITY CENTER |
| 116 | 116 | 116 | ST. PAUL'S UNITED METHODIST CHURCH | 8051 E BROADWAY BOULEVARD | BRUMMETT HALL |
| 117 | 117 | 117 | FELLOWSHIP BIBLE CHURCH | 6700 E BROADWAY BOULEVARD | YOUTH BUILDING |
| 118 | 009 | 009/118 | MORRIS K UDALL RECREATION CENTER | 7200 E TANQUE VERDE ROAD | SENIOR CENTER BUILDING |
| 119 | 119 | 119 | FOUNTAIN OF LIFE LUTHERAN CHURCH | 710 S KOLB ROAD | FELLOWSHIP HALL, ROOM 10 |
| 120 | 120 | 120 | ABOUNDING GRACE LUTHERAN CHURCH | 2450 S KOLB ROAD | FELLOWSHIP HALL |
| 121 | 121 | 121 | SUNRISE CHAPEL | 8421 E WRIGHTSTOWN ROAD | FRIENDSHIP HALL |
| 122 | 122 | 122 | TUCSON REFORMED BAPTIST CHURCH | 1603 S. EASTSIDE LOOP #209 | MAIN AUDITORIUM |
| 123 | 123 | 123 | EASTGATE MINISTRIES TUCSON | 7555 E DOGWOOD STREET | MEETING ROOM |
| 124 | 124 | 124 | AMBASSADOR EVENT CENTER | 3455 S WILMOT RD | HALL |
| 125 | 125 | 125 | SABINO ROAD BAPTIST CHURCH | 2710 N SABINO CANYON ROAD | FELLOWSHIP BUILDING |
| 126 | 126 | 126 | TANQUE VERDE LUTHERAN CHURCH | 8625 E TANQUE VERDE ROAD | LINDER HALL/MULTIPURPOSE ROOM |
| 127 | 127 | 127 | AUSD - RICHARD B. WILSON K-8 SCHOOL | 2330 W GLOVER RD | LIBRARY |
| 128 | 128 | 128 | EAST TUCSON BAPTIST CHURCH | 9100 E SPEEDWAY BOULEVARD | FELLOWSHIP HALL |

| PCT | V-AREA | PCT-COMBOS | PRECINCT NAME | PRECINCT ADDRESS | ROOM LOCATION |
|-----|--------|------------|---------------|------------------|---------------|
| 129 | 129 | 129 | PANTANO BAPTIST CHURCH | 225 S PANTANO ROAD | FELLOWSHIP HALL |
| 130 | 130 | 130 | ST. MATTHEWS EPISCOPAL CHURCH | 9071 E. OLD SPANISH TRAIL | MATTS PLACE |
| 131 | 131 | 131/181 | MOUNT OLIVE LUTHERAN CHURCH | 2005 S HOUGHTON ROAD | FELLOWSHIP HALL |
| 132 | 132 | 132 | MILLER - GOLF LINKS LIBRARY | 9640 E GOLF LINKS ROAD | MEETING ROOM |
| 133 | 133 | 133 | CLEMENTS REGIONAL CENTER | 8155 E POINCIANA DRIVE | MULTIPURPOSE ROOM |
| 134 | 081 | 081/134 | BEAUTIFUL SAVIOR LUTHERAN CHURCH | 7570 N THORNYDALE ROAD | FELLOWSHIP HALL |
| 135 | 135 | 135 | PISINEMO DISTRICT | WEST HIGHWAY 86, ROUTE 21 | DISTRICT OFFICE |
| 136 | 136 | 136 | HICKIWAN DISTRICT | VAYA CHIN VILLAGE | KIOHOD TONLIK KI |
| 137 | 137 | 137 | GU VO DISTRICT OFFICE COMPOUND | INDIAN ROUTE 1, MILE POST 19, GU VO VILLAGE | GU VO DISTRICT COMPOUND CONFERENCEROOM |
| 138 | 138 | 138 | GU ACHI DISTRICT | SANTA ROSA COMMUNITY | SANTA ROSA MULTIPURPOSE BUILDING |
| 139 | 139 | 139 | SUSD - SOPORI ELEMENTARY SCHOOL | 5000 W ARIVACA ROAD | GYMNASIUM |
| 140 | 140 | 140 | SAHUARITA BAPTIST CHURCH | 2875 E SAHUARITA ROAD | CLASSROOM |
| 141 | 141 | 141 | CASA PALOMA I RECREATION CENTER | 400 W CIRCULO DEL PALADIN | RECREATION ROOM |
| 142 | 142 | 142 | FOOTHILLS COMMUNITY CHURCH | 3301 W OVERTON ROAD | FELLOWSHIP CENTER |
| 143 | 143 | 143 | FRIENDSHIP MISSIONARY BAPTIST CHURCH | 850 N 11TH AVENUE | DINING HALL |
| 144 | 144 | 144 | FRED ARCHER NEIGHBORHOOD CENTER | 1665 S LA CHOLLA BOULEVARD | ROOM 133 |
| 145 | 145 | 145 | SUN CITY ORO VALLEY - CATALINA VISTA | 14055 N DEL WEBB BOULEVARD | MT. LEMMON ROOM |
| 146 | 146 | 146 | NANINI BRANCH PUBLIC LIBRARY | 7300 N SHANNON ROAD | LARGE MEETING ROOM |
| 147 | 147 | 147 | CORNERSTONE BAPTIST CHURCH | 18280 S LA CANADA DRIVE | FELLOWSHIP HALL |
| 148 | 148 | 148 | AUSD - DONALDSON ELEMENTARY SCHOOL | 240 W OMAR DRIVE | LIBRARY |
| 149 | 149 | 149 | METRO WATER DISTRICT OFFICE | 6265 N LA CANADA DRIVE | BOARD ROOM |
| 150 | 150 | 150 | ORANGE GROVE MOBILE ESTATES | 3635 W MANGO DRIVE | CLUBHOUSE |
| 151 | 151 | 151 | CHURCH OF THE PAINTED HILLS | 3295 W SPEEDWAY BOULEVARD | SANCTUARY |
| 152 | 152 | 152 | SANTA CRUZ LUTHERAN CHURCH | 6809 S CARDINAL AVENUE | FELLOWSHIP HALL |
| 153 | 153 | 153 | FAITH CHRISTIAN FELLOWSHIP | 3141 W IRONWOOD HILLS DRIVE | FOYER |
| 154 | 154 | 154 | SACRED HEART CATHOLIC CHURCH | 601 E FORT LOWELL ROAD | IMMACULATA HALL |

| PCT | V-AREA | PCT-COMBOS | PRECINCT NAME | PRECINCT ADDRESS | ROOM LOCATION |
|-----|--------|------------|---------------|------------------|--------------|
| 155 | 155 | 155 | SUSD-SUMMIT VIEW ELEMENTARY SCHOOL | 1900 E. SUMMIT STREET | CAFETERIA |
| 156 | 156 | 156 | FAITH COMMUNITY CHURCH EAST | 8455 E GOLFLINKS ROAD | FELLOWSHIP HALL |
| 157 | 022 | 022/157 | DREXEL HEIGHTS COMMUNITY CENTER | 5220 S SAN JOAQUIN AVE | RECREATION ROOM |
| 158 | 158 | 158 | EMBASSY SUITES TUCSON-PALOMA VILLAGE | 3110 E SKYLINE DRIVE | LA PALOMA |
| 159 | 159 | 159 | CALVARY EVANGELISTIC CENTER | 5160 S TREAT AVENUE | EDUCATIONAL BUILDING |
| 160 | 160 | 160 | EL PUEBLO SENIOR CENTER | 101 W IRVINGTON ROAD | SENIOR CENTER BUILDING, MULTIPURPOSEROOM |
| 161 | 161 | 161 | LORD OF GRACE LUTHERAN CHURCH | 7250 N CORTARO ROAD | MEETING ROOM |
| 162 | 162 | 162 | ST. ANDREW'S PRESBYTERIAN CHURCH | 7575 N PASEO DEL NORTE | NARTHEX |
| 163 | 112 | 112/163 | ST.ALBAN'S EPISCOPAL CHURCH | 3738 N. OLD SABINO CANYON RD | PARISH HALL |
| 164 | 164 | 164 | SILVERBELL BAPTIST CHURCH | 3344 N CAMPBELL AVENUE | FELLOWSHIP HALL |
| 165 | 165 | 165 | ROSEMONT RANCH, THURBER DIVISION | 11300 E. GREATERVILLE ROAD, 2 MILES WEST, HWY 83 | VOTING ROOM |
| 166 | 166 | 166 | DONNA R LIGGINS NEIGHBORHOOD CENTER | 2160 N 6TH AVENUE | MULTIPURPOSE ROOM |
| 167 | 167 | 167 | TUSD - DOOLEN MIDDLE SCHOOL | 2400 N COUNTRY CLUB ROAD | LIBRARY |
| 168 | 168 | 168 | RANCHO RESORT COMMUNITY | 15900 S RANCHO RESORT BOULEVARD | BALLROOM |
| 169 | 169 | 169 | THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS | 55 W ARROWSMITH DRIVE | CULTURAL HALL |
| 170 | 170 | 170 | TUCSON JEWISH COMMUNITY CENTER | 3800 E. RIVER RD. | JHC |
| 171 | 171 | 171 | SABINO ROAD BAPTIST CHURCH | 2710 N SABINO CANYON ROAD | FELLOWSHIP BUILDING |
| 172 | 172 | 172 | AUSD - PAINTED SKY ELEMENTARY SCHOOL | 12620 N WOODBURNE AVENUE | MUSIC ROOM |
| 173 | 173 | 173 | ORO VALLEY PUBLIC LIBRARY | 1305 W NARANJA DRIVE | CONFERENCE MEETING ROOM |
| 174 | 174 | 174 | EL CAMINO BAPTIST CHURCH | 7777 E SPEEDWAY BOULEVARD | D BUILDING |
| 175 | 175 | 175 | AVRA VALLEY FIRE DISTRICT | 15790 W SILVERBELL ROAD | CLASSROOM |
| 176 | 176 | 176 | VUSD - DESERT WILLOW ELEMENTARY SCHOOL | 9400 E ESMOND LOOP | LIBRARY |
| 177 | 177 | 177 | PIMA COMMUNITY COLLEGE, EAST CAMPUS | 8181 E IRVINGTON ROAD | COMMUNITY ROOM L #101 |
| 178 | 178 | 178 | KIRK-BEAR CANYON LIBRARY | 8959 E TANQUE VERDE ROAD | MEETING ROOM |
| 179 | 179 | 179 | TANQUE VERDE UNIFIED SCHOOL DISTRICT | 2300 N TANQUE VERDE LOOP, BLDG 1 | GOVERNING BOARD ROOM |
| 180 | 180 | 180 | THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS | 700 N BONANZA AVENUE | CULTURAL HALL |

| PCT | V-AREA | PCT-COMBOS | PRECINCT NAME | PRECINCT ADDRESS | ROOM LOCATION |
|---|---|---|---|---|---|
| 181 | 131 | 131/181 | MOUNT OLIVE LUTHERAN CHURCH | 2005 S HOUGHTON ROAD | FELLOWSHIP HALL |
| 182 | 182 | 182 | SAHUARO BAPTIST CHURCH | 10361 E OLD SPANISH TRAIL | AARON HALL |
| 183 | 183 | 183 | IMMANUEL PRESBYTERIAN CHURCH | 9252 E 22ND STREET | COYOTE/ROADRUNNER ROOM |
| 184 | 184 | 184 | CANYON DEL ORO ASSEMBLY OF GOD | 2950 W LAMBERT LANE | FOYER |
| 185 | 185 | 185 | CORTARO VISTA COMMUNITY CHURCH | 8600 N CAMINO DE OESTE | CELEBRATION CENTER |
| 186 | 186 | 186 | ACCELERATED ELEMENTARY & SECONDARY SCHOOLS | 5245 N CAMINO DE OESTE | MULTIPURPOSE ROOM |
| 187 | 187 | 187 | DESERT SPRINGS PRESBYTERIAN CHURCH | 1555 W OVERTON ROAD | SANCTUARY |
| 188 | 188 | 188 | CATALINA COMMUNITY CENTER | 16562 N ORACLE ROAD | RECREATION ROOM |
| 189 | 189 | 189 | TUSD - ALICE VAIL MIDDLE SCHOOL | 5350 E 16TH ST | LIBRARY |
| 190 | 190 | 190 | OUR LADY OF FATIMA PARISH | 1950 W IRVINGTON PLACE | FELLOWSHIP |
| 191 | 191 | 191 | MUSD - BUTTERFIELD ELEMENTARY SCHOOL | 3400 W MASSINGALE ROAD | LIBRARY |
| 192 | 192 | 192 | HOLY CROSS LUTHERAN CHURCH | 241 N HARRISON ROAD | FELLOWSHIP HALL |
| 193 | 193 | 193 | SANTA RITA SPRINGS RECREATION CENTER | 921 W VIA RIO FUERTE | KINO ROOM |
| 194 | 194 | 194 | GRACE COMMUNITY COVENANT CHURCH | 9755 N LA CHOLLA BOULEVARD | MULTIPURPOSE ROOM |
| 195 | 195 | 195 | CHRIST LUTHERAN VAIL CHURCH | 14600 E COLOSSAL CAVE ROAD | SANCTUARY |
| 196 | 054 | 054/196 | HILTON GARDEN INN | 6575 S COUNTRY CLUB ROAD | SANTA RITA D |
| 197 | 197 | 197 | HARRISON HILLS MOBILE HOME PARK | 4675 S HARRISON ROAD | RECREATION ROOM |
| 198 | 198 | 198 | VUSD - OCOTILLO RIDGE ELEMENTARY SCHOOL | 10170 S WHITE LIGHTNING LANE | LIBRARY |
| 199 | 199 | 199 | ST JOHN ON THE DESERT PRESBYTERIAN CHURCH | 2695 N HOUGHTON ROAD | FELLOWSHIP HALL |
| 200 | 200 | 200 | CASAS ADOBES BAPTIST CHURCH | 10801 N LA CHOLLA BOULEVARD | PALO VERDE ROOM |
| 201 | 201 | 201 | FOOTHILLS COMMUNITY CHURCH | 3301 W OVERTON ROAD | FELLOWSHIP CENTER |
| 202 | 202 | 202 | ALIVE CHRISTIAN FELLOWSHIP | 9662 N LA CHOLLA BOULEVARD | LOBBY |
| 203 | 203 | 203 | TUSD - JOHNSON PRIMARY SCHOOL | 6060 S JOSEPH AVENUE | LIBRARY |
| 204 | 204 | 204 | SIERRITA MINING AND RANCHING CO. | 10094 W MCGEE RANCH ROAD | COMMUNITY BUILDING |
| 205 | 205 | 205 | CANOA RANCH RECREATION CENTER | 5750 S TURQUOISE MOUNTAIN DRIVE | AMADO ROOM |
| 206 | 206 | 206 | ABREGO SOUTH RECREATION CENTER | 1655 S ABREGO DRIVE | RECREATION ROOM |

