# EXHIBIT 19

# DECLARATION OF DWAYNE LOPEZ

I, Dwayne Lopez, declare and state as follows:

1. I have personal knowledge of the facts stated below.

2. I am an enrolled member of the Tohono O'odham Nation, and I live in the Santa Rosa Village on the Tohono O'odham Reservation. Santa Rosa is within the Gu Achi District of the Tohono O'odham Nation.

3. I am a registered voter in Pima County, Arizona.

4. I have been voting since 2004 in county, state, and federal elections, and I intend to continue voting in county, state, and federal elections.

5. In 2016, I voted in-person at an early voting location at the Sant Rosa Multi-Purpose Building on the Tohono O'odham Reservation.

6. I would prefer to vote in-person at an early voting location in the November 3, 2020 General Election.

7. I would prefer to have the same opportunity to cast an early ballot in my community of Santa Rosa as is available to voters located off-reservation, without having to drive significant distances to participate in early voting.

8. I do not have the same opportunities to vote in federal, state and county elections as other Pima County voters.

9. The closest early voting location to my house is over 35 miles away, over 70 miles roundtrip. There is no public transportation system on the Tohono O'odham Reservation.

10. It would be a burden for me to drive 70 miles roundtrip during the week to participate in in-person early voting.

11. In March 2020, the Tohono O'odham Nation issued a State of Emergency in response to the coronavirus, issued a stay at home order, prohibited gatherings on the Reservation. These stay at home orders have been extended, and there is a currently a curfew in effect on the Tohono O'odham Reservation.

12. This stay-at-home order limits travel to essential purposes and for essential services.

13.     I am concerned about the coronavirus spreading in my village and within the Tribal community.

I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

Dated October 9th, 2020

_____
Dwayne Lopez

# EXHIBIT 20

## DECLARATION OF ADALBERTO RENTERIA

I, Adalberto Renteria, declare as follows:

1.      My name is Adalberto Renteria. I am a resident of the State of Arizona, am over the age of 18 years old, and have personal knowledge of the facts set forth below.

2.      I am a licensed Medical Doctor with a specialty in family medicine.

3.      I am the Medical Director for the Pascua Yaqui Tribe and oversee the Pascua Yaqui Health Department.

4.      I served worked for the Pascua Yaqui Tribe as a Medical Doctor from 2005-2014 and returned to work for the Tribe as the Medical Director in July 2020.

5.      The Pascua Yaqui Tribe, on the reservation, operates a low-income clinic through contracted with El Rio Health, a substance addiction program, a diabetes program, and a dialysis program.

6.      The Pascua Yaqui Tribe provides transportation for Tribal members to access these health services, as well as off-reservation medical appointments, because poverty and low rates of car ownership necessitate it in order to ensure that Tribal members are receiving needed health care.

7.      From seeing patients on the Pascua Yaqui reservation for nearly a decade, I have observed concerning health patterns among the Tribe. These patterns put members of the Tribe at a disparate risk of adverse heath outcomes generally. In light of the coronavirus pandemic, these patterns can lead to serious hospitalization or death for Tribal members.

8.      At least 55% of the patients of the reservation's El Rio clinic between the ages 18 to 34 were diagnosed as obese. That rate was 65% for patients between the age of 35 to 60 years old and 51.3% for patients older than 61.

9.      Diabetes is most common diagnosis issued by the clinic.

10.     Half of the population diagnosed with diabetes has a diabetes related complication.

11.     I estimate that between 25-30% of Pascua Yaqui Tribal members have had a limb/foot amputated due to diabetes. Emergency room visits for diabetes related skin ulcers and infections are so high that the Tribe prioritized hiring a podiatrist to prevent amputations.

12.     The Tribe opened the diabetes clinic and dialysis clinic on the reservation because only one-third of patients diagnosed with diabetes and referred to off-reservation to specialty doctors were showing up for their appointments because they did not have adequate transportation to leave the reservation and make it to those appointments.

13.     In response to the coronavirus pandemic, the Health Department has dispatched the Community Resource Team to deliver food and make medical home visits for homebound residents. At least 6.4% of the population of the Pascua Yaqui Tribe is homebound or have great difficulty leaving their home due to medical conditions or complications.

14.     Based on the available Center for Disease Control ("CDC") data, I am very concerned about the spread of coronavirus leading to serious hospitalization or death for Pascua Yaqui Tribal members. The CDC publish data showed that Native Americans that experienced serious hospitalization or death from coronavirus most commonly had obesity, diabetes, kidney disease, and lung disease. The existence of diabetes and obesity lead to the most serious outcomes in Native Americans, leading to a three times greater chance of being hospitalized or dying from

coronavirus than patients who are not obese or diabetic. By my estimates, 25% of the population on the reservation falls in the category of severe risk, should they contract COVID.

15.     I am concerned about the health risk posed to Tribal members that are forced to travel by bus to vote early in person because the voter may contract coronavirus on one of the multiple buses they will have to take to get to the Mission Library and if they have diabetes or are obese then they are three times more likely to experience severe health outcomes. If they are not obese or diabetic, they may bring coronavirus back to the reservation and will likely interact with a member of the population who is obese or diabetic, or has some other underlying condition putting them at risk for severe outcomes, potentially leading to serious or fatal health outcomes for other members of the population.

16.     Voters having to travel two hours to the Mission Library to vote early in-person poses an undue health risk to the individual voters, their households, and the entire Pascua Yaqui reservation. The risk of community spread resulting from voters having to make that trip undermines the extensive efforts that the Pascua Yaqui Tribal government has taken to reduce the spread of COVID-19 on the reservation.

*[Fill in additional facts in the space provided below]*

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on October 7, 2020.

