# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF ARIZONA
## TUCSON DIVISION

| | |
|---|---|
| Pascua Yaqui Tribe <br> *Plaintiff(s)* <br><br> v. <br><br> F. Ann Rodriguez in her official capacity as Pima County Recorder <br> *Defendant(s)* | Civil Action No. 4:20-cv-00432-JAS |

**SUMMONS IN A CIVIL ACTION**

TO: (*Defendant's name and address*)
F. Ann Rodriguez
Pima County Recorder
240 North Stone Avenue
Tucson, Arizona 85701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Mary R. O'Grady**
**Joshua D. Bendor**
**OSBORN MALEDON, P.A.**
**2929 N. Central Ave., Suite 2100**
**Phoenix, Arizona 8012**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____              Signature _____ Clerk

**ISSUED ON 3:16 pm, Oct 13, 2020**
**s/ Debra D. Lucas, Clerk**

Civil Action No. 4:20-cv-00432-JAS

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $_____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: