Eric H. Spencer (#022707)
Brett W. Johnson (#021527)
Colin P. Ahler (#023879)
Ryan J. Regula (#028037)
Derek C. Flint (#034392)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Email: espencer@swlaw.com
       bwjohnson@swlaw.com
       cahler@swlaw.com
       rregula@swlaw.com
       dflint@swlaw.com
*Attorneys for Defendant F. Ann Rodriguez*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Pascua Yaqui Tribe, <br><br> Plaintiff, <br><br> v. <br><br> F. Ann Rodriguez, in her official capacity as Pima County Recorder, <br><br> Defendant. | No. CV-20-00432-TUC-JAS <br><br> **JOINT REQUEST FOR CASE STATUS CONFERENCE** <br><br> Assigned to: Hon. James A. Soto |

Plaintiff Pascua Yaqui Tribe (the "Plaintiff") and Defendant F. Ann Rodriguez, Pima County Recorder ("Recorder Rodriguez"), respectfully request the scheduling of a case status conference on Friday, October 16, 2020, after 1:00 p.m.,[1] to discuss the logistics for the hearing on Monday, October 19, 2020 (and potentially Tuesday, October 20, 2020). Specifically, the parties seek the Court's guidance concerning the potential testimony of

---

[1] Plaintiffs' Reply Brief in Support of the Motion for Preliminary Injunction is due at 12:00 p.m.

certain or all witnesses (or even the entire proceeding) to occur via video or, at least, telephonically. Separately, if the parties can agree by the time of the case status conference that testimony is not necessary, and that the Court is able to rely on the submitted declarations and other stipulated exhibits, the parties may seek permission to hold oral argument telephonically.

Dated this 15th day of October, 2020.

SNELL & WILMER L.L.P.


By: s/ *Eric H. Spencer*
Eric H. Spencer
Brett W. Johnson
Colin P. Ahler
Ryan J. Regula
Derek C. Flint
*Attorneys for Defendant F. Ann Rodriguez*


CAMPAIGN LEGAL CENTER


By: s/ *Jonathan Diaz (with permission)*
Danielle Lang *(Pro Hac Vice Forthcoming)*
Jonathan Diaz *(Pro Hac Vice Forthcoming)*
Aseem Mulji *(Pro Hac Vice Forthcoming)*
*Attorneys for Plaintiff Pascua Yaqui Tribe*


INDIAN LEGAL CLINIC


By: s/ *Patty Ferguson-Bohnee (with permission)*
Patty Ferguson-Bohnee
*Attorney for Plaintiff Pascua Yaqui Tribe*

OSBORN MALEDON, P.A.

By: s/ *Mary R. O'Grady (with permission)*
Mary R. O'Grady
Joshua D. Bendor
*Attorneys for Plaintiff Pascua Yaqui Tribe*

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2020 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record in this matter.

*s/ Nicole Begazo*