IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pascua Yaqui Tribe,<br><br>            Plaintiff,<br><br>v.<br><br>F. Ann Rodriguez, in her official capacity as Pima County Recorder,<br><br>            Defendant. | No. CV-20-00432-TUC-JAS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**<br><br>Assigned to: Hon. James A. Soto |

      The Defendant, F. Ann Rodriguez, Pima County Recorder, having moved for dismissal pursuant to Fed. R. Civ. P. 12(b)(1) & (6), and good cause appearing, therefore,

      **IT IS HEREBY ORDERED:** (1) The Motion to Dismiss is granted; and (2) This case is dismissed with prejudice.