# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pascua Yaqui Tribe, | No. CV-20-00432-TUC-JAS |
| Plaintiff, | **ORDER** |
| v. | |
| F. Ann Rodriguez, | |
| Defendant. | |

The parties' joint motion (Doc. 15) for a status conference is granted. The status conference shall be held in Courtroom 6A on 10/16/20 at 2:00 p.m.

Although the parties and counsel are welcome to appear in-person for the status conference, the Court presumes that pertinent counsel and parties will appear telephonically in light of the truncated notice, deadlines and filings in this case. As such, to facilitate the necessary telephonic appearances in Courtroom 6A, IT IS ORDERED that Plaintiff shall coordinate with Defendant, and Plaintiff shall arrange a conference call with everyone on the line to call into Court; Plaintiff shall call in with everyone on the line to 866-390-1828 (the access code is 2989170). In the event the parties encounter technical difficulties, the parties may call the Court's Courtroom Deputy (520-205-4682) or Chambers' main line (520-205-4510).

As to the joint motion and status conference, the Court notes that it is disinclined to simply issue a decision based only a written record (even if stipulated by the parties). The Court has a strong preference for in-person testimony as to any witnesses that are offering

substantive information that is disputed.[1]  Hearing live testimony under oath (subject to both direct and cross-examination, and direct questions from this Court) will allow this Court to more thoroughly assess credibility and any other evidence at issue.[2]  If it is impossible to appear in-person, or good cause otherwise exists to allow some other form of appearance, the parties shall arrange for a video appearance (if that is not possible, then a telephonic appearance will be permitted).  Any counsel that will be conducting direct or cross-examination shall appear in-person at the evidentiary hearing. The parties shall keep these issues in mind in preparing for the status conference tomorrow.

Dated this 15th day of October, 2020.

Honorable James A. Soto
United States District Judge

---

[1] For example, information offered by Plaintiff's expert witness and Defendant F. Ann Rodriguez will be substantive and disputed in this case; presumably, other witnesses also have substantive, disputed information that needs to be considered by the Court at the evidentiary hearing.  If necessary, the Court may extend the evidentiary hearing past next Monday and Tuesday as well.

[2] For example, credibility of witness testimony often involves issues relating to the opportunity and ability to see or hear or know the things testified to, the clarity of memories, the manner while testifying, any interest in the outcome of the case, any bias or prejudice, whether other evidence contradicted the testimony, the reasonableness of the testimony in light of all the evidence, and any other factors that impact believability.