# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pascua Yaqui Tribe,<br><br>      Plaintiff,<br><br>v.<br><br>F Ann Rodriguez,<br><br>      Defendant. | No. CV-20-00432-TUC-JAS<br><br>**ORDER** |

      The Court notes that the Order filed on 10/13/20 in the section entitled "**Proposed Orders, Paper Copies, Exhibits, Authority Binders, and Emailing Documents**" (emphasis in the original) states in part: "To the extent the parties file any motions, responses, or replies as to substantive matters (such as motions for: injunctive relief, to dismiss, for summary judgment, to compel, sanctions, etc.), the parties shall email [soto_chambers@azd.uscourts.gov] Word . . . copies of the motions, responses, or replies to chambers.  Lastly, the parties shall also email Word . . . copies of any separate statement of facts in support of, or in opposition to, summary judgment or other dispositive motions." *See* Doc. 11 at p. 4.

      The parties shall email Word copies of the filings at issue to Chambers as soon as possible upon filing of their motions, responses, replies, proposed orders, etc. Unfortunately, there are technical issues with CM/ECF on occasion where the system is down, documents cannot be printed off the system, or documents in CM/ECF are not searchable; therefore, emailed copies (in Word versions) are necessary to allow the Court

to fully access the documents as soon as possible. In light of the expedited nature of the current dispute, this is especially important.

Given the expedited nature of the recent filings, such technical issues are more common; sometimes these issues arise from the parties improperly uploading filings to CM/ECF. The Court has received Word copies (via email) of the pertinent briefs and proposed orders from Defendant; however, as to all of Defendant's CM/ECF filings (as well as the PDF copies of documents emailed to Chambers) on 10/15/20, it appears that Defendant uploaded (and emailed) these documents as images, and these documents are not searchable. As such, as soon as possible, Defendant shall upload/file documents to CM/ECF in a manner such that they are searchable.

The Court has not received an email from Plaintiff containing the Word copies of its briefs thus far; Plaintiff shall email the Court Word copies as soon as possible.

For future reference, the parties shall email the Court Word copies as soon as possible of their motions, responses, replies, and proposed orders, and they shall also email <u>searchable</u> PDF copies of their exhibits/attachments in support of their briefs as soon as possible.

Dated this 16th day of October, 2020.

Honorable James A. Soto
United States District Judge