Eric H. Spencer (#022707)
Brett W. Johnson (#021527)
Colin P. Ahler (#023879)
Ryan J. Regula (#028037)
Derek C. Flint (#034392)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Email: espencer@swlaw.com
       bwjohnson@swlaw.com
       cahler@swlaw.com
       rregula@swlaw.com
       dflint@swlaw.com
*Attorneys for Defendant F. Ann Rodriguez*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Pascua Yaqui Tribe,<br><br>            Plaintiff,<br><br>     v.<br><br>F. Ann Rodriguez, in her official capacity as Pima County Recorder,<br><br>            Defendant. | No. CV-20-00432-TUC-JAS<br><br>**Motion for Judicial Notice**<br><br>Assigned to: Hon. James A. Soto |

In accordance with Federal Rule of Evidence 201, Defendant F. Ann Rodriguez ("Recorder Rodriguez") moves the Court to take judicial notice of certain facts and publicly available documents. Federal Rule of Evidence 201(b) provides that a court "may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Rule 201(c)(2) further provides that the Court "must take judicial notice if a party requests it and the court

is supplied with the necessary information." "The court may take judicial notice at any stage of the proceeding." Fed. R. Evid. 201(d).

In accordance with Rule 201(b), Recorder Rodriguez seeks judicial notice of election canvass results and government-published election materials, the accuracy of which cannot reasonably be questioned, and all of which are relevant to Recorder Rodriguez's defenses in this action.

**Specific Requests for Judicial Notice of Facts and Public Records**

1. Excerpts of the Official Canvass for 2016 Primary Election. *See* Ex. 1 (Pima County, *Official Canvass: Primary Election August 30, 2016* (Sept. 6, 2016), https://webcms.pima.gov/UserFiles/Servers/Server_6/File/Government/Elections%20Department/Past%20Results/2016%20SOVC/P-2016%20Canvass.pdf).

2. Excerpts of the Official Canvass for the 2016 General Election. *See* Ex. 2 (Pima County, *Official Canvass: General Election November 8, 2016* (Nov. 21, 2020), https://webcms.pima.gov/UserFiles/Servers/Server_6/File/Government/Elections%20Department/Past%20Results/2016%20SOVC/Pima%20Canvass.pdf).

3. Excerpts of the Official Canvass for the 2018 General Election. *See* Ex. 3 (Pima County, *Official Canvass: General Election November 6, 2018* (Nov. 17, 2018), https://webcms.pima.gov/UserFiles/Servers/Server_6/File/Government/elections/Election%20Results/Pima%20G-2018%20Canvass%20FINAL.pdf).

4. Excerpts of the Official Canvass for the 2020 Primary Election. *See* Ex. 4 (Pima County, *Official Canvass: Primary Election August 4, 2020* (Aug. 12, 2020), https://webcms.pima.gov/UserFiles/Servers/Server_6/File/Government/elections/Election%20Results%20and%20Information/Pima%20P-2020%20Canvass%20with%20Certificate.pdf).

5. 2020 AZVoteSafe Guide for Native Americans. *See* Ex. 5 (Arizona Secretary of State, *2020 AZVoteSafe Guide for Native Americans: Recommendations for Arizona Voters in Tribal Communities* (2020), https://azsos.gov/sites/default/files/AZSOS_2020_Native_American_Vote_Guide.pdf).

**Argument**

The election canvass documents listed above, and the facts contained therein, are all appropriate for judicial notice because they "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Courts routinely take judicial notice of statistics compiled and released by governmental agencies, including election results. *See, e.g.*, *Save Our Preserve Political Action Comm. of Scottsdale v. City of Scottsdale*, 753 Fed. Appx. 476, 477 n.1 (9th Cir. 2019); *Support Working Animals v. DeSantis*, 457 F. Supp. 3d 1193, 1194 n.1 (N.D. Fla. 2020); *Soloman v. Liberty Cty. Fla.*, 957 F. Supp. 1522, 1556 n.78 (N.D. Fla. 1997); *see also United States v. Orozco-Acosta*, 607 F.3d 1156, 1164 n.5 (9th Cir. 2010) (taking judicial notice of statistics compiled by the U.S. Department of Homeland Security and U.S. Department of Justice). Government publications are likewise proper subjects of judicial notice. *See McGhee v. City of Flagstaff*, No. __, 2020 WL 2309881, at *2 (D. Ariz. May 8, 2020) ("Because government publications are matters of public record and can easily be verified, they are proper subjects of judicial notice."); *see also Corrie v. Caterpillar, Inc.*, 503 F.3d 974, 978 n.2 (9th Cir. 2007) (government publications proper subject of judicial notice).

The Pima County canvass results are relevant to the disposition of Plaintiff's claims because they show that eliminating the in-person early-voting site on the Pascua Yaqui Reservation had no discernable impact on the voting patterns of members of the Pascua Yaqui Tribe. Plaintiff has acknowledged the relevance of Pima County canvass results, citing them in its Motion for Preliminary Injunction. (*See* Doc. 13-4 at 19-36). The Secretary of State's Native American Voter Guide is also relevant because it shows the responsiveness of Arizona government officials to the needs of Native American communities. Therefore, judicial notice of the above-listed documents is warranted, and the Court should grant this Motion to preserve the time and resources of the parties and the Court.

Dated this 15th day of October, 2020.

                SNELL & WILMER L.L.P.

                By: s/ *Eric H. Spencer*
                    Eric H. Spencer
                    Brett W. Johnson
                    Colin P. Ahler
                    Ryan J. Regula
                    Derek C. Flint
                    *Attorneys for Defendant F. Ann Rodriguez*

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2020 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record in this matter.

*s/ Nicole Begazo*