Eric H. Spencer (#022707)
Brett W. Johnson (#021527)
Colin P. Ahler (#023879)
Ryan J. Regula (#028037)
Derek C. Flint (#034392)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Email: espencer@swlaw.com
       bwjohnson@swlaw.com
       cahler@swlaw.com
       rregula@swlaw.com
       dflint@swlaw.com
*Attorneys for Defendant F. Ann Rodriguez*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Pascua Yaqui Tribe,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>F. Ann Rodriguez, in her official capacity as Pima County Recorder,<br><br>　　　　　Defendant. | No. CV-20-00432-TUC-JAS<br><br>**EXPEDITED REQUEST FOR COURT REPORTER**<br><br>Assigned to: Hon. James A. Soto |

Defendant F. Ann Rodriguez, in her official capacity as Pima County Recorder respectfully requests the presence of a court reporter at the Evidentiary Hearing scheduled in this matter on October 19, 2020 at 1:00 p.m.

Dated this 16th day of October, 2020.

        SNELL & WILMER L.L.P.

        By: s/ *Eric H. Spencer*
          Eric H. Spencer
          Brett W. Johnson
          Colin P. Ahler
          Ryan J. Regula
          Derek C. Flint
          *Attorneys for Defendant F. Ann Rodriguez*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2020 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record in this matter.

*s/ Tracy Hobbs*