# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pascua Yaqui Tribe,<br><br>　　　　Plaintiff,<br><br>v.<br><br>F Ann Rodriguez,<br><br>　　　　Defendant. | No. CV-20-00432-TUC-JAS<br><br>**ORDER** |

　　　　The Court held a status conference with the parties on 10/16/20 at 2:00 p.m. to discuss logistical issues as to the evidentiary hearing set for 10/19/20 and 10/20/20.

　　　　After hearing from the parties, and exploring the issue after the conference, the Court was able to clear other preexisting hearings to give the parties more time to present testimony. The Court's previous Order stated in part: "The evidentiary hearing on the Motion for Preliminary Injunction is set for October 19, 2020 at 1:00 p.m.; the Court has blocked its calendar from 1:00 p.m. to 5:00 p.m. for the hearing on October 19. Furthermore, if more time is necessary for the evidentiary hearing, the Court has also blocked its calendar from October 20, 2020 from 8:30 a.m. to 12:00 p.m." The Court has now cleared the afternoon calendar on 10/20/20 such that they can present testimony from 1:30 p.m. to 5:00 p.m. as well. In addition, the hearings on both days will now take place in Courtroom 6A (not Courtroom 5B).

　　　　In light of this extra time, the parties should plan accordingly. The Court will plan to give the parties roughly equal time to present their cases in the total time allotted and

they should plan and coordinate accordingly. If the parties have testimony from certain witnesses that they think is completely undisputed, they can submit a stipulation containing any stipulated facts to save time in having a witnesses testify to undisputed facts. As to fact witnesses, the Court expects to hear testimony on both direct and cross. As discussed and agreed to by the parties, to expedite matters, with respect to expert witnesses, the Court expects to hear testimony elicited only on cross-examination and redirect examination. The parties indicated that direct testimony was sufficient in the form of the expert witnesses' written declarations in light of the expedited nature of these proceedings.

Dated this 16th day of October, 2020.

Honorable James A. Soto
United States District Judge