Eric H. Spencer (#022707)
Brett W. Johnson (#021527)
Colin P. Ahler (#023879)
Ryan J. Regula (#028037)
Derek C. Flint (#034392)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Email: espencer@swlaw.com
       bwjohnson@swlaw.com
       cahler@swlaw.com
       rregula@swlaw.com
       dflint@swlaw.com
*Attorneys for Defendant F. Ann Rodriguez*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Pascua Yaqui Tribe,<br><br>    Plaintiff,<br><br>v.<br><br>F. Ann Rodriguez, in her official capacity as Pima County Recorder,<br><br>    Defendant. | No. CV-20-00432-TUC-JAS<br><br>**JOINT STATEMENT RE: STIPULATIONS AND OBJECTIONS TO EXHIBITS**<br><br>Assigned to: Hon. James A. Soto |

Plaintiff Pascua Yaqui Tribe and Defendant F. Ann Rodriguez, in her official capacity as Pima County Recorder, respectfully provide this Joint Statement re: Stipulations and Objections to Exhibits.

| Exhibit # | Description | Stipulated | Objection |
|---|---|---|---|
| 1 | AZDHS Statistical Profile | X | |
| 2 | SOS Guidance | X | |
| 3 | 12-31-19 Letter from Recorder | X | |

| | | | |
|---|---|---|---|
| 4 | 2020 Early Voting Sites | X | |
| 5 | Petition Flyer | X | |
| 6 | 8-26-20 Tribe Letter | X | |
| 7 | 9-8-20 Cty. Admin. Letter | X | |
| 8 | 9-3-20 Recorder Memo | X | |
| 9 | Board Resolution | X | |
| 10 | 9-15-20 Tribe Letter | X | |
| 11 | 9-16-20 Recorder to PY – Yucupicio letter re EVS | X | |
| 12 | USC Center for Inclusive Democracy Data | | Hearsay Relevancy Authentication |
| 13 | Bo Dul Public Records Request | X | |
| 14 | Pima County Canvass Excerpt | X | |
| 15 | 2020 Polling Place List | X | |
| 16 | Pages from 2016-native-vote-election-protection report | | Hearsay Relevancy Authentication |
| 17 | 9-25-20 Demand Letter | X | |
| 18 | Revised Dietrich-Pima Co Pascua Yaqui Expert Witness Statement | X | |
| 19 | Declaration of Dwayne Lopez | | Hearsay Relevancy Foundation |
| 20 | Declaration of Adalberto Renteria | | Hearsay Foundation Speculation |

|    |                                  |   |                                 |
|----|----------------------------------|---|---------------------------------|
|    |                                  |   | Relevancy                       |
| 21 | Declaration of Basilio Martinez, Sr |   | Hearsay                         |
|    |                                  |   | Speculation                     |
| 22 | Declaration of Caleb Hendricks   |   | Hearsay                         |
| 23 | Declaration of Ernie Gallardo    |   | Hearsay                         |
|    |                                  |   | Foundation                      |
|    |                                  |   | Speculation                     |
| 24 | Declaration of Herminia Frias    |   | Hearsay                         |
|    |                                  |   | Foundation                      |
|    |                                  |   | Relevancy                       |
|    |                                  |   | Impermissible Lay Testimony     |
| 25 | Declaration of Jose Morillo      |   | Hearsay                         |
|    |                                  |   | Foundation                      |
| 26 | Declaration of Peter Yucupicio   |   | Hearsay                         |
|    |                                  |   | Foundation                      |
| 27 | Declaration of Ramona Manuel     |   | Hearsay                         |
|    |                                  |   | Speculation                     |
|    |                                  |   | Foundation                      |
| 28 | Declaration of Rebekah Lewis     |   | Hearsay                         |
| 29 | Declaration of Jonathan Diaz     |   | Hearsay                         |
|    |                                  |   | Relevancy                       |
|    |                                  |   | Foundation                      |
|    |                                  |   | Ariz. ER 3.7(a)                 |
| 30 | Declaration of Aseem B. Mulji    | X |                                 |
| 31 | Declaration of Juliana Casillas  |   | Hearsay                         |
| 32 | Declaration of Bo Dul            |   | Hearsay                         |

| | | | |
|---|---|---|---|
| | | | Foundation Relevancy |
| 33 | Email Correspondence – Jonathan Diaz and Eric Spencer Re Pascua Yaqui Early Voting | X | |
| 34 | 10-14-20 Revised Early Voting Site List | X | |
| 35 | 10-14-20 KGUN9 Article – Poll Worker Spots Filled | | Hearsay Relevancy Authentication |
| 36 | 10-15-20 Recorder Press Release – Early Voting Sites Open | X | |
| 37 | 10-15-20 Additional Early Voting Sites - Morales Article | | Hearsay Relevancy Authentication |
| 38 | Declaration of Jonathan Diaz | X | |
| 39 | Declaration of Cecilia Molina | | Hearsay Speculation |
| 40 | Yaqui Vote Voter Education Materials | X | |
| 41 | 2016 and 2020 Pascua Yaqui Tribal Election Ballots Cast Reports | X | |
| 42 | Compiled Pascua Yaqui Tribe COVID-19 Orders and Ordinances | X | |
| 43 | 2020 Pima County Polling Place Agreement | X | |
| 44 | 05-20-20 Recorder Press Release re COVID-19 | X | |
| 45 | 07-23-20 Recorder Press Release re COVID-19 | X | |

