# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pascua Yaqui Tribe,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>F Ann Rodriguez,<br><br>　　　　　Defendant. | No. CV-20-00432-TUC-JAS<br><br>**ORDER** |

Plaintiff's motion seeking to file excess pages (Doc. 26) is granted; the Clerk of the Court shall file the lodged document at Doc. 27.

Dated this 16th day of October, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ James A. Soto*
　　　　　　　　　　　　　　　　　　　　　　　　　Honorable James A. Soto
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge