DISTRICT JUDGE'S CIVIL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – TUCSON

**U.S. District Judge:** James A. Soto  **Date:** October 19, 2020
**Case Number:** CV-20-00432-TUC-JAS
**Pascua Yaqui Tribe v. Rodriguez**

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Valencia Vashea Richardson | Eric Harmon Spencer |
| | Mary Ruth OGrady | Brett Johnson |
| | Aseem Bharat Mulji | Ryan Regula |
| | Danielle M. Lang | |
| | Patricia Ferguson-Bohnee | |

**EVIDENTIARY HEARING:** Motion for Preliminary Injunction (docket 13)

1:13pm:  Counsel state their appearances for the record.  Defendant Ann Rodriguez is present. The Court notes a ruling on the Motion to Dismiss will be issued along with the ruling on this matter. The Court addresses the parties regarding the length of this hearing and time allotted for each party. Defendant's invoke the rule of exclusion of witnesses.  Plaintiff's designate Peter Yucupicio as plaintiff's party to remain in the Courtroom.

1:22pm:  Hon. Peter Yucupicio is sworn and examined by Plaintiff.  With no objection, exhibit 6, 9, 10, 11 are admitted.  Over the objection from the defendant, exhibit 26 is conditionally admitted.

1:57pm:  Cross examination of Peter Yucupicio.

2:22pm: Re-Direct examination of Peter Yucupicio.

(2:27pm – 2:30pm: excluded time for counsel)

2:30pm:  Hon. Herminia Frias is sworn and examined by Plaintiff.   Stipulated exhibits 1, 40 and 42 are admitted.  Over the objection from the defendant, exhibit 24 is conditionally admitted.

**3:44pm – 4:02pm:  BREAK**

4:02pm:  James G Gimple is sworn and cross examined by Plaintiff.

4:29pm:  Re-Direct examination of James Gimple.  Over the objection of the Plaintiff, exhibit 114 is admitted.

4:39pm – 4:40pm (excluded time for counsel)

**CV-20-00432-TUC-JAS**                                                                                                    **October 19, 2020**

**Pascua Yaqui Tribe v. Rodriguez**                                                                                                    Page 2 of 2

4:40pm:  Cross examination of Hon. Herminia Frias.

5:10pm:  Re-Direct examination of Hon. Herminia Frias.

5:11pm: Court adjourned.  Evidentiary Hearing to resume 10/20/2020 at 8:30am.

|  |  |
|---|---|
| | EH: 3 hours 40 min |
| Deputy Clerk: Tiffany Dame | |
| Court Reporter: Cindy Shearman | Start:  1:13 pm |
| | Stop:   5:11 pm |

Counsel Time

Plaintiff: 2 hours 22 minutes

Defendant:  1 hour 5 minutes