| PCT | V-AREA | PCT-COMBOS | PRECINCT NAME | PRECINCT ADDRESS | ROOM LOCATION |
|-----|--------|------------|---------------|------------------|--------------|
| 207 | 207 | 207 | LUTHERAN CHURCH - RISEN SAVIOR | 555 S LA CANADA DRIVE | HALL |
| 208 | 208 | 208 | SERENITY BAPTIST CHURCH | 15501 W AJO WAY | WORSHIP AREA |
| 209 | 209 | 209 | PUEBLO ESTATES HOMEOWNERS ASSOCIATION | 145 W ALISO DRIVE | CLUBHOUSE |
| 210 | 210 | 210/237 | EMBASSY SUITES TUCSON-PALOMA VILLAGE | 3110 E SKYLINE DRIVE | LA PALOMA |
| 211 | 056 | 056/211 | ST. ODILIA CATHOLIC CHURCH | 7570 N PASEO DEL NORTE | PARISH HALL |
| 212 | 212 | 212 | AUSD - COPPER CREEK ELEMENTARY SCHOOL | 11620 N COPPER SPRING TRAIL | MUSIC ROOM |
| 213 | 213 | 213 | MUSD - EARLY LEARNING AND RESOURCE CENTER | 7651 N OLDFATHER ROAD | LIBRARY (MEDIA CENTER) |
| 214 | 214 | 214 | DUSENBERRY-RIVER BRANCH LIBRARY | 5605 E RIVER ROAD, #105 | MEETING ROOM |
| 215 | 215 | 215 | SANDARIO BAPTIST CHURCH | 6971 N SANDARIO ROAD | AUDITORIUM |
| 216 | 216 | 216 | RESURRECTION LUTHERAN CHURCH | 11575 N 1ST AVENUE | OUTREACH CENTER, SUNDAY SCHOOL ROOM |
| 217 | 217 | 217 | VUSD - ANDRADA POLYTECHNIC HIGH SCHOOL | 12960 S HOUGHTON RD | LIBRARY |
| 218 | 218 | 218 | VUSD - RINCON VISTA MIDDLE SCHOOL | 10770 E BILBY ROAD | COMMUNITY ROOM |
| 219 | 219 | 219/226 | CHRIST THE KING EPISCOPAL CHURCH | 2800 W INA ROAD | LIBRARY/ HALLWAY AREA |
| 220 | 220 | 220 | HOPE CHURCH | 3353 N HOUGHTON ROAD | CHURCH / EDUCATION CENTER |
| 221 | 221 | 221 | VUSD - ACACIA ELEMENTARY SCHOOL | 12955 E COLOSSAL CAVE ROAD | LIBRARY |
| 222 | 222 | 222 | MUSD - MARANA HIGH SCHOOL | 12000 W EMIGH ROAD | LIBRARY CLASSROOM |
| 223 | 223 | 223 | DESERT SON COMMUNITY CHURCH | 5250 W CORTARO FARMS ROAD | SANCTUARY ROOM |
| 224 | 224 | 224 | VUSD - EMPIRE HIGH SCHOOL | 10701 E MARY ANN CLEVELAND WAY | LIBRARY |
| 225 | 225 | 225 | ORANGE GROVE MOBILE ESTATES | 3635 W MANGO DRIVE | CLUBHOUSE |
| 226 | 219 | 219/226 | CHRIST THE KING EPISCOPAL CHURCH | 2800 W INA ROAD | LIBRARY/ HALLWAY AREA |
| 227 | 227 | 227 | SAHUARITA TOWN HALL | 375 W SAHUARITA CENTER WAY | TOWN COUNCIL CHAMBERS |
| 228 | 228 | 228 | ACCELERATED ELEMENTARY & SECONDARY SCHOOLS | 5245 N CAMINO DE OESTE | MULTIPURPOSE ROOM |
| 229 | 229 | 229 | VUSD - COPPER RIDGE ELEMENTARY SCHOOL | 17650 S CANYON EDGE TRAIL | LIBRARY |
| 230 | 087 | 087/230 | AUSD - RIO VISTA ELEMENTARY SCHOOL | 1351 E LIMBERLOST DRIVE | GYM |
| 231 | 231 | 231 | SANTA CRUZ VALLEY UNITED METHODIST CHURCH | 71 E SAHUARITA ROAD | SANCTUARY |
| 232 | 232 | 232 | LITTLETOWN COMMUNITY CENTER | 6465 S CRAYCROFT ROAD | MULTIPURPOSE ROOM |

| PCT | V-AREA | PCT-COMBOS | PRECINCT NAME | PRECINCT ADDRESS | ROOM LOCATION |
|-----|--------|-----------|---------------|------------------|---------------|
| 233 | 233 | 233 | MT. ZION LUTHERAN CHURCH | 4520 W AJO WAY | FELLOWSHIP ROOM |
| 234 | 234 | 234 | HOLY WAY PRESBYTERIAN CHURCH | 4040 S BILBRAY AVENUE | RANCH HOUSE |
| 235 | 235 | 235 | SONRISE BAPTIST CHURCH | 2861 W PELSTON STREET | TBD (SPANISH BUILDING) |
| 236 | 236 | 236 | SAN XAVIER DISTRICT | 2018 SAN XAVIER ROAD | SAN XAVIER DISTRICT CENTER |
| 237 | 210 | 210/237 | EMBASSY SUITES TUCSON-PALOMA VILLAGE | 3110 E SKYLINE DRIVE | LA PALOMA |
| 238 | 088 | 088/238 | ST. THOMAS THE APOSTLE CATHOLIC CHURCH | 5150 N VALLEY VIEW ROAD | O'LEARY HALL |
| 239 | 061 | 061/239 | LUTHERAN CHURCH OF THE FOOTHILLS | 5102 N CRAYCROFT ROAD | ACTIVITIES ROOM |
| 240 | 240 | 240 | MT LEMMON COMMUNITY CENTER | 12949 N SABINO CANYON PARKWAY | RECREATION ROOM |
| 241 | 241 | 241 | RINCON MOUNTAIN PRESBYTERIAN CHURCH | 8445 E TANQUE VERDE ROAD | NARTHEX- JERICO ROOM |
| 242 | 115 | 115/242 | CONTINENTAL RANCH COMMUNITY CENTER | 8881 N COACHLINE BOULEVARD | COMMUNITY CENTER |
| 243 | 243 | 243 | TANQUE VERDE BAPTIST CHURCH | 2200 N TANQUE VERDE LOOP ROAD | FELLOWSHIP HALL DOWNSTAIRS |
| 244 | 244 | 244 | LUZ Y VIDA PARA LA FAMILIA | 225 W AJO WAY | BREAK ROOM |
| 245 | 245 | 245/247 | PIMA COUNTY DEPARTMENT OF TRANSPORTATION | 1313 S MISSION ROAD | SAFETY TRAINING CONFERENCE ROOM |
| 246 | 246 | 246 | SANTA ROSA BRANCH LIBRARY | 1075 S 10TH AVENUE | ROOM 109 |
| 247 | 245 | 245/247 | PIMA COUNTY DEPARTMENT OF TRANSPORTATION | 1313 S MISSION ROAD | SAFETY TRAINING CONFERENCE ROOM |
| 248 | 052 | 052/248 | VALENCIA BRANCH PUBLIC LIBRARY | 202 W VALENCIA ROAD | LARGE MEETING ROOM |
| 249 | 249 | 249 | VUSD - SYCAMORE ELEMENTARY SCHOOL | 16701 S HOUGHTON ROAD | LIBRARY |

# EXHIBIT 16

# Native Vote – Election Protection Project

# 2016 Election Report



Indian Legal Clinic
Sandra Day O'Connor College of Law
Arizona State University
March 6, 2018






# Arizona Native Vote – Election Protection Project
## 2016 Final Report

**INTRODUCTION** ................................................................................................................... 4

    **What is Arizona Native Vote – Election Protection Project?** ........................................ 4

    **Project Framework** .......................................................................................................... 4

    **2016** ................................................................................................................................... 5

    **Volunteers** ........................................................................................................................ 5

    **Project Partners** .............................................................................................................. 6

        *National Congress of American Indians* ...................................................................... 6

        *Indian Legal Clinic* ...................................................................................................... 6

        *Inter Tribal Council of Arizona* .................................................................................. 6

        *Native American Bar Association of Arizona* ............................................................. 6

    **2016 Election Protection Plan** ........................................................................................ 7

    **Election Day Data** ........................................................................................................... 8

        **Incident Reports by Type** ............................................................................................ 9

    **Provisional Ballots** ........................................................................................................ 15

    **Voter Turnout** ............................................................................................................... 16

**EARLY VOTING ON INDIAN RESERVATIONS** .......................................................... 17

    **Barriers to Early Voting for Native Americans in Arizona** ........................................ 17

    **The Right to Early Vote in Arizona** .............................................................................. 18

    **Early Voting in Indian Country Data** ........................................................................... 18

    **EARLY VOTING DATA BY TRIBE** .............................................................................. 19

        **Navajo Nation** ........................................................................................................... 19

        **Hopi Tribe** ................................................................................................................. 20

        **Havasupai Tribe** ........................................................................................................ 21

        **Hualapai Indian Tribe** .............................................................................................. 21

        **Fort Mojave Indian Tribe** ........................................................................................ 21

        **Yavapai-Prescott Indian Tribe** ................................................................................ 21

        **Yavapai Apache Nation** ............................................................................................ 21

        **Tonto Apache Tribe** .................................................................................................. 22

        **White Mountain Apache Tribe** ................................................................................. 22

        **San Carlos Apache Tribe** ......................................................................................... 22

**Colorado River Indian Tribe** ................................................................ 23

**Fort McDowell Yavapai Nation** ............................................................ 23

**Salt River Pima Maricopa Indian Community** .................................... 23

**Tohono O'odham Nation** ...................................................................... 23

**Pascua Yaqui Tribe** ............................................................................... 23

**Quechan Tribe** ....................................................................................... 24

**Cocopah Tribe** ....................................................................................... 24

**Ak-Chin Indian Community** ................................................................ 24

**Gila River Indian Community** ............................................................. 24

**TRIBAL IDENTIFICATION CARDS** ................................................. 25

**SECTION 203 OF THE VOTING RIGHTS ACT** .............................. 30

Apache County ......................................................................................... 34

Navajo Nation Language Assistance ................................................ 35

Coconino County ..................................................................................... 35

General Language Assistance ........................................................... 36

Hopi Language Assistance ................................................................ 36

Navajo Language Assistance ............................................................ 37

Yuma Language Assistance .............................................................. 37

Gila County .............................................................................................. 38

Apache Language Assistance ............................................................ 38

Graham County ....................................................................................... 39

Apache Language Assistance ............................................................ 39

Greenlee County ...................................................................................... 40

La Paz County .......................................................................................... 40

Maricopa County ..................................................................................... 40

Tohono O'Odham Language Assistance .......................................... 40

Mohave County ....................................................................................... 42

Yuma Language Assistance .............................................................. 42

Navajo County ......................................................................................... 42

Hopi Language Assistance ................................................................ 42

Navajo Language Assistance ............................................................ 43

Pima County ............................................................................................ 43

Tohono O'odham Language Assistance ........................................... 43

   Yaqui Language Assistance ............................................................................... 44

 Pinal County .................................................................................................... 44

   Tohono O'Odham Language Assistance ....................................................... 44

 Santa Cruz County............................................................................................ 45

 Yavapai County ................................................................................................ 45

   Yuma Language Assistance ........................................................................... 46

 Yuma County ................................................................................................... 46

   Yuma Language Assistance ........................................................................... 46

 Summary of 203 language assistance................................................................ 47

**CONCLUSIONS AND RECOMENDATIONS** ....................................................... 49

Appendices

APPENDIX I:   Incident Reports

APPENDIX II:   Provisional Ballots

APPENDIX III:  Voter Turnout

APPENDIX IV:  Early Voting Locations by County

APPENDIX V:   County Survey

| County | Early Voting Location | Reservations | Operation Dates and Operating Hours | Total Days Open | Total Hours Open | Average Distance to Communities in Miles | | Additional Comments |
|--------|----------------------|--------------|-------------------------------------|-----------------|------------------|------------------------------------------|---|---------------------|
| Coconino | Coconino County Elections Office Flagstaff, AZ | Off Reservation | October 12, 2016-November 4, 2016  Monday-Friday 8:00 am- 5:00 pm Saturday, October 22; 8:00 am-12:00 pm October 29 8:00 am-12:00 pm October 31- November 3; 8:00 am-7:00 pm | 10 | 300 | Williams Winona Tolani Lake* Tonalea* Forest lakes | 33 15 61 100 157 | All Precincts can vote at this location. |
| | Tuba City Elections Office                    Tuba City, AZ | On Reservation- Navajo and Hopi | October 12, 2016 - November 4, 2016 Monday - Friday 8:00 am - 5:00 pm Daylight Savings Time Extended early voting hours: Saturday, October 29 (8:00 am – 12:00 pm Arizona Time 9:00 am – 1:00 pm Daylight Savings Time) | 6 | 78 | Cameron Tonalea Gray Mountain Coppermine Leupp Hotevilla Shongopovi | 26 25 35 53 102 47 61 | Early Voting location for the following precincts: Bodaway 42, Cameron 43, Coppermine 47, Coalmine 48, Inscription House 61, Kaibeto 65, Lechee 67, Leupp 69, Moenkopi 70, Navajo Mountain 71, Tolani Lake 88, Tonalea 90, Tuba City Northeast 93, Tuba City Northwest 94 & Tuba City South 95 |
| | Williams City Hall Williams, AZ | Off Reservation | October 12, 2016 - November 3, 2016 Monday- Thursday 7:30 am- 6:00 pm | 4 | 41.20 | Kaibab Estates Parks Red lake | 23 16 11 | Early Voting location for the following precincts: Kaibab North 64, Kaibab West 66, Parks 79, Williams Northside 98 & Williams Southside 99 |
| | Sedona City Hall Sedona, AZ | Off Reservation | October 12, 2016 - November 3, 2016 Monday- Thursday 7:30 am- 6:00 pm | 4 | 41.20 | Sedona | 4 | Early Voting location for the following precincts: Sedona North 82 & Sedona South 83 |
| | Page City Hall Page, AZ | Off Reservation- Borders the Navajo Reservation | October 12, 2016 - November 3, 2016 Monday -Thursday 7:30 am- 6:00 pm | 4 | 41.20 | Lechee* Kaibeto * Navajo Mountain* Inscription House | 5 36 5 55 | Early Voting location for the following precincts: Page Central 72, Page East 73, Page South 74, Page West 75, Lechee 67, Bodaway 42, Coppermine 47, Inscription House 61, Kaibeto 65 & Navajo Mountain 71 |

| County | Location | Reservation | Dates/Hours | | | Precincts | | Notes |
|---|---|---|---|---|---|---|---|---|
| | Fredonia City Hall<br>Fredonia, AZ | Off Reservation | October 12, 2016 - November 3, 2016<br>Monday-Thursday<br>7:30 am-5:30 pm | 4 | 40 | Fredonia<br>North Rim | 0.3<br>73 | Early Voting location for the following precincts: Fredonia 58 |
| | Grand Canyon Schools Superintendent's Office<br>Grand Canyon, AZ | Off Reservation | October 12, 2016 - November 3, 2016<br>Monday-Thursday<br>6:00 am-4:30 pm | 4 | 40 | Tusayan | 7 | Early Voting location for the following precincts: Grand Canyon 59 & Tusayan 97 |
| | Leupp Chapter House<br>Leupp, AZ | On Reservation-Navajo | October 24, 25 and 27 only<br>8:00 am – 12:00 pm Arizona Time<br>9:00 am – 1:00 pm Daylight Savings Time | 3 | 12 | Tolani Lake* | 16 | Early Voting location for the following precincts: Leupp 69 & Tolani Lake 88 |
| | Village of Havasupai, AZ | On Reservation-Havasupai | October 12, 2016 only | 1 | (-) | Havasupai Village* | 0.2 | This information was not advertised in Country's election materials |
| **Gila** | Gila County<br>Recorder's Office          Globe, AZ | Off Reservation | October 12, 2016-November 4, 2016<br>8:00 am-5:00 pm | 18 | 162 | Claypool<br>Winkelman<br>Cutter*<br>Carrizo*<br>San Carlos*<br>Young | 6<br>36<br>8<br>61<br>20<br>67 | |
| | Gila County<br>Recorder's Office          Payson, AZ | Off Reservation | October 12, 2016-November 4, 2016<br>8:00 am-5:00 pm<br>(closed 12 pm-1pm daily) | 18 | 144 | Star Valley<br>Gisela<br>Young<br>Carrizo*<br>San Carlos* | 5<br>18<br>59<br>112<br>102 | |
| | Canyon Day Jr. High School | On Reservation-White Mountain Apache | October 19, 2016<br>10:00 am-2:00 pm<br>(Special Early Voting Location) | 1 | 4 | Carrizo* | 26 | Early Voting location for the following precincts: Canyon Day and Carrizo |
| | Town Hall<br>Winkelman, AZ | Off Reservation | October 18, 2016<br>10:00 am-2:00 pm<br>(Special Early Voting Location) | 1 | 4 | Winkelman | 1 | Early Voting location for the following precincts: Copper Basin |
| | Roosevelt Baptist Church | Off Reservation | October 20, 2016<br>9:00 am-11:00 am<br>(Special Early Voting Location) | 1 | 2 | Roosevelt | 9 | Early Voting location for the following precincts: Roosevelt |
| | Tonto basin Chamber of Commerce | Off Reservation | October 20, 2016<br>1:00 pm-3:00 pm<br>(Special Early Voting Location) | 1 | 2 | Tonto Basin | 1 | Early Voting location for the following precincts: Tonto Basin |