Adalberto Renteria, MD

# EXHIBIT 21

## DECLARATION OF BASILIO MARTINEZ, SR.

I, Basilio Martinez, Sr., declare and state as follows:

1. I have personal knowledge of the facts stated below.

2. I am an enrolled member of the Pascua Yaqui Tribe, and I live on the Pascua Yaqui Reservation.

3. I am a registered voter in Pima County, Arizona.

4. Between 2010-2014, I was the Pascua Yaqui outreach worker for the Pima County Recorder's office.

5. In 2012 and 2014, I operated the early voting location established by the Pima County Recorder's Office at the Pascua Yaqui Radio Station on the Pascua Yaqui Reservation. There were no security issues at the polling location. The ballots were in locked in a secure area in the Radio Station, and there were no security incidents.

6. In addition to offering in-person early voting, the early voting location served as a drop off location for early ballots. I observed Tribal members vote at the early voting location and other Tribal voters who came to the early voting location to drop off a ballot.

7. I was surprised to learn that our efforts to increase voting access for Pascua Yaqui Tribal voters ended when the Pima County Recorder's Office closed the only early voting location on the Pascua Yaqui Reservation in 2018.

8. Tribal voters no longer have an option to vote in-person early or to drop off early ballots at a location on the Pascua Yaqui Reservation prior to the November 3, 2020 election.

9. I am worried about the spread of coronavirus, and believe that providing in-person early voting and a drop off location on the Pascua Yaqui Reservation will help to reduce the number of people who will vote in person on November 3, 2020.

10. Because of my concern with safety and the spread of the coronavirus, I voted using the drive-through method at the Pascua Yaqui Tribal Election on June 1, 2020.

11. I should have the same opportunity to cast an early ballot or drop off an early ballot during the early voting period on the Pascua Yaqui Reservation as other Pima County voters.

12. I do not have the same opportunities to vote in federal, state and county elections as other Pima County voters.

I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

Dated October 9 , 2020

Basilio Martinez, Sr.

# EXHIBIT 22

# DECLARATION OF CALEB HENDRICKS

I, Caleb Hendricks, declare and state as follows:

1.    I have personal knowledge of the facts stated below.

2.    I am an enrolled member of the Pascua Yaqui Tribe, and I live on the Pascua Yaqui Reservation.

3.    I am 18 years old, and I registered to vote on March 29, 2020 because I think it is important to participate in selecting our leaders.

4.    I have not voted in an election before. I intend to vote in the November 3, 2020 election. I am not on the Permanent Early Voter List.

5.    I do not have a car.

6.    I do not have a driver's license.

7.    I rely primarily on others for transportation and walk to many places.

8.    One of my family members had COVID-19. I believe it is important to take all safety precautions to prevent the spread of COVID-19.

9.    I am worried about the spread of coronavirus, and believe that providing in-person early voting and a drop off location on the Pascua Yaqui Reservation will help to reduce the number of people who will vote in person on November 3, 2020.

10.    I am worried about my health if I have to go to the polling location on November 3, 2020, to cast a ballot.

11.    This is my first time voting, and I would like to vote in-person at an early voting location.

12.    There is no early voting location on the Pascua Yaqui Reservation.

13.    Having to travel two hours roundtrip on a bus to the Mission Library to cast an in-person early ballot is an undue burden on my right to vote.

14.    I would be willing to travel by bus to the Mission Library to vote if everyone on the bus wore a mask and remained socially distanced, because I believe it is very important to

1

participate in elections. However, this would pose a risk to me and my household, and I would prefer to vote early in-person on the reservation.

15.     I do not have the same opportunities to vote in federal, state and county elections as other Pima County voters.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

Dated October ___7___, 2020

*Caleb Hendricks*

Caleb Hendricks

# EXHIBIT 23

# DECLARATION OF ERNIE GALLARDO

I, Ernie Gallardo, declare and state as follows:

1.  I have personal knowledge of the facts stated below.

2.  I am an enrolled member of the Pascua Yaqui Tribe, and I am a registered voter in Pima County, Arizona.

3.  In 2019, the Pascua Yaqui Tribal Council appointed me as Chairman of the Pascua Yaqui Board of Elections.

4.  Tribal elections for the purpose of choosing members of the Pascua Yaqui Tribal Council and are held on the first Monday in June every four years. The last Tribal election was held on June 1, 2020.

5.  In response to the Coronavirus, the Pascua Yaqui Tribe implemented stay at home orders.

6.  Due to coronavirus fears in the community and the number of community members with risk factors, the Tribal Council approved numerous changes proposed by the Election Board to protect the safety and welfare of tribal members while providing them an opportunity to exercise their Tribal Constitutional right to vote. These changes included strict safety protocols, increased early voting opportunities, additional poll workers, drive through voting for early voting and election day voting, adding an additional election day polling location, suspending the absentee voting eligibility requirement, and extending the ballot receipt deadline for absentee ballots.

7.  The Election Board determined that increasing early voting would provide safer options for voters to cast a ballot and that offering more in-person early voting opportunities would help to reduce lines on election day, thereby reducing the spread of coronavirus.

8.  The Election Board offered eleven (11) days of early voting in New Pascua, one (1) day of early voting in Old Pascua, and one (1) day of early voting in Guadalupe (Maricopa County). All three locations also served as ballot drop off locations.

9.  The number of people participating in early voting, both absentee and in-person early voting, in Tribal elections significantly increased.

10.  In 2016, 49 voters cast an absentee ballot; in 2020, 502 voters cast an absentee ballot.

11.     In 2016, 296 tribal voters cast a ballot at an in-person early voting location; 161 of those ballots were cast at the New Pascua early voting location.