- 4 -

| # | Description | X | Objections |
|---|---|---|---|
| 46 | 09-01-20 Recorder Press Release re Pascua Yaqui | X | |
| 47 | CDC Health Equity Considerations | X | |
| 48 | CDC Certain Medical Conditions and Risk for Severe COVID-19 Illness | X | |
| 49 | CDC Considerations for Election Polling Locations and Voters | X | |
| 50 | CDC Travel During the COVID-19 Pandemic | X | |
| 51 | CDC Native Americans and COVID-19 | X | |
| 52 | Census Bureau – Sahuarita Percent No Vehicle | | Hearsay Relevancy Authentication |
| 53 | Census Bureau – Sahuarita Racial Composition | | Hearsay Relevancy Authentication |
| 54 | 2020 Primary Canvass Excerpt | X | |
| 55 | 2016 Pima County Early Voting Sites | X | |
| 56 | CID Arizona Voting Location Siting Tool - Methodology | | Hearsay Relevancy Authentication |
| 57 | Section 203 Language Determinations (2012) | X | |
| 58 | Curriculum vitae of Dr. Joseph Dietrich | X | |
| 59 | 10-16-2018 Vice News Article | | Hearsay Relevancy Authentication |

| | | | |
|---|---|---|---|
| 60 | 07-17-2020 Pascua Yaqui Op-Ed | | Hearsay Relevancy Authentication |
| 61 | NAU Demographics Analysis, Pascua Yaqui Tribe | | Hearsay Relevancy Authentication |
| 62 | NARF Report – "Obstacles at Every Turn" | | Hearsay Relevancy Authentication |
| 63 | NAVRC Survey | | Hearsay Relevancy Authentication |
| 64 | US Comm'n on Civil Rights, Voting Rights in Arizona | X | |
| 65 | Pima County Health Needs Assessment | X | |
| 66 | Pascua Yaqui Community Health Assessment | X | |
| | | | |
| 101 | Pima County Official Canvass Primary Election 8/30/2016 | X | |
| 102 | Pima County Official Canvass General Election 11/8/2016 | X | |
| 103 | Pima County Official Canvass General Election 11/6/2018 | X | |
| 104 | Declaration of Christopher J Roads, 10/15/2020 | | Hearsay Foundation |
| 105 | Declaration of Sean P Trende, | X | |

- 6 -

| | | | |
|---|---|---|---|
| | 10/15/2020 | | |
| 106 | Appendix A to Trende declaration - CV | X | |
| 107 | Sean P Trende supplemental declaration | | Late Disclosure Hearsay Foundation |
| 108 | Declaration of Donald T. Critchlow, 10/15/2020 | X | |
| 109 | Appendix A to Critchlow declaration Selected Bibliography | X | |
| 110 | Appendix B to Critchlow declaration - CV | X | |
| 111 | Expert Report by James G. Gimple, 10/15/2020 | X | |
| 112 | Appendix A to Gimpel declaration – Pima Early Voting Site Placements | X | |
| 113 | Appendix B to Gimpel declaration – CV | X | |
| 114 | James G Gimple supplemental Appendix 4 | | Late Disclosure Hearsay Foundation |
| 115 | Resolution No. 2020-75 | X | |
| 116 | Email from Pamela Franklin to F. Ann Rodriguez, 09/13/18 | | Hearsay |

Dated this 19th day of October, 2020.

                              SNELL & WILMER L.L.P.

By: s/ *Eric H. Spencer*
    Eric H. Spencer
    Brett W. Johnson
    Colin P. Ahler
    Ryan J. Regula
    Derek C. Flint
    One Arizona Center
    400 E. Van Buren, Suite 1900
    Phoenix, Arizona 85004-2202

*Attorneys for Defendant*


                              OSBORN MALEDON, P.A.

By: /s/ *Joshua Bendor*
    Mary R. O'Grady
    Joshua Bender
    2929 North Central Avenue, Suite 2100
    Phoenix, Arizona 85012

    Danielle Lang*
    Jonathan Diaz*
    Aseem Mulji*
    Valencia Richardson*
    CAMPAIGN LEGAL CENTER
    1101 14th Street NW, Suite 400
    Washington, DC 20005

    Patty Ferguson-Bohnee
    Indian Legal Clinic
    Arizona State University
    Sandra Day O'Connor College of Law
    11 East Taylor Street
    Mail Code 8820
    Phoenix, Arizona 85004

*Attorneys for Plaintiff*

*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2020 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record in this matter.

*s/ Tracy Hobbs*