| County | Location | Reservation | Dates/Times | | | Precincts | | Notes |
|---|---|---|---|---|---|---|---|---|
| | First Baptist Church of Pine | Off Reservation | October 25, 2016 10:00 am-2:00 pm (Special Early Voting Location) | 1 | 4 | Strawberry | 3 | Early Voting location for the following precincts: Pine-Strawberry |
| | San Carlos Public Library              San Carlos, AZ | On Reservation-San Carlos | October 26, 2016 10:00 am-2:00 pm (Special Early Voting Location) | 1 | 4 | "Beverly Hills" | 111 | Early Voting location for the following precincts: San Carlos |
| | Pleasant Valley Community Center | Off Reservation | October 27, 2016 10:00 am-2:00 pm | 1 | 4 | Young Pleasant Valley | 148 1 | Early Voting location for the following precincts: Young |
| **Graham** | Graham County Recorder's Office              Safford, AZ | Off Reservation | October 12, 2016 –November 4, 2016 8:00 am- 5:00 pm | 18 | 162 | San Jose Eden Bylas* Gilson Wash* Peridot* | 8 17 33 64 57 | Early Voting location for all precincts |
| | Robert Olivar Sr. Learning Center              Bylas, AZ | On Reservation-San Carlos | November 1, 2016 9:00 am- 1:00 pm | 1 | 4 | Gilson Wash* Peridot* | 30 19 | |
| **Greenlee** | Greenlee County Recorder's Office Clifton, AZ | Off Reservation | October 12, 2016-November 4, 2016 8:00 am- 5:00 pm | 18 | 162 | | | This is the sole early voting site for Greenlee County. |
| **La Paz** | Unknown Off Reservation site | | Unknown | | | (-) | (-) | (-) |
| | Poston, AZ | On Reservation-CRIT | (-) | | | Parker* Poston* | 15 1 | (-) |
| | County Recorder's Office Parker, AZ | On Reservation-CRIT | October 12- November 4, 2016 Monday-Thursday 7:00am-6:00pm Closed Fridays except for October 28 and November 4 from 8:00am-5:00pm | 16 | 172 | Poston* Parker* | 15 1 | (-) |
| | Recorder's/Election Office Phoenix, AZ | Off Reservation | October 12, 2016 –November 4, 2016 Monday-Friday 8:00 am- 5:00 pm Saturday, October 22 & 29; 8:00 am – 5:00 pm | 20 | 180 | (-) | (-) | (-) |
| | Recorder's/Elections Office              222 East Javelina,              Mesa, AZ | Off Reservation | October 12, 2016 –November 4, 2016 Monday-Friday 8:00 am- 5:00 pm Saturday, October 22 & 29; 8:00 am -– 5:00 pm | 20 | 180 | (-) | (-) | (-) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Recorder's/Elections Office<br>111 South 3rd Avenue,<br>Phoenix, AZ | Off Reservation | October 12, 2016 –November 4, 2016<br>Monday-Friday<br>8:00 am- 5:00 pm<br>Saturday, October 22 & 29;<br>8:00 am – 5:00 pm | 20 | 180 | (-) | (-) | (-) |
| Avondale City Clerk's Office<br>11465 W Civic Center Dr.<br>Avondale, AZ | Off Reservation | October 12, 2016 –November 3, 2016<br>Monday-Thursday<br>7:00 am- 6:00 pm<br>Saturday, Oct 22,<br>10:00 am – 3:00 pm<br>Saturday, Oct 29,<br>10:00 am – 3:00 pm | 16 | 164 | (-) | (-) | (-) |
| Ability 360 Center          5025<br>W. Washington St.<br>Phoenix, AZ | Off Reservation | October 12, 2016 –November 3, 2016<br>Monday-Thursday<br>7:00 am- 6:00 pm | 14 | 154 | (-) | (-) | (-) |
| Carefree Town Clerk's Office<br>8 Sundial Circle<br>Carefree, AZ | Off Reservation | October 12, 2016 –November 3, 2016<br>Monday-Friday<br>8:00 am- 4:30 pm | 14 | 116.2 | (-) | (-) | (-) |
| Cave Creek Clerk's Office      37622 N.<br>Cave Creek Rd.          Cave Creek,<br>AZ | Off Reservation | October 12, 2016 –November 3, 2016<br>Monday-Thursday<br>7:00 am- 5:00 pm | 14 | 140 | (-) | (-) | (-) |
| Chandler City Clerk's Office<br>175 S. Arizona Ave<br>Chandler, AZ | Off Reservation | October 17, 2016 –November 4, 2016<br>Monday-Friday<br>8:00 am- 5:00 pm | 15 | 126 | (-) | (-) | (-) |
| El Mirage City Clerk's Office<br>12145 NW Grand Ave.<br>El Mirage, AZ | Off Reservation | October 12, 2016 –November 4, 2016<br>Monday-Friday<br>8:00 am- 5:00 pm | 15 | 126 | (-) | (-) | (-) |
| Fountain Hills  Clerk's Office      16705 E<br>Ave.<br>Fountain Hills, AZ | Off Reservation | October 12, 2016 –November 3, 2016<br>Monday-Thursday<br>7:00 am- 6:00 pm | 14 | 154 | (-) | (-) | (-) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Maricopa** | Gila Bend Town Clerk's Office<br>644 W Pima St.<br>Gila Bend, AZ | Off Reservation | October 17, 2016 –November 4, 2016<br>Monday-Friday<br>8:00 am- 4:00 pm | 15 | 120 | (-) | (-) | (-) |
| | Gilbert Municipal Center<br>50 E Civic Center Dr.<br>Gilbert, AZ | Off Reservation | October 12, 2016 –November 3, 2016<br>Monday-Thursday<br>7:00 am- 6:00 pm | 14 | 154 | (-) | (-) | (-) |
| | Glendale-Ability 360 Center<br>6829 N 57th Ave.<br>Glendale, AZ | Off Reservation | October 17, 2016 –November 4, 2016<br>Monday-Friday<br>8:00 am- 5:00 pm | 15 | 135 | (-) | (-) | (-) |
| | Litchfield Park City Clerk's Office<br>214 W. Wigwam Boulevard,<br>Litchfeild Park, AZ | Off Reservation | October 17, 2016 –November 4, 2016<br>Monday-Friday<br>8:00 am- 5:00 pm | 15 | 135 | (-) | (-) | (-) |
| | Maryvale-Cartwright School District<br>3401 N. 67th Ave            Phoenix,<br>AZ | Off Reservation | October 17, 2016 –November 4, 2016<br>Monday-Friday<br>8:00 am- 5:00 pm | 15 | 135 | (-) | (-) | (-) |
| | Mesa City Clerk's Office<br>20 E Main St.<br>Mesa, AZ | Off Reservation | October 12, 2016 –November 3, 2016<br>Monday-Thursday<br>7:00 am- 6:00 pm | 14 | 154 | (-) | (-) | (-) |
| | Phoenix City Hall<br>200 W Washington St, 15th Floor,<br>Phoenix, AZ | Off Reservation | October 12, 2016 –November 4, 2016<br>Monday-Friday<br>8:00 am- 5:00 pm | 18 | 162 | (-) | (-) | (-) |
| | Scottsdale City Hall/Election's Office<br>3939 N Drinkwater Blvd.<br>Scottsdale, AZ | Off Reservation | October 12, 2016 –November 4, 2016<br>Monday-Friday<br>9:00 am- 5:00 pm | 18 | 144 | (-) | (-) | (-) |

| | | | | | | (-) | (-) | (-) |
|---|---|---|---|---|---|---|---|---|
| South Mountain Community Center 212 E Alta Vista Rd. Phoenix, AZ | Off Reservation | October 17, 2016 –November 4, 2016 Monday-Friday 10:00 am- 6:00 pm Friday, November 4; 10:00 am- 5:00 pm Saturday, October 22; 10:00 am- 4:00 pm Saturday, October 29; 10:00 am -4:00 pm | 16 | 432 | | (-) | (-) | (-) |
| Surprise City Clerk's Office 16000 N Civic Center Plaza, Surprise, AZ | Off Reservation | October 12, 2016 –November 4, 2016 Monday-Friday 8:00 am- 5:00 pm Saturday, October 22, 10:00 am – 3:00 pm Saturday, October 29, 10:00 am – 3:00 pm | 21 | 399 | | (-) | (-) | (-) |
| Tempe-ASU 330 E. University Dr. Tempe, AZ | Off Reservation | October 12, 2016 –November 4, 2016 Monday - Wednesday, 10:00 am – 6:00 pm Thursday- Friday, 10:00 am – 5:00 pm | 18 | 270 | | (-) | (-) | (-) |
| Tempe Public Library 3500 S Rural Rd, Tempe, AZ | Off Reservation | October 12, 2016 –November 4, 2016 Monday - Wednesday, 10:00 am – 6:00 pm Thursday- Friday, 10:00 am – 5:00 pm | 18 | 270 | | (-) | (-) | (-) |
| Wickenburg Town Clerk's Office 155 N Tegner St, Wickenburg, AZ | Off Reservation | October 17, 2016 –November 3, 2016 Monday-Thursday 7:00 am- 6:00 pm | 12 | 132 | | (-) | (-) | (-) |
| Youngtown Town Clerk's Office 12030 N. Clubhouse Square, Youngtown, AZ | Off Reservation | October 12, 2016 –November 4, 2016 Monday-Friday 8:00 am- 4:00 pm | 18 | 144 | | (-) | (-) | (-) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Mohave** | Kathryn Heidenreich Senior Center Kingman, AZ | Off Reservation | October 12, 2016-November 4, 2016 Monday-Friday 9:00 am-5:00 pm | 18 | 144 | Wikieup Valentine Fort Mohave* Peach Springs Kaibab Indian Reservation* | 54 39 47 48 291 | |
| | Mohave County Library in Bullhead City, AZ | Off Reservation | October 12, 2016-November 4, 2016 Monday-Friday 9:00 am-4:00 pm October 29, 2016 from 10:00 am – 3:00 pm November 1, 2016 & November 3, 2016 from 9:00 am-7:00 pm | 18 | 396 | Oatman Yucca Fort Mohave* Peach Springs Kaibab Indian Reservation* | 24 57 7 88 285 | |
| | Mohave County Library Lake Havasu City, AZ | Off Reservation | October 12, 2016 -November 4, 2016 Monday - Friday 9:00 am - 5:00 pm October 29 , 2016 10:00 am -3:00 pm November 1, 2016 & November 3, 2016 9:00 am - 7:00 pm | 18 | 414 | Yucca Signal Fort Mohave* Peach Spring Kaibab Indian Reservation* | 36 71 47 110 336 | |
| **Navajo** | Bashas, at the Pinon Shopping Center Pinon, AZ | On Reservation-Navajo | October 12, 2016 10:00 am - 6:00 pm | 1 | 8 | Low Mountain* | 20 | |
| | Bashas, at Kayenta Shopping Center Kayenta, AZ | On Reservation-Navajo | October 14, 2016 & October 21, 2016 10:00 am-6:00 om | 2 | 16 | Chilchinbito* Tsegi* | 25 29 | |
| | Bashas, Dikon Shopping Center Pinon, AZ | On Reservation-Navajo | October 26, 2016 11:00 am-6:00 pm | 1 | 7 | Indian Wells* White Cone* | 13 47 | |
| | Kayenta Justice of the Peace Office Kayenta, AZ | On Reservation-Navajo | October 12- November 4 Monday-Friday 8:00 am-5:00 pm | 18 | 162 | Chilchinbito* Tsegi* | 23 12 | |
| | White River Social Service Building White River, AZ | On Reservation-White Mountain Apache | October 19, 2016 11:00 am-6:00 pm | 1 | 7 | McNary* | 31 | |
| | Circle M Store Polacca, AZ | Off Reservation-Hopi | October 28, 2016 11:00 am-6:00 pm | 1 | 7 | Walpi* Keams Canyon* | 2 5 | |
| | Navajo County Recorder's Office Show Low, AZ | Off Reservation | October 12, 2016 -November 4, 2016 Monday-Wednesday 8:00 am-5:00 pm | 12 | 108 | Pinetop-Lakeside McNary* Chilchinbito* | 11 29 198 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | County Recorder's Office<br>Holbrook, AZ | Off Reservation | October 12, 2016- November 4, 2016<br>Monday-Friday<br>8:00 am- 5:00 pm | 18 | 162 | Winslow<br>Whiteriver<br>Chilchinbito* | 35<br>66<br>155 | |
| **Pima** | County Recorder's Main Office<br>Tucson, AZ | Off Reservation | October 12, 2016-November 4, 2016<br>Monday-Friday<br>8:00 am-5:00 pm<br>Emergency Voting:<br>Saturday, November 5, 2016<br>9:00 am-2:00 pm<br>Monday, November 7, 2016<br>8:00 am-5:00 pm | 20 | 460 | Tortolita<br>Marana<br>Sahuarita<br>Pascua Yaqui*<br>San Rafael*<br>Pisinemo* | 13<br>23<br>20<br>13<br>81<br>109 | |
| | County Recorder's East Side Annex Office<br>Tucson, AZ | Off Reservation | October 12, 2016- November 4, 2016 Monday-Friday<br>8:00 am- 5:00 pm<br>Emergency Voting:<br>Saturday, November 5, 2016<br>9:00 am- 2:00 pm<br>Monday, November 7, 2016<br>8:00 am-5:00 pm | 20 | 460 | Pacua Yaqui*<br>Tortolita<br>Sahuarita<br>San Rafael*<br>Pisinemo* | 23<br>22<br>26<br>88<br>116 | |
| | County Recorder's South Side Annex Office<br>Tucson, AZ | Off Reservation | October 12, 2016 –November 4, 2016<br>Monday-Friday<br>8:00 am-5:00 pm<br>Emergency Voting:<br>Saturday, November 5, 2016<br>9:00 am – 2:00 pm<br>Monday, November 7, 2016<br>8:00 am – 5:00 pm | 20 | 460 | Pacua Yaqui*<br>Tortolita<br>Sahuarita<br>San Rafael*<br>Pisinemo* | 21<br>23<br>8<br>88<br>152 | |
| | Ascension Lutheran Church and School<br>Tucson, AZ | Off Reservation | October 17, 2016-November 4, 2016 Monday-Friday<br>9:00 am-4:30 pm | 15 | 109.5 | Pacua Yaqui*<br>Tortolita<br>Sahuarita<br>San Rafael*<br>Pisinemo* | 22<br>5<br>31<br>90<br>118 | |
| | Sahuarita Town Hall          Sahuarita, AZ | Off Reservation | October 17, 2016-November 4, 2016  Monday-Friday<br>9:00 am-4:30 pm | 15 | 109.5 | Green Valley<br>Helvetia | 9<br>25 | |
| | U of A Campus<br>Tucson, AZ | Off Reservation | October 17, 2016-November 4, 2016  Monday-Friday<br>9:00 am-5:00 pm | 15 | 120 | Sahuarita<br>Tortolita<br>Pisinemo* | 22<br>13<br>110 | |
| | Salazar-Ajo Library          Ajo, AZ | Off Reservation | October 31, 2016-November 4, 2016    Monday-Friday<br>9:00 am-5:00 pm | 5 | 40 | Why*<br>Pisinemo* | 11<br>47 | |