12.     In 2020, 643 tribal voters cast a ballot at an in-person early voting location; 454 ballots were cast at the New Pascua early voting location.

13.     The majority of voters who cast a ballot at the New Pascua polling location on election day, voted using the drive through option.

14.     Each early voting location and election day polling location for Tribal elections had a ballot drop box and served as a drop off location for early ballots. A significant number of absentee voters used this option to return a ballot during the early voting period and on Election Day.

I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

Dated October 7, 2020

Ernie Gallardo

# EXHIBIT 24

# DECLARATION OF HERMINIA FRIAS

I, Herminia Frias, declare as follows:

1.    My name is Herminia Frias. I am a resident of the State of Arizona, am over the age of 18 years old, and have personal knowledge of the facts set forth below.

2.    I am a member of the Pascua Yaqui Tribe, a federally recognized Native American Tribe. The Pascua Yaqui Indian Reservation is located within Pima County, Arizona.

3.    I am an elected member of the Pascua Yaqui Tribal Council, the legislative and executive arm of the Pascua Yaqui Tribal Government. The Tribal Council is made up of eleven elected members of the Pascua Yaqui Tribe who are dedicated to the well being and advancement of the Pascua Yaqui Tribe and its members.

4.    As an elected member of the Pascua Yaqui Tribal Council, I serve as the Chair of the Health Oversight Committee and as a member of the Pascua Yaqui Tribe Incident Command System.

5.    The median age of the Pascua Yaqui Tribe is 24.

6.    The average households on the Pascua Yaqui reservation includes four members, larger than the county average of two household members. 42.9% of households on the reservation are headed by single mothers compared to 12.4% of households in Pima County.

7.    Households on the Pascua Yaqui reservation are six times more likely to be multigenerational than the state. On the reservation, 26.6% of households are multigenerational compared to 4.4% of households in the county.

8.    The median income for the Pascua Yaqui Tribe is $31,875 which is $13,646 lower than the median in Pima County of $45,521.

9.      Households on the Pascua Yaqui reservation are twice as likely to have an incomes of less than $20,000 (29.0%) than the county (20%).

10.     In the Pascua Yaqui Tribe, 39% of Tribal members live below the poverty level. For ages 18 to 64 the number of Tribal members living in poverty is 65%. For Tribal members over 65, the poverty rate is 42%.

11.     One-fifth of all households on the Pascua Yaqui reservation are classified as "severely poor" by the United States Census Bureau.

12.     Households on the Pascua Yaqui reservation are four times more likely to receive food stamps than households in Pima County. They are also eight times more likely to receive public assistance than the county.

13.     Almost half of the households on the Pascua Yaqui reservation receive Supplemental Nutrition Assistance Program (SNAP). This rate is at least four times greater than Pima County.

14.     Tribal members and residents of the Pascua Yaqui reservation were already in an economic state of disadvantage that has been exacerbated by the coronavirus pandemic that has led to job loss and job insecurity for residents of the reservation.

15.     Five percent of residents on the Pascua Yaqui reservation speak Yaqui. Elders continue to rely on the Yaqui language for every day communication.

16.     Due to the rates of poverty, car ownership is low and many residents rely on public transportation or walking to get to where they need to go.

17.     The Pascua Yaqui Tribal Council has recognized that the disadvantaged socioeconomic status of many Tribal members is a circumstance that poses a danger in curbing

the spread of COIVD-19 and preventing disparate health outcomes for Pascua Yaqui Tribal members.

18.     The Pascua Yaqui Tribal Government has taken numerous steps to reduce the risk of spread of COVID-19 on the reservation and to safeguard the health and safety of the Pascua Yaqui people through resolutions, executive orders, and public health announcements.

19.     The Tribal Government also regularly livestreams announcements biweekly to provide updates on COVID, emergency management, and health issues; provide recommendations on best practices; and remind Tribal members about existing orders and new orders.

20.     The Pascua Yaqui Tribe runs a Yaqui Services Health Line that operates 24 hours a day to share information about health programs and services for Tribal members.

21.     With the rise of coronavirus cases, the Pascua Yaqui Tribal Council took early and continued actions to slow the spread of the virus.

22.     On March 13, 2020, in response to the global COVID-19 Pandemic, the Pascua Yaqui Tribal Council implemented measures to prevent the spread of COVID-19 including: suspending travel for Tribal employees and dispatching the Pascua Yaqui Health Department to educate Tribal members, Tribal Departments, and Tribal employees about COVID-19. Additionally, the Tribal Council passed Resolution C03-55-20, a comprehensive Public Health Code Ordinance 13-20, providing the Health Department and Law Enforcement Authorities with authority to address infectious disease outbreaks.

23.     On March 17, 2020, the Pascua Yaqui Tribal Council approved additional measures to prevent the spread of COVID-19 including suspending services at the Tribal Senior Center, the Headstart program, and the Library.     Measure taken include limiting dental services to emergencies/extractions; suspending Health Transportation Services from Guadalupe, Arizona to

the Pascua Yaqui Reservation, postponing Tribal gatherings, closing the Wellness Center, and suspending Tribal-sponsored meetings/gatherings of 50 people.

24.     On March 19, 2020 the Pascua Yaqui Tribal Council declared a Tribal Emergency concerning COVID-19 through Resolution No. C03-66-20 and activated the Incident Command System (ICS), coordinating emergency responders and other essential personnel from the Tribal Government, as well as empowering the Pascua Yaqui Chairman to take emergency actions.