| County | Location | Reservation | Dates/Times | | | Places | | |
|---|---|---|---|---|---|---|---|---|
| | Pascua Yaqui Tribe Radio Station<br>Tucson, AZ | On Reservation-Pascua Yaqui | October 31, 2016 – November 1, 2016 & November 3, - November 4, 2016<br>9:00 am- 5:00 pm<br>CLOSED November 2, 2016 | 4 | 32 | Wellness Center *<br>Casino Del Sol* | 16<br>15 | |
| | Tohono O'odham High School State Rt 86 Mile Marker 74 | On Reservation-Tohono O'odham | October 24, 2016- October 25, 2016<br>9:00 am- 4:00 pm | 2 | 14 | Pisinemo *<br>Why* | 14<br>22 | |
| | Gu Achi District<br>Santa Rosa Multi-Purpose Building | On Reservation-Tohono O'odham | October 26, 2016<br>9:00 am- 4:00 pm | 1 | 7 | Ali Molina*<br>Topawa*<br>Why | 41<br>42<br>52 | |
| | San Xavier District Center | On Reservation-Tohono O'odham | October 27, 2016- October 28, 2016<br>9:00 am- 4:00 pm | 2 | 14 | Ali Molina*<br>West Pima Mine Rd* | 53<br>12 | |
| | Legislative Chambers<br>Sells, AZ | On Reservation-Tohono O'odham | October 31, 2016- November 4, 2016<br>9:00 am- 4:00 pm | 5 | 35 | Ali Molina*<br>Topawa*<br>Why | 7<br>9<br>61 | |
| **Pinal** | Voter Registration Office in Florence, AZ | Off Reservation | October 11, 2016 - November 3, 2016 Monday – Friday<br>8:00 am- 5:00 pm | 18 | 162 | Coolidge<br>Randolph<br>Sacaton* | 11<br>15<br>24 | |
| | Pinal County Recorder's Office in Apache Junction, AZ | Off Reservation | October 11, 2016- November 3, 2016 Monday – Friday<br>8:00 am- 4:30 pm | 18 | 149.4 | Gold Canyon<br>Queen Valley | 8<br>23 | |
| | Pinal County Recorder's Office in Casa Grande, AZ | Off Reservation | October 11, 2016- November 3, 2016<br>Monday – Friday<br>8:00 am- 4:30 pm | 18 | 149.4 | Arizona<br>Sacaton*<br>Picacho | 4<br>14<br>22 | |
| | GRIC Governance Center in Sacaton, AZ | On Reservation-Gila River Indian Community | November 3, 2016<br>9:00 am-4:00 pm | 1 | 7 | Blackwater*<br>Bapchule* | 13<br>10 | |
| **Santa Cruz** | Santa Cruz County Recorder's Office<br>Nogales, AZ | Off Reservation | October 12, 2016-November 4, 2016<br>Monday – Friday<br>8:00 am- 5:00 pm | 18 | 162 | Sonoita<br>Canelo | 33<br>50 | |
| | Santa Cruz County Public Works Department<br>Rio Rico, AZ | Off Reservation | October 22, 2016<br>2:00 pm- 5:00 pm | 1 | 3 | Tubac<br>Amado<br>Ruby | 15<br>21<br>58 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Santa Cruz | Tubac Community Center | Off Reservation | October 22, 2016<br>9:00 am- 12:00 pm | 1 | 3 | Rio Rico<br>Sonoita | 9.8<br>48 |
| | Patagonia Town Hall | Off Reservation | October 29, 2016<br>9:00 am- 12:00 pm | 1 | 3 | Harshaw<br>Rio Rico<br>Amado | 8<br>27<br>42 |
| | Sonoita Firehouse | Off Reservation | October 29, 2016<br>2:00 pm- 5:00 pm | 1 | 3 | Elgin<br>Canelo<br>Harshaw | 9<br>17<br>20 |
| **Yavapai** | 1015 Fair St., Room 228<br>Prescott, AZ | Off Reservation | October 12, 2016-November 4, 2016<br>Monday – Friday<br>8:00 am- 5:00 pm | 18 | 162 | YPIT Govt.<br>Offices Drake<br>Congress<br>Bagdad<br>Camp Verde* | 3<br>36<br>44<br>63<br>43 |
| | 10 S. 6th St<br>Cottonwood, AZ | Off Reservation | October 12, 2016-November 4, 2016<br>Monday – Friday<br>8:00 am- 5:00 pm | 18 | 162 | Camp Verde*<br>Drake<br>Congress | 18<br>63<br>91 |
| | Yavapai-Apache Nation Community Center<br>Camp Verde, AZ | On Reservation-Yavapai-Apache Nation | Unknown | | | Y-AN Housing Authority* | 8 |
| **Yuma** | Yuma County Recorder's Office        Yuma, AZ | Off Reservation | October 12, 2016- November 6, 2016<br>Monday-Friday and varying weekends<br>8:00 am- 5:00 pm | 19 | 81 | Cocopah Reservation*<br>Quechan Reservation*<br>Fortuna Foothills<br>Palomas | 15<br>5<br>12 |

# EXHIBIT 17



September 25, 2020

F. Ann Rodriguez
Pima County Recorder
240 N. Stone Ave.
Tucson, AZ 85701

BY EMAIL

Dear Recorder Rodriguez:

Campaign Legal Center ("CLC") writes on behalf of the Pascua Yaqui Tribe (the "Tribe") to respectfully urge you to reinstate the Early Voting site on the Pascua Pueblo Yaqui Reservation (the "Pascua Yaqui reservation") as a vote center with access to the Pima County voter registration database and a ballot-on-demand printer; or with access to a paper roster and paper-ballots. In the alternative, we request that you provide access to and support for a ballot-on-demand printer and access to the Pima County voter registration database for the purpose of operating an emergency vote center on the Pascua Yaqui reservation. Additionally, we request a ballot drop-off site on the reservation, preferably located at the early/emergency voting site. Your failure to do so thus far is contrary to the policy judgment of both the Secretary of State and the Pima County Board of Supervisors and runs afoul of federal voting protections.

Without access to in-person early voting at the Pascua Yaqui reservation, tribal members with limited access to transportation and unreliable mail service will have no method by which to cast a ballot prior to Election Day. And given the severe impact of the COVID-19 pandemic on the Tribe, forcing the Tribe to travel en masse to a single in-person polling place on Election Day would impose a significant burden on the tribal members' fundamental constitutional right to vote, while simultaneously presenting an unacceptable risk to the Tribe's health as well as that of the public. The disproportionate impact of this decision on Native American voters is plain and violates the Voting Rights Act.

CLC urges you to reconsider your decision not to allow either a full-service or limited-access early voting site on the Pascua Yaqui reservation. As the Pima County Recorder, you have the authority to rectify this injury and ensure that Yaqui voters have an equal opportunity to vote safely in the upcoming election.

## I. Voters on the Pascua Yaqui Reservation Have Been Denied Equal Access to Safe and Accessible Early Voting Sites.

As you know, the Pascua Yaqui Tribe is a federally recognized tribe with a reservation located outside of Tucson. The Pascua Yaqui reservation is home to between 3,600 and 4,000 people, of whom more than 93% are Native American.

Like other Native communities in Arizona and across the country, the Tribe has been hard hit by COVID-19, which has claimed the lives of more than 11 members in the Tucson area.[1] Due to systemic socioeconomic inequities, tribal residents are

---

[1] *See* Pascua Yaqui Tribe, Latest COVID-19 Information, https://covid19.pascuayaqui-nsn.gov (last accessed Sept. 24, 2020); *see also* Emma Gibson, *Analysis: Native Americans infected with COVID-19 at higher rates in Arizona*, Arizona Public Media (Jul. 10, 2020), https://news.azpm.org/p/coronavirus/2020/7/10/176298-analysis-native-americans-infected-with-covid-19-at-higher-rates-in-arizona.

disproportionately at higher risk of severe illness from COVID-19.[2] More than a quarter of tribal residents are medically uninsured.[3] The median income on the reservation is half that of Pima County, and the unemployment rate is 26 percent.[4]

These factors, among others, will make it particularly hazardous for tribal residents to vote in person in large numbers on Election Day. Given historical problems with mail service on Native American reservations, it is unsurprising that many Yaqui voters have not historically voted by mail and are unfamiliar with the process of requesting a mail ballot.[5] Thus, to avoid dangerous overcrowding at the polls in November, tribal residents must have ready access to early voting sites.

From 2010 to 2018, the Tribe had an early voting site on the Pascua Yaqui reservation that was open eight hours daily for four days before Election Day. However, one month before the August 2018 primary, and midway through the Tribe's campaign to increase voter turnout, your office abruptly relocated the site to a different location off reservation. The nearest early voting site is now eight miles away at the Mission Library. The distance may not seem far in absolute terms, but for Yaqui people without access to a private vehicle, it will make utilizing the early voting site an impossible endeavor. Roughly one in five tribal residents lack access to a car and must rely on public transportation to reach the site.[6] It will take these residents *two to three hours* roundtrip by public bus to vote early in person. This disparity is unacceptable in ordinary times and indefensible during a global pandemic.

The Tribe and its members have repeatedly alerted your office to the lack of early voting options on the Pascua Yaqui reservation. As early as November 5, 2019, the Tribal Council requested that you reinstate the reservation early voting site for the 2020 elections. That request was denied. The Tribe has since gathered more than 1,000 petition signatures in support of restoring the early voting site.[7]

On August 26, 2020, members of the Tribal Council wrote to the Pima County Board of Supervisors (the "Board") requesting an early voting site, emergency voting, and ballot drop off location, and appeared at the Board's September 1 meeting to voice their concerns. Recognizing the lack of early voting opportunities and the unique barriers faced by Yaqui voters, the Board passed a resolution on September 15, 2020 authorizing your office to make full-service early voting and ballot drop-off available in the Pascua Yaqui Reservation Tribal Chambers from Monday, October 26 to Friday, October 30.[8] The resolution also authorized emergency voting on Saturday, October 30 and Monday, November 2.[9] As noted by the County Administrator in a September 8 letter, operation of these sites would require access to a voter registration database and a ballot on-demand printer, which you have refused to provide.[10]

---

[2] *See* Richard A. Oppel Jr. et al., *The Fullest Look Yet at the Racial Inequity of Coronavirus*, N.Y. TIMES (Jul. 5, 2020), https://www.nytimes.com/interactive/2020/07/05/us/coronavirus-latinos-african-americans-cdc-data.html (noting systemic inequities unrelated to health issues as a driver of heightened risk).

[3] Pascua Yaqui Primary Care Area (PCA) 2019 Statistical Profile, Arizona Department of Health Services, https://azdhs.gov/documents/prevention/health-systems-development/data-reports-maps/primary-care/pima/117.pdf (last accessed Sept. 24, 2020).

[4] *Id.*

[5] *See* Rob Arthur & Allison McCann, *How the gutting of the Voting Rights Act led to hundreds of closed polls*, VICE NEWS (Oct. 16, 2018), https://news.vice.com/en_us/article/kz58qx/how-the-gutting-of-the-voting-rights-act-led-to-closed-polls. Indeed, the census tract encompassing the Pascua reservation has the lowest rate of voting by mail of all census tracts in Pima County. *See* Center for Inclusive Democracy, Siting Tool for Pima County, Demographic and Voter Data, https://az.cidsitingtool.org/county.html?county=019 (last accessed Sept. 24, 2020).

[6] *See* Center for Inclusive Democracy, *supra* note 5; U.S. Census Bureau, American Community Survey 2018 5-Year Estimates, Table B25044, http://data.census.gov.

[7] *See* Pascua Yaqui Tribal Council, *Pascua Yaqui Tribal Council: We need early voting site on the reservation, especially amid COVID-19*, TUCSON.COM (Jul. 17, 2020), https://tucson.com/opinion/local/pascua-yaqui-tribal-council-we-need-early-voting-site-on-the-reservation-especially-amid-covid/article_90b1b034-a9e6-5cf1-826b-9c323d69a4c7.html.

[8] Resolution No. 2020-75, Pima County Board of Supervisors (Sept. 15, 2020).

[9] *Id.*

[10] Memorandum from C.H. Huckleberry, County Administrator, to Pima County Board of Supervisors (Sept. 8, 2020), https://webcms.pima.gov/UserFiles/Servers/Server_6/File/Government/Administration/CHHmemosFor%20Web/2020/September/September%208%20,%202020%20-

Your response to the Tribe's requests has been disappointing. On August 26, you issued a press release[11] disparaging the Tribe's efforts to mobilize Yaqui voters. Your response thus far has not acknowledged the current health risks inherent in traveling two to three hours by bus to vote. You even called on the Tribe to pay for an "Uber"-like service to transport its members to early voting sites, rebuffing the simple and obvious solution of reinstating the reservation's early voting site. On September 16, in response to the Tribe's recent request to confer in light of the Board's resolution, you responded: "My suggestion to you at this point would be to contact the [Supervisors] to determine exactly how THEY plan on implementing THEIR resolution."[12] These responses evince, at best, a callous indifference to Yaqui voters' equal right to safe, accessible early voting.

You have also stated that it is "too late in the election year to . . . provide a secure voting site" on the Pascua Yaqui reservation.[13] But the Board's authorization for an early voting site on the reservation begins no earlier than October 26, more than a month away.[14] In addition, the Arizona Secretary of State has indicated that there are available state funds to operate the site.[15] There are sufficient time and resources to provide safe early voting opportunities to Yaqui people in Pima County, and you have the authority to do so. As we explain below, federal law demands action.

## II.     Your Refusal to Allow an Early Voting Site on the Pascua Yaqui Reservation Violates Federal Law

"Section 2 of the [Voting Rights Act] prohibits all forms of voting discrimination that lessen opportunity for minority voters." *Democratic Nat'l Comm. v. Hobbs*, 948 F.3d 989, 1011 (9th Cir. 2020) (internal quotations omitted). Under the Voting Rights Act, a county election official illegally abridges the right to vote of minority voters when (1) a challenged standard, practice or procedure results in a disparate burden on members of the protected class and (2) under the "totality of the circumstances," there is a relationship between the challenged practice and the "social and historical conditions" of the group. *Id.* at 1012.

Arizona law further provides that a qualified voter "is entitled to and shall be allowed to vote" at any state or local election without discrimination because of race, color, religion, sex, ancestry or national origin. A.R.S.§ 41-1421.

Your denial of a safe and accessible early voting site diminishes the ability of Yaqui people on the Pascua Yaqui reservation to vote safely in the November elections, especially in light of the COVID-19 crisis. The long history of discrimination faced by Yaqui people, and the present inequities borne of that history, establish a clear relationship between the tribe's lack of access to early voting sites and their status as a racial minority. As a result, your failure to provide an early voting site on the Pascua Yaqui reservation violates the Voting Rights Act and Arizona law.

First, as a result of your decision, tribal residents are denied an equal opportunity to participate in the November election. *See Navajo Human Rights Commission v. San Juan County*, 281 F. Supp.3d 1136, 1165 (D. Utah 2017) (denying summary judgment on the claim alleging that unequal access to early voting for a Navajo reservation violated Section 2 of the Voting Rights Act). Here, as in *Navajo*, the absence of an early voting location, and "the relative availability of certain voting services" to Yaqui voters compared to other voters, violates Section 2 of the Voting Rights Act. *Id.* In particular, the denial of an early voting site during the pandemic

---

%20Pascua%20Yaqui%20Tribe%20Request%20for%20Early%20Voting%20Sites%20on%20the%20Pascua%20Yaqui%20Reservation.pdf.

[11] *See* Press Release: Recorder Statement on Pascua Yaqui Request for Early Voting Site, Pima County Recorder (Sept. 1, 2020),
https://www.recorder.pima.gov/PressRelease/2020/200901%20Pascua%20Yaqui.pdf.

[12] Letter from F. Ann Rodriguez, County Recorder, to Peter Yucupicio, Chairman of Pascua Yaqui Tribe (Sept. 16, 2020).

[13] *Id.*

[14] *See* Resolution No. 2020-75, *supra* note 8.

[15] Calah Schlabach, *From showdown to stalemate, Pascua Yaqui voting site feud continues*, CRONKITE NEWS (Sept. 22, 2020), https://www.indianz.com/News/2020/09/22/cronkite-news-pascua-yaqui-tribe-denied-early-voting-site.

lessens the options for voters on the Pascua Yaqui reservation to vote safely. Voting by mail is not a reliable option for tribal residents given unreliable access to postal services. The nearest early voting site is a two-to-three-hour round trip bus ride, and many tribal residents lack reliable access to private transportation. The lack of accessible early voting sites will force many Yaqui voters to vote on Election Day, leading to unsafe crowding, which will in turn place Yaqui voters at severe risk of contracting or spreading COVID-19. Tribal residents who are at high risk of serious illness or death from COVID-19 will face an impossible choice: abstain from voting to stay safe, brave the polls on Election Day, or spend several hours on public buses to vote early. These choices fall disproportionately on Yaqui voters and therefore result in an unlawful abridgment of their equal right to vote.