25.     On April 3, 2020 the Pascua Yaqui Tribal Chairman issued a stay at home order ordering that residents of the Pascua Yaqui Reservation stay at home except when travel is required for medical treatment, food, or safety. This order instituted a curfew from 8:00 p.m. to 6:00 a.m., closed all parks and non-essential public spaces, prohibited all public or private nonessential gatherings in households, prohibited public food sales, and required that all residents and visitors follow CDC guidelines around social distancing, hand washing, and social interaction. Exceptions were made for governmental work or volunteering fir essential government services, off-reservation work in accordance with the State of Arizona's Executive Order No. 2020-18, and cultural obligations.

26.     On April 20, 2020, the Pascua Yaqui Health Services Division began offering COVID-19 screening and testing for Tribal members and employees at the Pascua Yaqui Tribal Health Department.

27.     On April 28, 2020, the Pascua Yaqui Tribal Chairman extended the April 3, 2020 stay at home order.

28.     On May 17, 2020, the Pascua Yaqui Tribe extended the stay-at-home order. New to this extension of the order was a ban on gatherings of more than ten people and mandating masks be worn in all public settings where social distancing measures are difficult to maintain.

29. On May 27, 2020 the Tribal Council passed Ordinance No. 26-20, Enacting a Coronavirus Protection Order, herein after the "Coronavirus Ordinance." This ordinance codified the executive orders with respect to the stay at home order, curfews from 9:00 p.m. to 5:00 a.m., closing non-essential public places of gathering, prohibiting gatherings within a residence, and public food sales with exceptions for exercise, employment of volunteer obligations, and cultural obligations. The ordinance also required that the Public Health Authority provide daily reports to the Tribal Council of the number of individuals tested, the number of pending, confirmed, and positive/negative tests, a breakdown of the Tribal members for each category of test data and a break down of Tribal employees.

30. On June 10, 2020, the Coronavirus Ordinance was amended to modify the curfew from 10:00 p.m. to 5:00 a.m. and allow commercial operations so long as they take proper precautions to slow the spread of COIVD-19.

31. On July 8, 2020 the Pascua Yaqui Chairman passed an executive order requiring that each governmental department develop and implement limited workforce plan to curb the spread of COVID-19.

32. Socioeconomic barriers such as poverty and low rates of car ownership, exacerbate the burden of having to travel to the Mission Library to vote early in person.

33. Voters having to travel off the reservation to vote early in-person, by traveling by multiple buses – a closely confined space with other people for multiple hours, poses a health risk to Pascua Yaqui Tribal members and undermines the extensive efforts that the Pascua Yaqui Tribal government has taken to reduce the spread of COVID-19 on the reservation.

34. We have had 1,328 positive coronavirus cases in our Tribal communities; 532 in the Tucson area, and 786 in the Guadalupe area. Thirty Tribal members have passed away from the coronavirus.

35. Many Yaqui voters have not historically voted by mail and are unfamiliar with the process of requesting, casting, and returning a mail ballot.

36. The Pascua Yaqui Tribe informed the Pima County Recorder that it would assist in locating a space that would meet the County's needs. We offered the Pascua Yaqui Wellness Center on the Pascua Yaqui Reservation as an early voting location for the upcoming election.

37. Not offering an in person early voting location on the Pascua Yaqui Reservation will deny many Yaqui voters equal access to voting.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct. Executed on October 12, 2020.

Herminia Frias

# EXHIBIT 25

## DECLARATION OF JOSE MORILLO

I, Jose Morillo, declare and state as follows:

1.      My name is Jose Morillo. I am a resident of the State of Arizona, am over the age of 18 years old, and have personal knowledge of the facts stated below.

2.      I am a member of the Pascua Yaqui Tribe, and I live on the Pascua Yaqui Reservation.

3.      I am employed as a Disc Jockey for the Pascua Yaqui Radio Station, KYPT 100.3 where I was hired in 2011.

4.      As a Disc Jockey, I share information about voter registration and the voting process on the Pasuca Yaqui radio.

5.      I am a registered voter in Pima County, Arizona.

6.      I do not own a car. I primarily walk everywhere.

7.      I prefer to vote early, in-person, and intend to continue voting.

8.      When the in-person voting site was located at the Radio Station, I voted there, and I made announcements to encourage people to participate in voting on the Tribal Radio Station.

9.      In 2018, when no early voting was offered on the Pascua Yaqui Reservation, I voted in person on election day on the Pascua Yaqui Reservation.

10.     I live with my father who is at higher risk of COVID-19 because he is elderly, has diabetes, and has mobility issues. He uses a walker to get around.

11.     I accompany my father to his medical appointments and assist in his care.

12.     I am concerned about the spread of COVID-19 in the community, especially to children and elderly people.

13.     I maintain social distancing and follow the Tribe's health orders because I do not want to catch COVID-19, and I do not want to bring it home to my dad.

14.     My father votes in-person and needs assistance to vote because of his disabilities.

15.     I am concerned about the spread of COVID-19 through compact spaces during commutes on city buses and school buses which provide opportunity for cross contamination and greater contamination within the community.

16.     In-person early voting would allow my dad and I to vote with reduced risks of exposure to coronavirus because the lines would be shorter.

17.     For the Tribal elections in June of this year, my father and I voted in-person at an early voting in New Pascua due to coronavirus concerns. This was the first time I participated in early voting during a Tribal election.

18.     There is no early voting location on the Pascua Yaqui Reservation for the November 3, 2020 election.

19.     The closest in-person early voting location is at the Mission Library. It is too far for me and my father to walk to the Mission Library.

20.     It would take me over two hours on four city buses to vote early at the Mission Library. I do not feel comfortable taking a bus during the coronavirus outbreak.

21.     I would prefer to have the same opportunity to vote at an in-person early voting location on the Pascua Yaqui Reservation as other voters in Pima County.