Second, under the totality of the circumstances, "there is a legally significant relationship between the disparate burden on minority voters and the social and historical conditions affecting them." *Democratic Nat'l Comm.*, 948 F.3d at 1012. As the Ninth Circuit has recognized, "Arizona has a long history of race-based discrimination against" Native American citizens and "[m]uch of that discrimination is directly relevant to those citizens' ability to register, to vote, or otherwise to participate in the democratic process." *Id.* at 1107 (internal quotations omitted). Yaqui voters were not spared the deterrent effects of literacy tests and outright intimidation. *See id.* at 1019-22.

Yaqui voters continue to endure discrimination and its impacts in the present day. The census tract encompassing the Pascua Yaqui reservation, which is more than 90 percent Native American, has a poverty rate of 43 percent, among the highest in Pima County and substantially higher than surrounding non-Native communities.[16] Twenty percent of people in that tract report lack of access to a private vehicle.[17] The tribal area also has the lowest vote-by-mail rate in the County.[18] Surrounding non-Native American communities, on the other hand, are wealthier, enjoy higher rates of car access, and primarily vote by mail.[19] With the relocation of the Tribe's only early voting site, these surrounding communities now have greater access to in-person early voting despite having more resources to overcome barriers to early voting access. The sudden closure of the Tribe's early voting site in 2018 not only reduced Native American access to early voting, but also disrupted the Tribe's years-long effort to encourage voter participation.

Finally, your interactions with the Tribe and the Tribal Council on this issue exhibit a concerning disregard for Yaqui voters' access to equal voting services. You have refused to meaningfully address the Tribe's concerns about voting during the COVID-19 pandemic. Indeed, when the Board issued a resolution authorizing early and emergency voting on the reservation, your response to the announcement was dismissive at best.[20] These actions and your decision to deny the Tribe an early voting location "interacts with social and historical conditions to cause an inequality in the opportunities enjoyed by minority and white voters to elect their preferred representatives." *Navajo Nation Human Rights Comm'n v. San Juan Cty.*, 281 F. Supp. 3d at 1165 (quoting *Thornburg v. Gingles*, 478 U.S. 30, 47 (1986)). Accordingly, as a result of your actions, Pima County will likely face liability under the Voting Rights Act in denying the Pascua Yaqui tribe the early voting location.

Your denial of an early voting site also imposes an unconstitutional burden on tribal members' right to vote in violation of the First and Fourteenth Amendments. "There is no right more basic in our democracy than the right to participate in electing our political leaders." *McCutcheon v. FEC*, 572 U.S. 185, 191 (2014). The removal of early voting locations may violate the Constitution when the action disproportionally burdens racial minority voters' fundamental right to vote. *See Common Cause Indiana v. Marion Cty. Election Bd.*, 311 F. Supp. 3d 949, 954 (S.D. Ind. 2018). This is especially true when, as may be the case here, minority voters disproportionately vote less as a result of the change. *Id.* To rationalize this burden,

---

[16] *See* Center for Inclusive Democracy, *supra* note 5.
[17] *See id.*
[18] *See id.*
[19] *See id.*
[20] Letter from F. Ann Rodriguez, County Recorder, to Peter Yucupicio, Chairman of Pascua Yaqui Tribe (Sept. 16, 2020).

you have raised various concerns, including, for example, your inability to identify where Yaqui voters live; your office's inability to ensure ballot security and chain of custody at sites on the reservation; and your desire to use county-owned facilities.[21] Even if these concerns were legitimate, they are far from insurmountable. An early voting site on the reservation can, if necessary, be limited to local residents only;[22] the reservation has suitable locations to ensure ballot security; and your office has approved early voting sites in non-county buildings.[23] Moreover, the concerns you raise do not justify the comparatively severe burden on tribal residents' fundamental right to vote.

In sum, your failure to reinstate an early voting location on the Pascua Yaqui reservation runs afoul of both the Voting Rights Act and the First and Fourteenth Amendments, as well as Arizona law.

### III.    Demand

Fortunately, the potential legal violations we identify above can be easily remedied through swift action by your office. In order to ensure safe and equal access to voting for members of the Tribe, we request that your office:

- Reinstate the early voting site on the Pascua Yaqui reservation, either at its previous location or at another suitable site on the reservation, with access to the Pima County voter registration database and a ballot on-demand printer, to be maintained and operated under the supervision of the Director of Elections; or
- Reinstate the early voting site on the Pascua Yaqui reservation, either at its previous location or at another suitable site on the reservation, using a paper roster and paper ballots; or
- In the alternative, provide the Director of Elections, Board and Tribal Council with the resources to conduct emergency voting at the Pascua Yaqui Reservation Tribal Chambers, including access to the Pima County voter registration database and a ballot on-demand printer, to be maintained and operated under the supervision of the Director of Elections; and
- Provide a ballot drop off location within the Pascua Yaqui reservation, preferably at the same location as the emergency/early voting site.

CLC and the Tribal Council are prepared to assist with this process, including by coordinating with the Secretary of State's office to secure resources for early voting on the Pascua Yaqui reservation. In addition, the Tribe is more than able and willing to meet all security needs.  If we are unable to reach a resolution that provides the Tribe with adequate access to early voting, we will consider all available legal options.

Respectfully submitted,


/s/ Jonathan Diaz

Jonathan Diaz
Legal Counsel, Voting Rights
Campaign Legal Center
1101 14th St. NW, Suite 400
Washington, DC 20005

CC:

Katie Hobbs, Arizona Secretary of State
Barbara LaWall, Pima County Attorney
Chuck Huckleberry, Pima County Administrator
Brad Nelson, Pima County Elections Director
Ally Miller, Pima County Board of Supervisors, District 1

---

[21] Memorandum from F. Ann Rodriguez, Pima County Recorder, to Members of Pima County Board of Supervisors (Sept. 3, 2020).
[22] The County's current list of early voting and emergency voting locations includes a site limited to local residents at the Salazar-Ajo Library. *See* Early Voting Sites, Pima County Recorder's Office, https://www.recorder.pima.gov/EarlyVotingSites (last accessed Sept. 24, 2020).
[23] Your office has approved sites, for example, at churches and university buildings. *See id.*

Ramón Valadez, Pima County Board of Supervisors, District 2
Sharon Bronson, Pima County Board of Supervisors, District 3
Steve Christy, Pima County Board of Supervisors, District 4
Betty Villegas, Pima County Board of Supervisors, District 5

# EXHIBIT 18

# DECLARATION OF DR. JOSEPH DIETRICH

## I. Background

## A. Qualifications

I am a Lecturer in Political Science at The California State Polytechnic University, Pomona where I have been on the faculty for 3 years. Previously, I was an Assistant Professor of Public Policy and Education at the University of North Texas for two years. Prior to that I was a Lecturer at Robert Morris University in Political and Social Science for five years. My formal education includes a BA (2000) in Political Science, a Master's degree in Public and International Affairs (2003) and a Ph.D. (2011) in Social and Comparative Analysis, all from the University of Pittsburgh. Additionally, I have a Master's degree in Political Science from Claremont Graduate University, and I am in the final stage of completing a second Ph.D. in Political Science also at Claremont. My fields of concentration are American politics with sub-specializations in public policy, public law, race and ethnic politics, and political behavior.

Over the past half-decade, my primary research interest has been minority political behavior and voting rights with a focus on Native Americans. I have authored or co-authored half a dozen refereed journal articles and a book chapter (in press) in these areas and authored or co-authored more than 30 other publications such as white papers, evaluations, and research reports concerning voting behavior, public opinion, or other aspects of public policy. I have repeatedly presented on aspects of political marginalization and representation, Native American voting rights, and disenfranchisement at nearly every major academic conference in the field of political science.

Throughout my academic career, my research has concerned the development and application of public opinion surveys and the analysis of data focused on the social and political

behaviors of traditionally marginalized groups. In addition to a great many other professional and academic projects, I coordinated and processed the data from a large scale Native American political behavior and participation survey conducted in South Dakota and Nevada. I have been an expert witness at the Native American Voting Rights Coalition California field hearing in Sacramento and I assisted in the development of the expert witness report entered in Yazzie et al. v. Hobbs. I am assisted in my efforts here by Dr. Jean Reith Schroedel, Thornton F. Bradshaw Professor of Public Policy at Claremont Graduate University (Ph.D. Massachusetts Institute of Technology, 1990). Dr. Schroedel is the author of four scholarly books and has authored or co-authored more than 50 referred journal articles.

## B. Methodology

In this report I utilize a "Mixed Methods" or "Multi-method" methodological approach, which is commonly employed in the social sciences.[1] It involves the use of both quantitative data as well as qualitative data in research design and analysis. The 2003 creation of the American Political Science Association's Qualitative and Multi-Method Research Section is evidence of the widespread use of the method and status within the discipline.[2] Another indication of the method's importance within political science is its widespread use in scholarly political science articles.[3]

This is one of several methodologies that I have used throughout my professional and academic career. I employ this methodology by using data and information gleaned from

---

[1] For more on qualitative methods within academic research, see Tashakkori, Abbas. and Charles Teddlie, eds. 2002, 2010. *The SAGE Handbook of Mixed Methods in Social Science Research*, 1st ed, 2nd ed., Thousand Oaks, CA: SAGE Publications.
[2] APSA Qualitative and Multi-Method Research section. n.d. https://www.maxwell.syr.edu/moynihan/cqrm/APSA_s_Qualitative_and_Multi-Method_Research_Section/
[3] By 200, 50% of all peer-reviewed articles in political science journals, used mixed methods. Bennett, Andrew, Aaron Barth and Kenneth Rutherford. 2003. "Do We Preach What We Practice? A Survey of Methods in Journals and Graduate Curriculum." *PS: Political Science and Politics*, 36(3): 372-376.

multiple and overlapping sources. For this report I relied primarily upon the political science

literature focusing on ballot access, voting rights, and elections as well as statistical data

provided by various government sources such as the United States Census Bureau and the

Arizona Department of Education. An important strength of the multi-method approach is that it

can be used to analyze complex and multi-dimensional phenomena, in particular those that

involve many variables that change over time.[4]

## C. Research Questions

The plaintiffs have asked me to address the following research questions in the context of

the Pima County Recorder's Office closing of early voting sites formerly operated on the Pascua

Yaqui Reservation and Tohono O'odham Reservation on the southern outskirts of metropolitan

Tucson in at least 2014 and 2016. Despite a petition to do so, it is my understanding that the

County Recorder is refusing to reopen the sites for the 2020 election.

A. Do Pascua Yaqui and Tohono O'odham tribal members, Native American residents of
the Pascua Yaqui Reservation and Tohono O'odham Reservation, and other Native
American groups in Pima County, Arizona have less access to in-person early voting sites
than in surrounding non-Native areas? Do Native American voters face disparate access
to early voting sites in Pima County?

B. Is the disparate burden on Pascua Yaqui and Tohono O'odham tribal members, Native
American residents of the Pascua Yaqui Reservation and Tohono O'odham Reservation ,
and other Native American groups in Pima County, linked to social and historical
conditions in Arizona so as to cause unequal opportunity to participate in the political
process, in light of your assessment of the following Senate factors:
   1. the extent of any history of official discrimination in Arizona or Pima County that
   touched Tohono O'odham and Yaqui residents' right to vote or participate in the
   political process;
   2. the extent to which Native Americans, Yaqui and Tohono O'odham residents in
   Pima County bear the effects of discrimination in such areas as education,
   employment, and health, which hinder their ability to participate effectively in the
   political process;
   3. whether there is a significant lack of responsiveness on the part of elected
   officials to the particularized needs of Tohono O'odham and Yaqui residents;

---

[4] Bartolini, Stefano. 2013. "The Temporal Dynamics of the Franchise Expansion: Timing, Tempo, and Reversals." *Qualitative & Multi-Method Research* 11(2): 3-7.

**D. Summary of Findings**

The following are the primary conclusions I have reached regarding the two major questions and their sub-parts raised in Section C of this report.

Question A:  Pascua Yaqui and Tohono O'odham tribal members residing in southwest metropolitan Tucson and greater Pima County do have less access to in-person early voting sites than those residing in the surrounding areas of metropolitan Tucson. The removal of the in-person early voting site on the Pascua Yaqui tribal reservation in 2016, as well as from Tohono O'odham reservation lands previously, has left a glaring hole in coverage for Native Americans in that area who wish to register their vote early. White voters live closer and are generally not encumbered by financial barriers, vehicle barriers, or transit barriers. In other words, they have unfettered access to early voting sites. This demonstrates the disparate access to early voting faced by the members of the Pascua Yaqui and Tohono O'odham tribes.

Question B: Sub-question 1: Arizona has a long history of racial discrimination against Native Americans and this is particularly true regarding voting rights. Between 1928 and 1948, reservation Indians were unable to vote. In 1970, Arizona joined a lawsuit in an effort to retain literacy tests, the primary tool used to keep minorities from accessing the ballot. Parts of Arizona were included under Section 5 of the Voting Rights Act at its inception in 1965 and the whole state was added in 1970 until that part of the act was struck down in 2013. Counties within Arizona are still included today under Section 203 of the same law.

Question B: Sub-question 2: Daily the Pascua Yaqui and the Tohono O'odham face fewer educational opportunities, less access to government services, fewer healthcare options, and lower income with more poverty than the white communities of Pima County. The history of relations between the government and tribes regarding race and voting is well documented. Based on these factors as well as the ongoing treatment of the Pascua Yaqui and Tohono O'odham tribes within Pima County it is clear to me that local officials continue to reflect the light of a blatantly discriminatory past onto the present and its circumstances.

Question B: Sub-question 3: There is every indication that Pima County officials meet the standard for demonstrating a lack of responsiveness to the Pascua Yaqui tribe specifically and the Native American community in general. There is an obvious lack of responsiveness to the desire of Pascua Yaqui and Tohono O'odham citizens to restore their voting sites. The County Recorder appears to be openly hostile to the Pascua Yaqui community by describing the group in marginalizing terms in a press release outlining why she refused to reopen the voting site on the reservation. The County Recorder also failed to be responsive to the needs of this minority community by unilaterally setting policy that removed a minority serving early voting site and not providing the same community with like access. Finally, the tribes continue to face a lack of access to quality services provided by government agencies.

## II. Research on "Voter Costs," "Accessibility," "Voter Habituation" and "Demographics"

Within political science, there is a large body of research into the many factors and variables affecting voter behavior and voter turnout. Among this very large body of scholarship, is research examining "voter costs," "accessibility," "voter habituation," and "demographics." Although these are being treated here as separate categories, it is important to recognize they are inter-connected and may reinforce tendencies towards participation or non-participation in elections. The final category, that I have labeled as "demographics," but which encompasses a broad range of human capital/socio-demographic and economic factors, plays a very important role in either mitigating or exacerbating all of the effects of the others.

The basic voting calculus, which was developed more than sixty years ago, is expressed in a simple model ($R = PB - C$) where R, the reward that one gets from voting, is a function of PB, the perceived difference in benefits from the two parties, minus C, the cost of voting.[5] But not all citizens are equally equipped to bear the costs of voting. Rosenstone and Hansen write, "Participation in politics, that is has a price, a price that is some combination of money, time, skill, knowledge, and self-confidence," and then go on to note that wealthy and educated individuals with a sense of political efficacy are better able to bear the cost of participation.[6] As Brady, Verba and Schlozman note, "time, money and civil skills" are "essential to political activity" (1995: 271).[7] Moreover, state election laws and procedures differ across the state and those differences in electoral systems can increase, or decrease, those costs, which in turn affect

[5] Downs, Anthony. 1957. *An Economic Theory of Democracy*. New York: Harper and Row.
[6] Rosenstone, Steven J. and John Mark Hansen. 1993. *Mobilization, Participation, and Democracy in America*. New York: MacMillan Publishing Company, 12-14.
[7] Brady, Henry, Sidney Verba, and Kay Schlozman. 1995. "Toward SES: A Resource Model of Political Participation." *American Political Science Review* 89(2): 271-294, 271. See also Berensky, Adam. 2005. "The Perverse Consequences of Electoral Reform in the United States." *American Politics Research* 33: 471-491; and Brady, Henry and John McNulty. 2011. "Turning Out to Vote: The Costs of Finding and Getting to the Polling Place." *American Political Science Review* 105(1): 115-134.

electoral participation.[8] Thus, if the goal is to increase participation, inclusivity, and turnout, then voter costs should be minimized.