22.     It is a financial, time, and emotional burden to travel to the Mission Library to cast a ballot during the in-person voting period.

23.     I do not have the same opportunities to vote in federal, state, and county elections as other Pima County voters.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated October _8_, 2020

_Jose Morillo_

Jose Morillo

# EXHIBIT 26

## DECLARATION OF PETER YUCUPICIO

I, Peter Yucupicio, declare as follows:

1.     My name is Peter Yucupicio. I am a resident of the State of Arizona, am over the age of 18 years old, and have personal knowledge of the facts set forth below.

2.     I am a member of the Pascua Yaqui Tribe, a federally recognized tribe.

3.     The Pascua Yaqui Tribe includes nine communities located between Phoenix and Tucson, Arizona. The Pascua Yaqui Indian Reservation is located in New Pascua within Pima County, Arizona. The Pascua Yaqui Tribe has approximately 22,000 members.

4.     I serve as the Chairman of the Pascua Yaqui Tribal Council, the legislative and executive arm of the Pascua Yaqui Tribal Government.

5.     The Pascua Yaqui Tribe conducts voter registration, education, and outreach to Tribal voters to encourage them to participate in local, state, and federal elections. Under the Economic and Community Development Department, we use our Tribal staff to register Tribal members to vote in county, state, and federal elections, and we encourage voters to turn out to vote on Election Day. Before coronavirus concerns, we went into each Yaqui community to conduct voter registration drives and to educate people about the importance of voting in state and federal elections.     After the coronavirus, we have continued to encourage voter registration and participation. We have mailed Tribal members information about the voter registration deadline with links to register to vote and sent them facemasks with the Tribal logo to encourage them to vote. We also developed the hashtag #YaquiVote2020.

6.     Tribal members appreciated having an early voting location on the Pascua Yaqui Reservation to allow Tribal voters to cast a ballot early in-person or to drop off an early ballot and knowing that it was received in time to be counted for the election.

7.     Many Tribal members lack access to private transportation, making travel to an early voting location off of the reservation significantly less accessible.

8.     On the Pascua Yaqui Reservation, 46.3% of residents live below the poverty level and 22.2% of residents are unemployed.

9.     On July 18, 2018, a month and a half before the 2018 primary election, the Pascua Yaqui outreach coordinator at the Pima County Recorder's office informed the Pascua Yaqui Tribe that it would not be offering in-person early voting on the Pascua Yaqui Reservation.

10.     On July 25, 2018, the Pascua Yaqui Tribal Council sent a letter to the Pima County Recorder, F. Ann Rodriguez, voicing concerns about the lack of in-person early voting on the reservation. The Tribal Council explicitly told the F. Ann Rodriguez that voters lacking access to private transportation would have difficulty accessing off-reservation in-person early voting locations. The Tribal Council also explicitly informed the recorder of Tribe-sponsored efforts to register voters on the reservation to increase voter participation. The Tribal Council offered its assistance to reestablish an in-person early voting location on the reservation.

11.     On June 12, 2019 the Tribal Council had the Pima County Recorder F. Ann Rodriguez meet with Tribal Council on our reservation to discuss the issue. The issue was not resolved.

12.     On June 20, 2019, the Pascua Yaqui Tribal Council sent Pima County Recorder F. Ann Rodriguez another letter advising her that Tribal members and voters living on the Pascua Yaqui Reservation needed an in-person early voting location on the Pascua Yaqui Reservation.

13.     On September 12, 2019 the Tribal Council sent a follow up letter reiterating our request for the Pima County Recorder to restore in-person early voting on the Pascua Yaqui Reservation.

14.     On November 6, 2019, the Pascua Yaqui Tribal Council sent Recorder Rodriguez another letter reaffirming our belief that an in-person early voting location on the Pascua Yaqui reservation is critical to ensure that Pascua Yaqui Tribal members and voters on the reservation can exercise their right to vote and reminded the recorder of the history of discrimination against Native American voters. The Tribal Council requested a response as to whether or not the recorder would utilize the Tribal Council Chambers as an in-person early voting location for the March 17, 2020 Presidential Preference Election, the August 4, 2020 Primary Election, and the November 3, 2020 General Election.

15.     In a letter dated December 31, 2019, F. Ann Rodriguez finally responded to the Tribe and denied the Tribe's request to reestablish an early voting location. She noted that the early voting site on the Pascua Yaqui Reservation was a limited use site that is stocked with ballots for Precinct 110. She also noted that she prefers to use full service voting sites whenever possible.

16.     The Tribe continued to push for an in-person early voting location. On numerous occasions, the Tribe offered assistance to the Recorder Rodriguez in order to reestablish the in-person early voting location. The Pascua Yaqui Tribe has facilities that can be used for full service voting sites and offered these locations to Recorder Rodriguez. However, F. Ann Rodriguez has declined our offer to work with us.

17.     The Tribe offered the Tribal Chambers for the in-person early voting location. This location also serves as the Election Day polling location on the Pascua Yaqui Reservation. There are no issues regarding location security, ballot storage, or secure IT infrastructure at this location.

18.     The Tribe offered to assist in any manner to address any security or IT issues needed to provide an early voting location on the Reservation.

19.     On July 17, 2020, the Pascua Yaqui Tribal Council published an op-ed in the Arizona Daily Star publicly calling for a restoration to the early voting site on the Pascua Yaqui Reservation.

20.     On August 26, 2020, the Pascua Yaqui Tribal Council wrote to the Pima County Board of Supervisors regarding the lack of access to in-person early voting on the reservation and requested that the Pima County Board of Supervisors designate an early voting location on the Pascua Yaqui Reservation for one week, an emergency early voting location, and a drop box on the reservation for the November 3, 2020 election.