The second theme in the academic literature is accessibility (e.g., how difficult it is to access registration and voting). Probably no area of research related to voting costs has generated more attention than the question of how much accessibility affects whether one votes or not votes. According to Gimpel and Schuknecht, accessibility is a function of two factors: distance and impedance. While distance is a relatively straightforward concept to understand, impedance ---"whatever stands in the way of getting from point A to point B"--- can be affected by things, such as speed limits, traffic congestion, road quality, topographical barriers and so on. The study, which used geographical information system (GIS) to spatially locate voters' residences and polling places, found that both factors affected voting accessibility.[9]

A third theme in the literature concerns voting as a habituated behavior.[10] Voters are creatures of habit, and when accustomed forms of voting are disrupted, it tends to decrease turnout. As one study put it, "Voting may be habit-forming." [11] Another study noted that the outcome of elections can be changed by the "extensive manipulation of polling place

[8] Li, Quan, Michael J. Pomantell, and Scott Schraufnagel. 2018. "Cost of Voting in the American States." *Election Law JournalL Rules, Politics and Policy*17(3): Published online 18 September. https://doi.org/10.1089/elj.2017.0478.

[9] They also found small changes in distance had a strong negative impact in urban areas, but that battling traffic congestion in the suburban ring was more of an impediment than somewhat longer distances. They also found the expected negative relationship between the percentage of female headed households and voting, as well as the positive relationship between education levels and voting. Gimpel, James G. and Jason E. Schuknecht. 2003. "Political Participation and the Accessibility of the Ballot Box." *Political Geography* 22: 471-488, 476.

[10] Gerber, Alan, Donald Green and Ron Sachar. 2013. "Voting May Be Habit Forming: Evidence from a Randomized Field Experiment." *American Journal of Political Science* 47(3): 540-550; Kwak, Nojin, Dhavan Shah and Lance Holbert. 2004. "Connecting, Trusting, and Participating: The Direct and Interactive Effects of Social Associations." *Political Research Quarterly* 57(4): 643-652.

[11] Gerber, Alan, Donald Green and Ron Sachar. 2013. "Voting May Be Habit Forming: Evidence from a Randomized Field Experiment." *American Journal of Political Science* 47(3): 540-550. The role habit formation is important in explaining why voting increases with age. In the previously mentioned study by Gimpel and Schuknecht (2003) there was a negative relationship between the percentage of young voters and turnout further highlights the importance of habituation in voting.

locations."[12] Making changes to polling locations, new limits on "convenience voting," and changes in voter criteria, deadlines or election schedules can reduce turnout. The impact of these changes that adversely impact turnout are not equally distributed across all sectors of the voting populations. Instead the greatest negative effects tend to be the greatest on those for whom the cost of voting already is higher than the average.

The final theme, which is interconnected with the other factors, is the human capital/socio-demographic and economic characteristics of the population base. In the late 1990s, researchers identified younger people, racial minorities, women, and those with lower incomes as having a statistically significant inverse relationship with voting.[13] Twenty years later, McNulty, Dowling and Ariotti reiterated that socio-demographic and economic status affect political participation.[14] A Task Force of American Political Science Association emphasizes the interconnection between demographic categories, in particular race, ethnicity, education, economic class and gender, in predicting voter participation.[15] Several studies found that early voting, which typically involves, voting by mail advantages those with socio-economic resources, thereby exacerbating existing biases within the electorate.[16] The ability to bear the cost of voting, overcome accessibility challenges and become habituated to voting is much

---

[12] Brady, Henry and John McNulty. 2011. "Turning Out to Vote: The Costs of Finding and Getting to the Polling Place." *American Political Science Review* 105(1): 115-134, 115.

[13] Timpone, Richard J. 1998. "Structure, Behavior, and Voter Turnout in the United States." *American Political Science Review* 92(1): 145-158.

[14] McNulty, John, Conor Dowling, and Margaret Ariotti. 2009. "Driving Saints to Sin: How Increasing the Difficulty of Voting Dissuades Even the Most Motivated Voters." *Political Analysis*17(Autumn): 435-455.

[15] Williams, Linda Faye. 2004. "The Issue of Our Time: Economic Inequality and Political Power in America." *Perspectives on Politics* 2(4): 683-689.

[16] Berinsky, Adam. 2005. "The Perverse Consequences of Electoral Reform in the United States." *American Politics Research* 33: 471-491; Meredith, Mary and Neil Malhotra. 2011. "Convenience Voting Can Affect Election Outcomes." *Election Law Journal*10(3): 227-253.

higher among those with resources, and those who do not have to overcome the historical effects of discrimination.

## III. DO PASCUA YAQUI AND TOHONO O'ODHAM TRIBAL MEMBERS, NATIVE AMERICAN RESIDENTS OF THE PASCUA YAQUI RESERVATION AND TOHONO O'ODHAM RESERVATION, AND OTHER NATIVE AMERICAN GROUPS IN PIMA COUNTY, ARIZONA HAVE LESS ACCESS TO IN-PERSON EARLY VOTING SITES THAN IN SURROUNDING NON-NATIVE AREAS?

Pascua Yaqui and Tohono O'odham tribal members residing in southwest metropolitan Tucson and greater Pima County do have less access to in-person early voting sites than those residing in the surrounding areas of metropolitan Tucson. The removal of the in-person early voting site on the Pascua Yaqui tribal reservation in 2016, as well as from Tohono O'odham reservation lands previously, has left a glaring hole in coverage for Native Americans in that area who wish to register their vote early. Research detailed in this report demonstrates that tribal members must travel a minimum of 8.5 miles in each direction, or 17 miles round trip, to reach the closest in-person early voting site (Mission Road). Further compounding the problem is that many of the residents of the reservation do not own vehicles, or lack the funds to fuel a vehicle, meaning they rely on public transit options. Traveling to the Mission Road early voting site via the public transit option available on the reservation requires a bus transfer, additional mileage, and at least one hour and 33 minutes of travel time in each direction. Further, there is only one bus route that services the reservation further limiting travel options especially for the elderly. These are significant barriers to accessing the vote and raise the cost of voting for the individual to very high levels.

Further, the redistribution of early voting sites that has occurred in metropolitan Tucson and the adjacent areas of Pima County have done nothing to maintain, let alone increase, access to voting by Native Americans. The redistribution of early voting sites clearly favors the overwhelmingly racially white northern and eastern communities of the region. These neighborhoods which were previously served with just one site in 2016 now enjoy access to multiple early voting sites ---nine in total--- and the short travel distances and times that come with them. The primarily Latinx and Native American areas in the southwest must share two sites for a land area covering 94 square miles. The travel distances and times in these neighborhoods are 3 and 4 times as long as those in other far whiter areas of the region. This is to say nothing about the burden placed on voters to travel to distant neighborhoods where they are unfamiliar with the geography and may face community backlash for crossing an unmarked local racial line.

The Pascua Yaqui and Tohono O'odham are further away and less connected physically to in-person early voting sites and face substantial physical distance and time expenditures to arrive at these sites. This data, along with the extant literature in the field, supports a conclusion that the barriers to access early voting faced by Pascua Yaqui and Tohono O'odham tribal members are significant. They will most likely lead to an overall reduction in participation in voting among tribal members. Further, this lack of continuous participation, or habituation, in voting will almost certainly suppress future voting by members of the tribe. This will lead to reduced representation of the Native American vote among the overall election results in Pima County. The lack of an Indian voice within these election results can only serve to further isolate the community from participation in civic processes and from badly needed resources like social services for the people who reside within it.

# IV. DO NATIVE AMERICAN VOTERS FACE DISPARATE ACCESS TO EARLY VOTING SITES IN PIMA COUNTY?

In determining whether Pascua Yaqui and Tohono O'odham tribal members face a disparate impact to access early voting sites in Pima County the primary factor is accessibility. Determining accessibility is comprised of two elements---travel distance and impedance. There are two aspects of accessibility that are relevant to this research: 1. The round trip distance that tribal member voters must travel to drop off their early voting ballots and 2. the barriers that exist that could preclude these voters from dropping off their ballots at an early voting site. In this case, barriers might include such things as a lack of public transit, a lack of money to pay for gas or transit, not owning a car, extended distances, and in-person early voting site hours of operation among other things. Each of these aspects of accessibility will be considered.

## A. Travel Distance

The first aspect to examine in determining whether tribal members face disparate access to early voting sites is travel distance, or how far do members have to travel to arrive at an early voting site. That distance must then be compared other travel distances faced by other groups to see if there is a marked difference. Whether race plays a role must also be established. Finally, positioning or grouping of the early voting sites relative to the minority population can be helpful in determining whether there are issues with disparate access to voting.

Figure 1 shows the early in-person voting sites for metropolitan Tucson and surrounding Pima County. The red circle around the Pascua Yaqui reservation represents a five-mile radius extending from where the early voting site was located in 2016. The black dots on the map represent in-person early voting sites in use for the 2020 election. There are no 2020 early voting sites within this area. The closest site, Mission Road, is just beyond the circle at approximately 6

miles. It is therefore correct to say that there is not an early voting site within five miles of the Pascua Yaqui reservation. Further, it would be correct to say that any travel distance to the Mission Road early voting site would be a minimum of 6 miles, or a roundtrip of 12 miles.

The blue circles represent a five-mile radius around early voting sites that were in use in other parts of the region in 2016. These circles contain multiple in-person early voting sites for the 2020 election, again represented by black dots. In fact, these radii demonstrate that no one living within them has a travel distance of farther than 2.5 miles, or 5 miles roundtrip, to return their ballot to an in-person early voting site. Even people living nearer to the Cortaro site just outside northernmost the radii only face a slightly longer trip of approximately 3 miles or 6 miles roundtrip. Again, the Pascua Yaqui must travel at least 12 miles to perform the same civic function. This is a marked difference with other voters in the region and indicates that Pascua Yaqui voters face disparate access to voting. The analysis for Tohono O'odham voters is similar and thus arrives at the same conclusion. Both groups face disparate access to voting.



Figure 1: Location and Travel Distance to Early Voting Sites in Metropolitan Tucson, AZ

Figure 2 illustrates data regarding which racial group makes up the highest percentage in an area of the Tucson region combined with the radii demonstrating travel distance to and from in-person early access voting sites in Pima County. The areas shaded brown are areas that are predominantly racially white. Blue and green shaded areas are Latinx and Native American, respectively. The in-person early voting sites operating in 2020 are clustered in the racially white areas of the city and away from the Native American parts of the city. The shorter travel distances to register a vote early clearly favor the white populations of the city. There are more black dots inside blue circles in brown areas indicating that white people have high access and short travel distances. From this map it is obvious that the Pascua Yaqui and Tohono O'odham tribal members have disparate access to 2020 early voting sites relative the white populations of the region. Tribal members must travel a minimum of 12 miles to the one and only early voting

site near to them. White residents travel half as far and have a selection of nearly equidistant early voting sites from which to choose.[17]



Figure 2: Location and Travel Distance to Early Voting Sites Relative to Race in Metropolitan Tucson, AZ

## A. Impedance, or Barriers to Voting

Disparities in total travel distance are only part of what constitutes accessibility. The other piece is impedance or barriers. Geographic isolation in urban America is compounded by

---

[17] Both Figure 1 and 2 have been included in Appendix A in a larger format.

physical features of the terrain, such as mountains, rivers, or highways. Traffic and lack of transit also play a role in creating barriers and isolating one part of an urban community from another. In other words, the problem is not simply distance or remoteness, but equally one of impedance to movement or travel.

The Pascua Yaqui live within the confines of greater Tucson, but the reservation is served by only one bus route (Route 29 Valencia West). It does not travel directly to either of the closest early voting sites provided by Pima County (6550 South Country Club and 3770 South Mission). In order to take public transit to return a ballot early, a resident living on the reservation would have to take at least two buses and endure a minimum total travel time of 1 hour and 42 minutes one way ---or 3 hours and 22 minutes roundtrip--- to travel to the site on South Mission Rd. This is approximately 8.5 miles one way if travelled in a car by road. Seventeen (17) miles roundtrip is still a very long way to have to travel to vote in an urban center. However, the bus route travels a path that is 14.5 miles one way, or 29 miles round trip, making that option nearly twice as long. According to the county website for Sun Tran, the public transit agency, there is not a plottable route to the South Country Club Road site from on the Pascua Yaqui reservation, so it has been eliminated from further consideration.

There is another bus route that travels near the edge of the Pascua Yaqui reservation (Route 27 Midvale Park North) but it too does not travel to either early voting site. To utilize this route to travel to an early voting site, a resident would first need to travel a third of a mile on foot. This would limit the elderly or infirmed from pursuing this option. From there, the options to arrive at the Mission Road early voting location again require an approximately 14.5-mile one-way journey, taking 2 buses, and spending an average total travel time of 1 hour 43 minutes in each direction.

The Tohono O'odham face different but similar challenges with regard to impediments. Despite living in the same urbanized core as the Pascua Yaqui tribe, the Tohono O'odham on the San Xavier Reservation have similarly limited transit options on the reservation. The reservation is serviced by one route (440 San Xavier). The bus travels substantially the same distance and arrives at the same point as the bus serving the Pascua Yaqui reservation. It is therefore reasonable to assume voters on the San Xavier Reservation face the same issues as voters on the Pascua Yaqui Reservation. The physical issues are different on the Tohono O'odham Reserve around Sells, AZ but limited access to voting, no matter how it is being limited, is still limited access. An unacceptable travel distance and time in an urban environment is obviously going to be different than it is in a rural context. However, the impediment is crossing an unreasonable amount of distance over an unreasonable amount of time regardless of context. Pima County has offered one in-person early voting site (Sells) to a reservation that is roughly the size of Connecticut. As such, the Tohono O'odham tribal members living on the rural parts of the Reservation around Sells must travel very far and for a long time to vote early even by rural standards. Depending on where the trip begins, a voter may have to travel as far as 60 miles in one direction (120 miles round trip) to vote at the single site on the reservation. There are no other options in this part of Pima County as the next option to the west is in Ajo nearly 75 miles away and the next option to the east is the Mission Road site beyond the Pascua Yaqui and San Xavier Reservations in metropolitan Tucson 60 miles away.

The time spent on the bus, waiting for the bus, traveling long distances, and the distance itself travelled are all barriers that substantially raise the cost of voting. They provide a dissuading force on voters to go and vote. The time spent and distance travelled on public transit also impact the risk undertaken during the current COVID-19 pandemic in using public transit

for such extended periods of time. Unfortunately, concern for one's health and what may be contracted on an extended bus trip is yet another barrier to accessing voting faced by Pascua Yaqui and Tohono O'odham voters.

There is another barrier to accessing the vote that also relates to time and public transit. A voter relying on public transit to vote must factor in the travel time on public transit to reach the poll. If the voting site is open from 8AM until 5PM, for example, and a voter must travel an hour and five minutes by bus, then that voter travelling by transit cannot make use of the last hour that the voting site is open. This means they have fewer total hours where they can access an early voting site relative to voters whose travel distance is shorter or more affluent voters who can drive themselves. If voters on the Pascua Yaqui reservation must travel at least 1 hour and 42 minutes on public transit based on fixed schedules to reach the early voting site at Mission Road, those voters have significantly less time per day to access the ballot box than the average voter in another part of the metropolitan Tucson region. This is a disparate impact on access exclusively brought about by the choice of the County Recorder to remove the in-person early voting sites on the Pascua Yaqui and Tohono O'odham reservations in 2016 and move them much farther away.