21.     On September 1, 2020, I went before the Pima County Board of Supervisors requesting assistance establishing an early voting location.

22.     On September 8, 2020, the Pima County Administrator sent a memorandum to myself and the Pima County Board of Supervisors attaching a press release from Recorder F. Ann Rodriguez.

23.     On September 15, 2020, the Pascua Yaqui Tribal Council wrote a letter to the Pima County Recorder asking to meet with the Recorder, or a designated representative, to work together to effectuate the resolution passed by the Pima County Board of Supervisors that day to offer in-person early voting on the Pascua Yaqui Reservation.

24.     On September 16, 2020, F. Ann Rodriguez informed the Tribal Council that it should contact Supervisor Villegas to determine how the Board of Supervisors plan on implementing their resolution. She further noted that the Tribe should invest funds and resources to drive Tribal members to the Mission Library. This indicated that she would not provide any drop off locations, early voting locations, or emergency voting locations on the Pascua Yaqui Reservation for the 2020 election.

4

25. Pima County's closure of the Pascua Yaqui early voting location leaves many Tribal voters without safe and available alternatives to cast a ballot in the November 3, 2020 election.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct. Executed on October 9, 2016.

Peter Yucupicio

# EXHIBIT 27

# DECLARATION OF RAMONA MANUEL

I, Ramona Manuel, declare and state as follows:

1.    I have personal knowledge of the facts stated below.

2.    I am an enrolled member of the Pascua Yaqui Tribe, and I live on the Pascua Yaqui Reservation.

3.    I am 76 years old, and I am a registered voter in Pima County, Arizona.

4.    I volunteer at the Senior Center on the Reservation.

5.    Elders prefer to vote in person. Many elders do not trust voting by mail and want to make sure that their vote is counted.

6.    Many elders are at high risk of contracting the coronavirus because they have preexisting conditions.

7.    A lot of elders on the Pascua Yaqui Reservation have mobility issues due to diabetes.

8.    Elders are not going to ride the bus for over 2 hours, including transfers to cast a ballot.

9.    I have voted in past elections for county, state, and federal offices, and I plan to vote in the November 3, 2020 election.

10.    I voted early at the Pascua Yaqui early voting location in past elections.

11.    I would prefer to have the same opportunity to cast an early ballot on the Pascua Yaqui Reservation as is available to voters located off-reservation.

12.    I do not have the same opportunities to vote in federal, state and county elections as other Pima County voters.

I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

Dated October 7 , 2020

Ramona V. Manuel

Ramona Manuel

1

# EXHIBIT 28

## DECLARATION OF REBEKAH T. LEWIS

I, Rebekah T. Lewis, declare and state as follows:

1.      I have personal knowledge of the facts stated below.

2.      I am an enrolled member of the Pascua Yaqui Tribe, and I live on the Pascua Yaqui Reservation.

3.      I am a registered voter in Pima County, Arizona. I have voted in past elections for county, state, and federal elections, and I intend to cast a vote for the November 3, 2020 election.

4.      I work in the Office of Community Development at the Pascua Yaqui Tribe and assist on voter outreach efforts. This office organizes Yaqui Vote, an outreach effort to increase registration and encourage Tribal voters to participate in local, state, and federal elections. In 2018, the Tribe organized more than 40 voter outreach and registration events. For the 2020 election cycle, we initially hosted in-person events in all of the Pascua Yaqui Tribal communities. Because of the COVID-19 pandemic we have focused on contacting voters by mail and through social media platforms. We host weekly raffles to encourage tribal members to check their voter registration and to register to vote. We have coordinated with the Inter Tribal Council of Arizona, Mi Familia Vota, and CHISPA on our get out the vote efforts. We have also mailed voters materials about voter registration deadlines and provided them with face masks that can use when they go to cast their ballot.

5.      The Pima County Recorder's Office informed the Tribe in 2018, six weeks before the primary election, that it was closing the early voting location on the Pascua Yaqui Reservation.

6.      When the early voting location closed in 2018, I took a bus to the nearest early voting location on at the Mission Library to vote in the 2018 general election.

7.      There is no direct bus route from the Pascua Yaqui Reservation to the Mission Library. In order to get to the Mission Library, I took the bus from the Casino of the Sun for about 30 minutes, transferred to the Laos Transit Center, and rode the bus for another 30 minutes before arriving at the early voting location. The bus stops often and made approximately 38 stops between the time I left Pascua Yaqui to when I arrived at the Mission Library to vote early. To travel one way, it takes approximately one hour on the bus, and over two hours roundtrip, not including the time needed to wait for the bus.

8.      Tribal voters lack any opportunity to vote in-person early or to drop off early ballots at a location on the Pascua Yaqui Reservation prior to the November 3, 2020 election.

9. I am worried about the spread of coronavirus, and believe that providing in-person early voting and a drop off location on the Pascua Yaqui Reservation will help to reduce the number of people who will vote in person on November 3, 2020.

10. Because of my concern with safety and the spread of the coronavirus, I voted in-person early using the drive-through method for the Pascua Yaqui Tribal Election this summer.

11. I would prefer to have the same opportunity to cast an early ballot or drop off an early ballot during the early voting period on the Pascua Yaqui Reservation.

12. I am not willing to take a bus ride over an hour to reach a polling location during the coronavirus pandemic.

13. Having to travel over an hour on a bus to the Mission Library to cast an in-person early ballot is an undue burden on my right to vote.