Among the most relevant of the socioeconomic factors are median household income for the Pascua Yaqui at $28,087 and $27,000 for the Tohono O'odham, which is slightly more than half of the median household income in Arizona.[18] It is also just above 35% of the median household income of Oro Valley ($76,484) in northern Pima County.[19] For these individuals,

---

[18] Combrink, Thomas. n.d. *Demographic Analysis of the Pascua Yaqui Using 2011-2015 Census and 2010 American Community Survey Estimates,* Arizona Rural Poverty Institute, 27.
https://gotr.azgovernor.gov/sites/default/files/navajo_nation0.pdf.
[19] U.S. Census Quick Facts. United States Census Bureau. retrieved 10/5/2020
https://www.census.gov/quickfacts/fact/table/casasadobescdparizona,maranatownarizona,orovalleytownarizona,tanqueverde,tucson,pimacountyarizona,AZ/RHI125219#RHI125219

traveling to a place to vote early is not just a burden in terms of travel distance and time, but there is also an additional financial burden related to either paying for gasoline or paying a person to drive them to the voting site. This assumes that a member of the tribe even has a car to drive. Figures 3 and 4 illustrate that car ownership is not a given among Native Americans in Pima County.[20] Figure 3 shows that as many as 30% of residents on the reservation (the area within the black circle) do not have a vehicle.[21] Figure 4 shows the relationship between the Native American population in Pima County and the lack of car ownership based on census block group data.[22] The 10 block groups that have a Native American population greater than 50% (those within the red box) also have a large percentage of residents ---ranging from 10% to over 40%--- with no car ownership.

---

[20] Both Figure 5 and 6 have been included in Appendix A in a larger format.
[21] U.S. Census Quick Facts. United States Census Bureau. retrieved 10/5/2020
https://www.census.gov/quickfacts/fact/table/pimacountyarizona,AZ/RHI125219#RHI125219
[22] ACS 5-year Estimates from 2018: Table B02001, Table B19013, Table B01001, Table B03003, Table B25044
United States Census Bureau. retrieved 10/5/2020 https://www.census.gov/programs-surveys/acs/



Figure 3: Percentage of Residents Without a Car



Figure 4: Percentage of Native American Residents Without a Car in Pima County, AZ

The Pascua Yaqui and Tohono O'odham face very significant barriers ---both regarding finance as well as travel--- that do not apply to voters living in other parts of greater Pima County. Simply paying for a ride on a bus to be able to vote early raises a significant barrier and demonstrates the disparate impact that socioeconomic factors play in blocking access to the ballot. Non-Indian voters living in affluent areas of Pima County, such as Oro Park (median household income $76,484), do not face a significant travel distance barrier in casting an early ballot. For most of these voters, the total travel distance is 2.5 miles on average. These voters live closer and are generally not encumbered by financial barriers, vehicle barriers, or transit barriers. In other words, they have unfettered access to early voting sites. This demonstrates the disparate access to early voting faced by the Pascua Yaqui and Tohono O'odham voters.

## V. WHAT IS THE EXTENT OF ANY HISTORICAL OFFICAL DISCRIMINATION IN ARIZONA OR PIMA COUNTY THAT TOUCHED ON TOHONO O'ODHAM AND YAQUI RESIDENTS' RIGHT TO VOTE OR PARTICIPATE IN THE POLITICAL PROCESS?

There is a long history of racial discrimination against Native Americans in Arizona and this is particularly true regarding voting rights. Prior to 1924, Indians were denied citizenship in the state as well as the right to vote because of their status as citizens of their tribes and as a result of the trust relationship established between the federal government and the tribes about 100 years earlier in *Johnson v. M'intosh* and *Cherokee Nation v. Georgia*.[23] Prior to the Indian Citizenship Act of 1924, Indians could only become citizens through naturalization "by or under

---

[23] *See* 21 U.S. 543, 5 L. Ed. 681, 1823 .S. 8 Wheat. 543; 30 U.S. 5 Pet. 1 1 (1831)

some treaty or statute."[24] After its passage, all Indians were granted citizenship thus ending the period in United States history in which Indians citizenship was conditioned on severance of tribal ties and assimilation.[25]

Arizona, however, continued to deny Native Americans the right to vote. In the 1928 *Porter v. Hall* decision, the Arizona Supreme Court upheld a prohibition finding that Indians living on reservations could not vote because they were wards of the federal government and, as such, were "persons under guardianship". They were thus prohibited from voting by a clause in the Arizona State Constitution.[26] Reservation Indians in Arizona continued to be barred from voting in state elections until 1948 when the Arizona Supreme Court overturned the *Porter v. Hall* in *Harrison v. Laveen*.[27] Off reservation Indian voters, of which there were few until their numbers began to grow in the post-World War II years, faced the same discriminatory barriers employed elsewhere to keep African American voters away from the polls such as the use of poll taxes, literacy tests, and intimidation with violence.[28] In 1970, Arizona joined the lawsuit to keep literacy tests in place, an effort that was defeated in *Oregon v. Mitchell*. In the decision, the Supreme Court noted that Arizona had "a serious problem of deficient voter registration among Indians."[29] Despite the loss, English literacy tests were not officially repealed in the state until 1972 which was two years after the Supreme Court struck them down them as being unconstitutional.[30]

---

[24] *Elk v. Wilkins*, 112 U.S. 94, 103 (1884).
[25] An Act of June 2, 1924, 43 Stat. 253, Pub. L. 175 (1924) (codified as 8 U.S.C. § 1401(b)).
[26] *Porter v. Hall*, 34 Ariz. 308, 331-332, 271 P. 411, 419 (Ariz. 1928).
[27] *Harrison v. Laveen*, 67 Ariz. 337, 196 P.2d 456 (Ariz. 1948)
[28] Continuing Need for Section 203's Provision for Limited English Proficient Voters: Hearing Before the S. Comm. on the Judiciary, 109th Cong. 309 (2006) (letter from Joe Garcia, NCAI).
[29] *Oregon v. Mitchell*, 400 U.S. 112, 117, 132, 153 (1970).
[30] Tucker, James T. et al. 2008. "Voting Rights in Arizona: 1982-1986" *Journal of Law and Social Justice* 17(2): 283-365.

Upon its passage in 1965, only a few counties in Arizona were originally included in the initial list of jurisdictions covered by Section 5 of the Voting Rights Act (VRA) meaning they had long-standing problems regarding minority voter disenfranchisement. In 1966, these counties became the first jurisdictions in the country to successfully "bail out" from coverage under the provisions of the still new law.[31] The VRA was amended in 1970 and included as a measure of discrimination registration and turnout data from the 1968 presidential election. As a result, eight (8) Arizona counties were again under Section 5 scrutiny including Pima County. When the law was revised again in 1975, the entire state of Arizona was now included under its revised provisions due, in part, to its failure to provide ballots in the proper languages. The provisions of Section 5 of the law continued to remain in place on Arizona until Section 5 of the Voting Rights Act was struck down in Shelby County v. Holder.[32] Six (6) Arizona counties --- Apache, Coconino, Gila, Graham, Navajo, and Pinal --- remain subject to Section 203 of the VRA for failure to provide ballots, election materials, and voting assistance in Indian languages.

## VI. WHAT IS THE EXTENT TO WHICH NATIVE AMERICANS, YAQUI AND TOHONO O'ODHAM RESIDENTS IN PIMA COUNTY BEAR THE EFFECTS OF DISCRIMINATION IN SUCH AREAS AS EDUCATION, EMPLOYMENT AND HEALTH, WHICH HINDER THEIR ABILITY TO PARTICIPATE EFFECTIVELY IN THE POLITICAL PROCESS?

Daily, the Pascua Yaqui and the Tohono O'odham face fewer educational opportunities, less access to government services, fewer healthcare options, and lower income with more poverty than the white communities of Pima County. The data in Table 1 demonstrates that both

---

[31] *Apache County v. United States*, 256 F. Supp. 903, 910911 (D.D.C. 1966).
[32] *Shelby County v. Holder,* 570 U.S. 529 (2013).

tribes suffer socio-economic disparities relative to every other racial group in Pima County. Even those who identify as Native American but may live in other parts of the county are better off on every measure than those Native Americans living on these reservations specifically. The median income for both tribes is approximately 35% lower than it is for the next lowest group (African Americans at $41,122). Poverty rates are, or nearly are in the case of the Tohono O'odham, 3 times that of whites in Pima County. Educational attainment ---graduation from high school is the measure--- is under 40% for the Tohono O'odham. As reported elsewhere in this report, only 34.48% of those attending Hiaki High School, the charter high school on the Pascua Yaqui reservation, graduate.

|  | Pascua Yaqui | Tohono O'odham | Native American | White | Latinx | Asian | Black |
|---|---|---|---|---|---|---|---|
| Median Household Income | 28087 | 27040 | 43807 | 58437 | 47876 | 56257 | 41122 |
| Poverty Rates | 46% | 39% | 38.50% | 15.10% | 23.60% | 19% | 28.10% |
| Unemployment | XX | 26.60% | 19% | 6.70% | 8.40% | 5.6% | 10.40% |
| Educational Attainment | XX | 39.90% | 71.90% | 90.60% | 75.10% | 87.50% | 84.20% |

Table 1: Socio-demographic Data for Various Racial Groups in Pima County, AZ[33]

These tribes, like all tribes in Arizona, have also faced unvarnished racism at many points before and since statehood in 1912. The lingering effects of that racism continue to reverberate throughout state and local government. I have documented the blatantly racist past practice of the state regarding the extension of voting rights and how parts of the state continue to be under the provisions of the Voting Rights Act. As other states removed barriers to voting for minority citizens, like literacy tests, Arizona sued to continue the practice and it remained

---

[33] 2018 ACS 5Year Estimate Subject Tables (B19013A; B19013I; B19013C; B19113D; B19013B; S1701; S2301; S1501). United States Census Bureau. retrieved 10/8/2020 from https://data.census.gov/cedsci/all?q=Pima%20COunty%20AZ; Combrink, Thomas. n.d. *Demographic Analysis of the Pascua Yaqui Using 2011-2015 Census and 2010 American Community Survey Estimates,* Arizona Rural Poverty Institute, 27. https://gotr.azgovernor.gov/sites/default/files/navajo_nation0.pdf.; Arizona Rural Policy Institute. n.d. *Demographic Analysis of the Tohono O'odham Using 2011-2015 Census and 2010 American Community Survey Estimates,* Arizona Rural Poverty Institute, 27. https://gotr.azgovernor.gov/sites/default/files/navajo_nation0.pdf.

part of state law for two years ---until 1972--- after the United States Supreme Court struck it down. At several points in this report I note that the intent of current government policy choices appears to have a racial basis or animus and their outcomes favor a race other than Native Americans. The Pascua Yaqui and Tohono O'odham tribal members are without quality services like education or direct access to healthcare options while others in the county are spoiled for choice. Each one of these examples, among many others, is evidence that the Pascua Yaqui and Tohono O'odham tribes continue to bear the effects of discrimination daily. It is clear to me in the ongoing treatment of this group of Native Americans, as well as others in Pima County, that state and local officials continue to reflect the light of a blatantly discriminatory past onto the present and its circumstances.

## VII. IS THERE A SIGNIFICANT LACK OF RESPONSIVENESS ON THE PART OF ELECTED OFFICIALS TO THE PARTICULARIZED NEEDS OF TOHONO O'ODHAM AND YAQUI RESIDENTS?

### A. Procedural and Substantive Responsiveness

While no court has completely defined "responsiveness" there have been attempts to establish at least what a responsive government, or its officials, might exemplify in being responsive.[34] The concept of responsiveness is generally seen as having two components— procedural and substantive. In procedural responsiveness, the focus of examination is on "communication between elected officials and their minority constituents and the extent to which elected representatives advocate for measures that serve the particularized needs of the minority

---

[34] *See* Holder v. Hall Litig. (GA), discussion at 117 F.3d 1222, 1227 (11th Cir. 1997) ("An official is responsive if he/she ensures that minorities are not excluded from municipal posts, evenhandedly allocates municipal services, and addresses minority complaints.");

community."[35] In other words, what was done to enact this policy? Being actively opposed or otherwise hostile to the desires of the minority community meets the standards applied by the courts.[36] Further, failing to respond to requests from the minority community, advocate for that community, address policies that the minority community seeks to have addressed also meets this standard.[37] Other courts have opted not to follow this model and have simply considered services in terms of what was provided to the minority community by government.[38] The instructive message for procedural responsiveness is that courts commonly find that governments and government officials who fail to act in response to minority community requests, or actively provide equitable services, are in violation of this responsiveness standard.

Substantive responsiveness requires an "examination of the substantive policies enacted or implemented by the jurisdiction" under review.[39] In other words, what have the policies enacted done? The standard is widely applied yet, unlike procedural responsiveness, there is no cohesion as to what policies specifically may or may not constitute or indicate a lack of responsiveness on the part of government.[40] The decisions from these cases run the gamut of

---

[35] Katz, Ellen and the Voting Rights Initiative. *Documenting Discrimination*. Ann Arbor, MI: The University of Michigan Law School, 2005 Accessed October 5, 2020.
https://www.law.berkeley.edu/files/kats_discrimination_in_voting.pdf
[36] Bone Shirt Litig., discussion at 336 F. Supp. 2d 976, 1044 (D.S.D. 2004) (discussing legislative bills that affect the Indian community and the consistent opposition of certain members of the legislature to any legislation that the Indian community lobbied for including voting against bills with overwhelming support and no organized opposition and keeping bills that affect only the minority community from reaching a floor vote).
[37] Sisseton Indep. Sch. Dist. Litig. (SD), discussion at 804 F.2d 469, 477 (8th Cir. 1986) (considering refusal to establish polling places despite Indian requests); Montezuma-Cortez Sch. Dist. Litig., 7 F. Supp. 2d 1152, 1170 (D. Colo. 1998) (noting the failure to act on "Parent Advisory Committee request for development of a mission statement for bilingual education and Native American education programs," and school board's response that its "District mission statements must be 'ethnically clean,'" were suspect but making no actual finding on responsiveness either way).
[38] City of Austin Litig. (TX), 871 F.2d 529, 534 (5th Cir. 1989); Dallas County Comm'n Litig. (AL), 739 F.2d 1529, 1540 (11thCir. 1984).
[39] Katz, Ellen and the Voting Rights Initiative. *Documenting Discrimination*. Ann Arbor, MI: The University of Michigan Law School, 2005 Accessed October 5, 2020.
https://www.law.berkeley.edu/files/kats_discrimination_in_voting.pdf
[40] *See* Town of Hempstead Litig. (NY), discussion at 180 F.3d 476 (2d Cir. 1999); Red Clay Sch. Dist. Litig. (DE), discussion at 116 F.3d 685, 698 (3d Cir. 1997); LULAC – N.E. Indep. Sch. Dist. Litig., discussion at 903 F. Supp. 1071,

indicators from flying a confederate flag at a school or naming a school after a racist as not demonstrating a lack of responsiveness to the minority community (903 F. Supp. 1071, 1087 (W.D. Tex. 1995)) to "serious concerns" about a redistricting plan that concentrated minority voters into a single district (790 F. Supp. 738, 749 (W.D. Mich. 1992)). The instructive message is that courts have not clearly defined the measure of substantive responsiveness, but they have determined that affirmative discriminatory policies directed at minorities meets its standard.