14. I do not have the same opportunities to vote in federal, state and county elections as other Pima County voters.

I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

Dated October _9_, 2020

Rebekah T. Lewis

# EXHIBIT 29

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**TUCSON DIVISION**

| | |
|---|---|
| PASCUA YAQUI TRIBE, | |
| Plaintiff, | |
| v. | Case No. _____ |
| F. ANN RODRIGUEZ, in her official capacity as Pima County Recorder, | |
| Defendant. | |

## DECLARATION OF JONATHAN DIAZ

I, Jonathan Diaz, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I work as Legal Counsel, Voting Rights at the Campaign Legal Center ("CLC") and counsel for plaintiffs in this case. I am over 18 years of age, and the testimony set forth in this Declaration is based on first-hand knowledge, about which I could and would testify competently in open court if called upon to do so. This Declaration is submitted in support of Plaintiff's Motion for a Preliminary Injunction.

2.     On Wednesday, October 7, 2020, I submitted a public records request to the Office of the Arizona Secretary of State by email seeking answers to questions and documents related to the types of support provided by the Arizona Secretary of State to counties and county recorders to ensure access to early voting on tribal lands.

3.     Attached as Exhibit 13 to Plaintiffs' Motion for a Preliminary Injunction are answers and documents I received from such public records request.

1

4.     On Friday, October 9, 2020, I requested certain correspondence from the Pascua Yaqui Tribe, including memoranda by the Pima County Recorder and Pima County Administrator, and letters between the Tribe and the Pima County Recorder.

5.     Attached as Exhibits 3, 5, 6, 8, 10, and 11 to Plaintiff's Motion for Preliminary Injunction are documents I received from the Pascua Yaqui Tribe.

6.     On October 7, 2020, the County Recorder's counsel contacted me and requested an additional day to respond to the Tribe's September 25, 2020 demand letter, in the hopes of resolving this matter without litigation.

7.     On October 8, 2020, the County Recorder, through her counsel, notified me that she had learned that the Azul Room in the Tribal Wellness Center will be used as an Election Day polling place. The County Recorder's counsel asked if the Tribe would refrain from filing litigation in order to allow her to assess the feasibility of this option, and indicated that litigation would derail the discussions. The County Recorder insisted that her staff be able to conduct an inspection of the proposed Azul Room site, and the Tribe and County Recorder arranged for a site inspection on Friday, October 9, 2020. The Tribe agreed not to initiate litigation until after the site inspection.

8.     Prior to the site inspection on October 9, 2020, I transmitted copies of the floor plans for the Azul Room and Tribal Wellness Center to the County Recorder's counsel, as well as a list of the information technology capabilities of the facility.

9.     On Friday, October 9, 2020, after the Pima County Recorder's staff conducted a site inspection of the Pascua Yaqui Tribal Chambers and the Azul Room in the Tribal Wellness Center, I was informed by the County Recorder's counsel that the Tribal Chambers were not a suitable location for an early in-person voting site, and that a preliminary analysis of the Azul Room revealed certain security and accessibility concerns, including the number of entry and exit

points in the Azul Room, the distance from accessible parking to the entrance to the Tribal Wellness Center, the functioning of a handicap-accessible door at the main entrance to the Tribal Wellness Center, and the security and supervision of the facility while the early voting site is not in use. Nevertheless, the County Recorder's counsel indicated that the Azul Room could potentially serve as an early in-person voting location if those security and accessibility concerns could be addressed.

10. Between Friday, October 9, 2020 and Sunday, October 11, 2020, I engaged in good-faith negotiation with the County Recorder's counsel in an attempt to address the security and accessibility concerns identified at the Azul Room site. Specifically, I conveyed to the County Recorder the Tribe's willingness to address her concerns, including by re-keying the entry and exit points to the Azul Room so that only the County Recorder and her staff would have access, repairing the handicap-accessible door to the Wellness Center, establishing temporary seating and/or a rest area between the accessible parking and entrance to the facility, and providing overnight security. During these discussions after the site inspection took place, the Recorder's counsel also indicated for the first time that at this "late stage," establishing an early voting site on the reservation may be logistically infeasible.

11. As of the filing of Plaintiff's Motion for Preliminary Injunction, I have not received confirmation from the County Recorder or her counsel as to whether the security and accessibility concerns are surmountable, or whether the County Recorder is willing to establish an early in-person voting site at the Azul Room in the Tribal Wellness Center.


Executed on October 12, 2020 at Washington, District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

<u>/s/ Jonathan Diaz</u>
Jonathan Diaz



# EXHIBIT 30

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**TUCSON DIVISION**

| | |
|---|---|
| PASCUA YAQUI TRIBE, | |
| Plaintiff, | |
| v. | Case No. _____ |
| F. ANN RODRIGUEZ, in her official capacity as Pima County Recorder, | |
| Defendant. | |

## DECLARATION OF ASEEM B. MULJI

I, Aseem B. Mulji, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a Legal Fellow at the Campaign Legal Center (CLC), counsel to Plaintiffs in this action. I have been employed at CLC since September 2019. I am over 18 years of age, and the testimony set forth in this Declaration is based on first-hand knowledge, about which I could and would testify competently in open court if called upon to do so. This Declaration is submitted in support of Plaintiffs' Motion for a Preliminary Injunction

2.      On October 9, 2020, I used the Voting Location Siting Tool (the "Siting Tool") developed and managed by the Center for Inclusive Democracy at the University of Southern California to display choropleth maps of Pima County showing certain demographic and voter data by census tract. A census tract is a geographic area established by the United States Census Bureau for analyzing populations. The Siting Tool for Pima County is available at https://az.cidsitingtool.org/county.html?county=019.