## B. Pima County and Responsiveness

There is every indication that Pima County officials meet the standard for demonstrating a lack of responsiveness to the Pascua Yaqui and Tohono O'odham tribes and the Native American community in general. First, there is an obvious lack of responsiveness to the desire of Pascua Yaqui and Tohono O'odham citizens who might want to vote early. Due to the time and travel distance required to get to the closest early voting site, the tribes have repeatedly requested the reestablishment of an early voting site on their reservation that was in use at least in the 2014 and 2016 election cycles. Pima County, specifically the County Recorder F. Ann Rodriguez, has denied that request in 2018 and 2020. This is despite the Pima County Board of Supervisors voting on September 15, 2020 on a resolution to reestablish this site on the Pascua Yaqui Reservation.[41] Arizona Secretary of State Katie Hobbs has also offered to release funds to

---

1087 (W.D. Tex. 1995); City of Philadelphia Litig., discussion at 824 F. Supp. 514, 538 (E.D. Penn. 1993); Bridgeport Litig., discussion at Civ. No. 3:93CV1476(PCD), 1993 U.S. Dist. LEXIS 19741 (D. Conn. Oct. 27, 1993); Baldwin Bd. of Educ. Litig., discussion at 686 F. Supp. 1459, 1467 (M.D. Ala. 1988); Marengo County Litig. (AL), discussion at 731 F.2d 1546, 1572 (11th Cir. 1984); Mobile School Board Litig., discussion at 542 F. Supp. 1078 (S.D. Ala. 1982); Cf. City of Holyoke Litig., discussion at 960 F. Supp. 515, 523-24 (D. Mass. 1997); Kent County Litig., discussion at 790 F. Supp. 738, 749 (W.D. Mich. 1992); Carrollton NAACP Litig. (GA), discussion at 829 F.2d 1547, 1561 (11th Cir. 1987); Monroe County Litig., discussion at 740 F. Supp. 417 (N.D. Miss. 1990); Dallas County Comm'n Litig., discussion at 548 F. Supp. 794 (S.D. Ala. 1982)

[41]Pima County Board of Supervisors, September 15, 2020 Meeting Summary Report retrieved 10/5/2020 from https://pima.legistar.com/View.ashx?M=M&ID=793496&GUID=3A912FE1-2620-4DAE-803D-D21BE82A70A4

support the site should the County Recorder change her mind.[42] In doing so, Mrs. Rodriguez appears to have violated the standard applied to procedural responsiveness for failing to adequately respond to this request from a minority community. Further, she is on record as being actively opposed to this particular community, not the larger community in southwest metropolitan Tucson wherein it lies, having their early voting site reestablished.[43] Finally, she has refused to discuss the matter further with either the tribe or members of the county government. Mrs. Rodriguez was notably absent from the September meeting where the Pima County Commission voted on their resolution to restore the early voting site with the Pascua Yaqui tribe.

Mrs. Rodriguez also appears to be openly hostile to this Native American community in a press release outlining why she was denying the Pascua Yaqui request dated September 1, 2020.[44] Rather than choose the inclusive language of community more commonly used in government communications, she has depicted the tribe as seemingly separate in her statement. She opts to describe this community in marginalizing terms and as apart from the overall Pima County community she serves by referring to these Arizona citizens as "they" or "them" in her descriptions. Similar marginalizing language used to characterize other racial minorities would certainly be deemed unacceptable especially from a government agency, if not openly racist, so its use here in her response is troubling. It further speaks to how Pima County Government, and Mrs. Rodriguez specifically, appear to be violating the procedural responsiveness standard by demonstrating her open hostility to the Pascua Yaqui.

[42] "From Showdown to Stalemate, Pascua Yaqui voting site feud continues" retrieved 10/5/2020 from https://www.indianz.com/News/2020/09/22/cronkite-news-pascua-yaqui-tribe-denied-early-voting-site/
[43] Recorder Statement on Pascua Yaqui Request for Early Voting Site. Pima County, Az website retrieved 10/5/2020 from https://www.recorder.pima.gov/PressRelease/2020/200901%20Pascua%20Yaqui.pdf
[44] Recorder Statement on Pascua Yaqui Request for Early Voting Site retrieved 10/5/2020 from https://www.recorder.pima.gov/PressRelease/2020/200901%20Pascua%20Yaqui.pdf; See Appendix B

Pima County Recorder Rodriguez appears to have also violated the standard established for substantive responsiveness by unilaterally setting policy that removed a minority serving early voting site and not providing the same community with access to a similar site at no closer than least 8.5 miles away by car. In comparison, between 2016 and 2020, Pima County has agreed to increase the number of early voting sites from the eight (8) offered throughout Pima County in 2016 to the 14 being offered throughout the county in 2020. Of those, only the Pascua Yaqui tribe have not received a compensatory nearby early voting facility. They are in the only neighborhood to have completely lost an early voting site from the 2016 election cycle and not receive a compensatory site. In fact, three communities --- Cortaro, Oro Valley, and Casas Adobes --- now have three times as many places to access early voting as they did in 2020. Further the communities of Tanque Verde and Southeast Tucson have also received additional voting sites in 2020. Residents of these neighborhoods will only have to travel approximately 5 to 6 miles roundtrip via the roads to vote early. Residents of the Pascua Yaqui tribe will have to travel just under 20 miles roundtrip via the roads to perform the same civic function. Each of these communities receiving additional sites in 2020 is also more than 80% white indicating race may have been a factor in the decision of where to place new early voting sites.[45]

Figure 5 demonstrates the result of the policy shift on early voting sites and the issue with substantive responsiveness. The change in the County Recorder's policy has left a large area of southwestern metropolitan Tucson without early voting services to the detriment of minority populations, such as the Pascua Yaqui, residing here. The red circle around the Pascua Yaqui voting site represents a radius of five miles. There is no voting site within that area and the

[45] U.S. Census Quick Facts. United States Census Bureau. retrieved 10/5/2020
https://www.census.gov/quickfacts/fact/table/casasadobescdparizona,maranatownarizona,orovalleytownarizona,
tanqueverde,tucson,pimacountyarizona,AZ/RHI125219#RHI125219

Mission site is the closest at about 6 linear miles --- which is much different than miles traveled along roadways. Any trip to return a vote early would therefore require at least a 12-mile roundtrip. This is a significant barrier to being able to vote early. It also shows that nearly all the early voting sites within the metropolitan Tucson area are in no way positioned to serve or increase access to minority voters including the Pascua Yaqui reservation. It demonstrates that the southwestern metropolitan area of Tucson extending into Pima County is without early voting options over an extended distance. This is troubling because service did once exist in this area to serve the minority communities residing here.



Figure 5: A Comparison of 2016 and 2020 Early Voting Sites in Metropolitan Tucson, AZ

Figure 6 demonstrates that the placement of new early voting sites for the 2020 election cycle favors the white neighborhoods of northern and eastern metropolitan Tucson.[46] Not only does the placement of these early voting sites create significant limitations with regard to accessibility for minority voters, it also indicates significant racial bias in the policy to select the new sites and reposition existing sites. The areas of the map highlighted in various shades of brown represent the areas of the region with the highest percentage of white residents. The darker the brown shading, the higher the percentage of white residents. There are more black circles representing the eleven (11) 2020 voting sites in metropolitan Tucson within the brown shaded areas of the map. It also becomes apparent that the areas of the map that are blue and green, representing Latinx and Native American populations respectively, are served by only two early voting sites. The map in Figure 2 demonstrates that racially white areas of the metropolitan region are served far better with respect to early voting sites than areas of the region with Latinx and Native American populations.[47]

---

[46] Urban Areas in the United States and Puerto Rico (CPH-T-9). United States Census Bureau. retrieved 10/5/2020 https://www.census.gov/data/tables/time-series/dec/cph-series/cph-t/cph-t-9.html
[47] Both Figure 5 and 6 have been included in Appendix A in a larger format.



Figure 6: A Comparison of 2016 and 2020 Early Voting Sites with Race in Metropolitan Tucson, AZ

## B. Other Measures of Responsiveness

As previously described, there are other standards judges have applied in determining whether a government is responsive to the needs of minority communities. The simple provision of quality government services, or lack thereof, within the surrounding community has also often been applied in making the determination of responsiveness.[48] On this measure as well, the Pascua Yaqui and San Xavier reservations is underserved by government and its agents. This goes to establish that the actions of the County Recorder fit a larger pattern of underservice and lack of responsiveness to this part of Pima County. For example, the closest full-service 24-hour hospital to the Pascua Yaqui and San Xavier Reservations, Carondelet St. Mary's Hospital, is

---

[48] See Footnote 27

approximately 13 miles away in the city of Tucson. The Pascua Yaqui reservation does have an on-reservation medical clinic, but it is not full-service and has hours limited to 8-5 Monday through Friday by appointment. There is only one Sun Tran bus transit line that services each reservation (29 Valencia and the 440 San Xavier). Each travels approximately 11 miles in just under an hour to the Laos Transit Center which is adjacent to the social services facilities at the El Pueblo Center. These include WIC, childcare, and adult learning facilities, among others. This means that residents of these tribes must travel more than 22 miles roundtrip to receive social services from the government and 26 miles to receive extended healthcare services. These reservations are not located in a far distant rural area of Pima County. They are in an urbanized corridor immediately south and west of Tucson and part of the metropolitan Tucson area. They are located less than 3 miles from the borders of the city.

Educational services in the area are also severely lacking. There is no fully public high school within 10 miles of the reservations. There was an alternative high school for troubled youth less than a mile away from the Pascua Yaqui lands, but it was closed by the Tucson Unified School District in 2018. The Pascua Yaqui on-reservation charter high school, Hiaki High School, has a 2019 four-year graduation rate of 34.48% which is approximately 45% lower than the state average.[49] San Xavier does not have an on reservation high school. The next closest high school, Vision Charter High School, does not even report its graduation rate in 2018. For comparison, the next closest fully public high school, Pueblo High School in Tucson, reports approximately 89% of its students graduate with American Indian/Alaskan Native students having a graduation rate of over 94%. This high school is over 10 miles from the Pascua Yaqui

[49] Graduation Rates. Arizona Department of Education. Retrieved 10/6/2020 from https://www.azed.gov/accountability-research/data

and San Xavier reservations making it a 20-mile round trip journey to have access to a quality high school education.

Environmental concerns are also unaddressed in this area of greater Tucson and Pima County. The neighborhood contains a Superfund site, the Tucson International Airport Area site, which is approximately 5.5 miles from the Pascua Yaqui reservation. It is directly adjacent to the San Xavier Reservation and the residents of this area must deal with the effects on ground water.[50] There are also air quality issues arising from the airport, industry, and Interstate 19 which bisects the area.[51]

Regardless of which standard to gauge responsiveness is applied, the southwestern corner of metropolitan Tucson is underserved by in-person early voting sites. The words and actions of the County Recorder demonstrate that she has violated the principles that demonstrate procedural responsiveness by failing to act on the matter in any meaningful way. She has further violated the principles that demonstrate substantive responsiveness through her implementation that leaves the area underserved with early voting sites. She goes further by adding and redistributing sites in areas of the city that are predominantly white. Finally, the area on and surrounding the Pascua Yaqui reservation lacks many quality basic services provided for and financed by local government in other parts of the region. This leaves the area not only wildly underserved in services like education but this lack of responsiveness to the needs of local citizens leaves those citizens with limited access to civic matters and few opportunities for progress.

---

[50] Superfund Site: Tucson International Airport Airfield. Arizona Department of Environmental Quality. Retrieved 10/6/2020 from https://azdeq.gov/node/3654
[51] Formaldehyde Is the Top Pollutant in South Tucson. The Daily Wildcat. Retrieved 10/6/2020 from https://www.wildcat.arizona.edu/article/2020/01/i-air-pollution

(Signature Page Follows)

Signature Page

I declare under penalty of perjury the foregoing is true and correct. Executed this 7th day of October, 2020

Joseph Dietrich

(Appendices Follow)

Appendix A: Figure Displays



Figure 1: Location and Travel Distance to Early Voting Sites in Metropolitan Tucson, AZ



Figure 2: Location and Travel Distance to Early Voting Sites Relative to Race in Metropolitan Tucson, AZ



Figure 3: Percentage of Residents Without a Car



Figure 4: Percentage of Native American Residents Without a Car in Pima County, AZ



Figure 5: A Comparison of 2016 and 2020 Early Voting Sites in Metropolitan Tucson, AZ



Figure 6: A Comparison of 2016 and 2020 Early Voting Sites with Race in Metropolitan Tucson, AZ

Appendix B: Additional Exhibits



**Honorable F. Ann Rodriguez**
Pima County Recorder
240 N. Stone Ave., First Floor
Tucson, AZ 85701
**PHN:** (520) 724-4330    **FAX:** (520) 623-1785    **WEB:** http//www.recorder.pima.gov

# PRESS RELEASE

**DATE: September 1, 2020**
**CONTACT: Mary Reynolds**
**Media Inquiries to (520) 724-4353**
**FOR IMMEDIATE RELEASE**

## Recorder Statement on Pascua Yaqui
## Request for Early Voting Site

The Pascua Yaqui tribe presented concerns about an early voting site on tribal lands today at the Board of Supervisors meeting. Recorder F. Ann Rodriguez has the following response:

Pima County Recorder F. Ann Rodriguez presented before the Pascua Yaqui Tribe in 2018, at one of their council meetings to advise them as to why there was no Early Voting Site, and that this would also be the plan for the 2020 Election. Ms. Rodriguez had two public hearings on this matter before the Board of Supervisors who do not approve Early Voting Sites. The Board of Supervisors approves Emergency Voting Sites and ballot drop off locations only. The Recorder is responsible for deciding where Early Voting Sites will be located.

Ms. Rodriguez offered some recommendations which the Pascua Yaqui leadership have not considered at this time.

1. The Pima County Recorder has no record of who is a member of the Pascua Yaqui Tribe – some live in metropolitan Tucson, unincorporated Pima County, Old Pascua in the Grant and Oracle area as well as in Yoeme Pueblo (Rillito) in Marana. They also have members who live in Maricopa County. Without the means to identify tribal members, the Recorder's Office is unable to target tribal voters and encourage voter participation.
2. Pascua Yaqui Tribe enrollment is proprietary information.
3. Due to the proprietary nature of the Pascua Yaqui registration data and the security issues of the voter database, The Recorder offered internal access to Pascua Yaqui staff. They could check voter registration for each member of the Pascua Yaqui Tribe. Pascua Yaqui leadership declined this offer.
4. If the tribal leadership had accepted the offer to check registrations, they could have sent mailers to those not registered to vote and encourage them to register to vote. The Recorder's office would provide the voter registration forms that would be mailed back to the Recorder with postage paid. If they wanted the Recorder to keep track of any response, the Recorder's office could have done this also.
5. There is still time to check voter registration as described above, as the voter registration cut off to be eligible for the General Election is not until Monday, October 5.

6. There are multiple voting opportunities for all voters in Pima County. Early Voting sites, mailed ballots as well as Election Day polling places are all options from October 7 through November 3, 2020.
7. The Mission Library is 7 miles away for the Pascua Yaqui Tribe main area, also known as New Pascua. The Mission Library also serves the Tohono O'odham San Xavier District which is 7 miles away. There is an early voting site serving the Tohono O'odham Nation in Sells. The T.O. Nation encompasses a large geographic area, so some voters must drive 63 miles (over one hour) to reach that site.
8. Regarding bus routes and timetables for the Pascua Yaqui: The Recorder's office has no control over any bus system for any jurisdiction. Instead of requiring Pascua Yaqui voters to take the bus, Pascua Yaqui leadership could provide transpiration for their membership by setting up a telephone number for ride requests to Mission Library Early Voting Site. This would be similar to Uber, but the Pascua Yaqui would provide and pay for the service.
9. The Recorder's office will produce radio spots for the Pascua Yaqui radio station about the voter registration deadline on October 5, 2020. The Recorder's office will post flyers or provide the flyers for Pascua Yaqui staff to post about the voter registration deadline.
10. The Recorder's office will produce radio spots for the Pascua Yaqui radio station about the Mission Road Library Early Voting Site. The Recorder's office will post flyers or provide the flyers for Pascua Yaqui staff to post about the Mission Library Early Voting Site including dates the site will be open for curbside drop-off of early ballots, early voting and emergency voting.
11. For tribal members who live in Old Pascua (Oracle/Grant area), the closest Early Voting Site is the Woods Library on First Avenue (3 miles), for Yoeme Pueblo in Marana, the closest Early Voting Site is the Wheeler Taft Abbett Library (12 miles).
12. At every Early Voting Site, security is the most important issue, including but not limited to secure ballot storage, location security, and secure IT infrastructure. Pima County Recorder F. Ann Rodriguez and her leadership team carefully consider many possible locations for Early Voting Sites before selecting the ones that meet strict criteria.
13. It is too late in the election year to make changes and be able to provide a secure voting site.

The Recorder's Office is proud of the outreach efforts that have contributed to some of the highest voter registration and voter participation numbers in the United States of America. During her 28 years of public service, Recorder Rodriguez has made it a priority to collaborate with all voter communities and vulnerable populations.

Regarding staffing issues, the Recorder's Office is currently recruiting staff for paid temporary positions at the Ballot Processing Center on Country Club and at Early Voting Sites. For people who would like to see democracy in action and want to find out more about this opportunity, please email ballotpatrol@recorder.pima.gov .