3.     I used the Siting Tool to display four maps. The first map showed the percent of population with vehicle access by census tract within a geographic span encompassing the Pascua Yaqui Reservation and the Sahuarita region. The second map showed the vote-by-mail rate by census tract within a geographic span encompassing the Pascua Yaqui Reservation and the Sahuarita region. The third map showed the percent of the population that is non-Hispanic white by census tract in a geographic span centered on the Arizona State University Student Union, which will be an early voting site in Pima County. The fourth map showed the percent of the population that is Native American by census tract in a geographic span centered on the Arizona State University Student Union.

4.     Upon displaying each of these maps, I used the screenshot function on my computer to capture images of each map from my web browser, placed each of those images into a word processing document, and wrote a short description of how each map was created. A true and correct copy of these screenshots from the Siting Tool and their attendant descriptions is attached as Exhibit 12 to Plaintiffs' Emergency Motion for Preliminary Injunction.

5.     On October 9, 2020, I retrieved the Pascua Yaqui Tribe Primary Care Area 2019 Statistical Profile from the Arizona Department of Health Services website at https://www.azdhs.gov/documents/prevention/health-systems-development/data-reports-maps/primary-care/pima/117.pdf, of which a true and correct copy is attached as Exhibit 1 to Plaintiffs' Emergency Motion for Preliminary Injunction.

6.     On October 9, 2020, I retrieved the Pima County Recorder's list of early voting sites established for the upcoming November 2020 election from https://www.recorder.pima.gov/Docs/2020/Early%20Voting%20Sites%202020%20General.pdf,

of which a true and correct copy is attached as Exhibit 4 to Plaintiffs' Emergency Motion for Preliminary Injunction.

7. On October 9, 2020, I retrieved the Pima County Board of Supervisors' Resolution 2020-75 to implement an early voting location on the Pascua Yaqui Reservation at https://webcms.pima.gov/cms/one.aspx?portalId=169&pageId=137299, of which a true and correct copy is attached as Exhibit 9 to Plaintiffs' Emergency Motion for Preliminary Injunction.

8. On October 9, 2020, I retrieved the list of Election Day polling sites published by Pima County from the Pima County website at https://webcms.pima.gov/UserFiles/Servers/Server_6/File/Government/elections/Election%20Results%20and%20Information/G-2020%20Polling%20Place%20List.pdf, of which a true and correct copy is attached as Exhibit 15 to Plaintiffs' Emergency Motion for Preliminary Injunction.

9. On October 9, 2020, I retrieved excerpted pages of the Pima County Official Canvass for the 2018 General Election from the Pima County website at https://webcms.pima.gov/UserFiles/Servers/Server_6/File/Government/elections/Election%20Results/Pima%20G-2018%20Canvass%20FINAL.pdf, of which a true and correct copy is attached as Exhibit 14 to Plaintiffs' Emergency Motion for Preliminary Injunction.

10. On October 9, 2020, I retrieved excerpts of the "Native Vote – Election Protection Project 2016 Election Report" by the Indian Legal Clinic at the Sandra Day O'Conner College of Law at Arizona State University at https://law.asu.edu/sites/default/files/pdf/2016-native-vote-election-protection-report.pdf, of which a true and correct copy is attached as Exhibit 16 to Plaintiffs' Emergency Motion for Preliminary Injunction.

11. On October 9, 2020, I retrieved a September 8, 2020 Memorandum from the Pima County Administrator regarding the Pascua Yaqui early voting site at

https://webcms.pima.gov/UserFiles/Servers/Server_6/File/Government/Administration/CHHmemosFor%20Web/2020/September/September%208%20,%202020%20-%20Pascua%20Yaqui%20Tribe%20Request%20for%20Early%20Voting%20Sites%20on%20the%20Pascua%20Yaqui%20Reservation.pdf, of which a true and correct copy is attached as Exhibit 7 to Plaintiffs' Emergency Motion for Preliminary Injunction.

Executed on October 9, 2020 at Washington, District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Aseem B. Mulji
Aseem B. Mulji

# EXHIBIT 31

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## TUCSON DIVISION

PASCUA YAQUI TRIBE,

Plaintiff,

v.

F. ANN RODRIGUEZ, in her official
capacity as Pima County Recorder,

Defendant.

Case No. _____

### DECLARATION OF JULIANA CASILLAS

I, Juliana Casillas, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I serve as the Community Development Manager for the Pascua Yaqui Tribe. I am over 18 years of age, and the testimony set forth in this Declaration is based on first-hand knowledge, about which I could and would testify competently in open court if called upon to do so. This Declaration is submitted in support of Plaintiff's Motion for a Preliminary Injunction.

2. On Thursday, October 8, 2020, I was informed of a site visit with the Pima County Recorder's staff to assess the viability of the Azul Room in the Tribe's Wellness Center as an early voting location.

3. The site visit occurred the afternoon of Friday, October 9, 2020. I helped to coordinate the site visit, along with the Tribe's attorney general, members of the Tribal Council, facilities staff, information technology staff, and police department available to respond to any questions during the site inspection.

1

4.     At the site visit, the Recorder's staff expressed concerns with the accessibility of the Azul Room, because the nearest parking is more than 200 feet from the accessible entrance. Other than that, the Recorder's staff seemed to express few issues with the possibility of hosting an early voting site in the Azul Room at the Wellness Center. Immediately after the conclusion of the site visit at the Azul Room, I also attended the site visit at the Tribal Chambers as an alternative location.

5.     The Tribe has committed to addressing any concerns that the Recorder may have with the site, including security concerns. The Tribe has committed to rekeying the locks in the Azul Room so that only the Recorder's staff has access, and providing security for the Wellness Center overnight or in intervals.


Executed on October 12, 2020 in Pima County, Arizona

I declare under penalty of perjury that the foregoing is true and correct.

Juliana Casillas