**DISTRICT JUDGE'S CIVIL MINUTES**
# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – TUCSON

**U.S. District Judge:  James A. Soto**                    **Date: October 20, 2020**

**Case Number: CV-20-00432-TUC-JAS**

**Pascua Yaqui Tribe v. Rodriguez**

**APPEARANCES:**  | **Plaintiff(s) Counsel** | **Defendant(s) Counsel**
---|---|---

| | **Plaintiff(s) Counsel** | **Defendant(s) Counsel** |
|---|---|---|
| **APPEARANCES:** | Joshua David R Bendor | Eric Harmon Spencer |
| | Valencia Vashea Richardson | Brett Johnson |
| | Aseem Bharat Mulji | Ryan Regula |
| | Danielle M. Lang | |
| | Patricia Ferguson-Bohnee | |

**EVIDENTIARY HEARING: Motion for Preliminary Injunction – Day Two**

8:34am:  Counsel are present.  Defendant is present.  Rebekah Lewis is sworn and examined by Plaintiff.

8:55pm:  Cross examination of Rebekah Lewis.

9:03am: Re-Direct examination of Rebekah Lewis.

9:05am – 9:08am: (excluded time for counsel)

9:08am:  Dr. Joseph Dietrich is sworn and cross examined.

**10:12am – 10:26am:  Break**

10:26am:  Re-Direct examination of Dr. Joseph Dietrich.   With no objection from the defendant, exhibit 58 is admitted.

10:51am:  Plaintiff indicates they have one remaining witness who is unavailable at this time.  Plaintiff requests the Court's permission to take this witness out of order.  Counsel further state that if this witness becomes unavailable, both parties will stipulate as to the declaration of this witness.  Plaintiff's rest at this time subject to their remaining witness and the remaining issue regarding admission of exhibits.

10:54am – 10:56am: (excluded time for counsel)

10:56am:  Donald T Critchlow is sworn and cross examined.

12:02pm:  Re-Direct examination of Donald T Critchlow.

**12:12pm – 1:34pm:  Break**

1:34pm – 1:46pm: (excluded time for counsel).   Counsel are present.  Court questions parties as to the next witness.

1:36pm:  Christopher Roads is sworn and examined by defense.

**3:00pm – 3:17pm:  Break**

3:17pm.  Examination of Christopher Roads by defense counsel resumes.

3:43pm:  Cross examination of Christopher Roads.  Over the objection of the defendant, exhibit 67 is admitted.

4:15pm:  Re-Direct examination of Christopher Roads.

4:16pm: (excluded time for counsel).  Court examines Christopher Roads.

4:21pm:   Sean P Trende is sworn and cross examined.

4:42pm:  Re-Direct examination of Sean Trende.

4:50pm: (excluded time for counsel) Over the objection from the defendant, the Court will allow testimony of Plaintiff's witness Sambo Dul.

4:53pm:  Sambo Dul is sworn and examined by the Plaintiff.

5:10pm:  Cross examination of Sambo Dul.

5:29pm:  Re-Direct examination of Sambo Dul.

5:30pm:  (excluded time for counsel).   Parties indicate they have no further witnesses.  The Court will admit stipulated and unstipulated exhibits and conditionally admit all other exhibits.

**5:32pm – 5:39pm:  Break**

5:39pm:  Plaintiff closing argument.

5:47pm:  Defendant closing argument.

5:57pm:  Plaintiff rebuttal argument.

5:59pm:  Arguments concluded.  Court takes this matter under advisement and will issue an expedited ruling.

6:00pm Court adjourned

EH: 7 hours 26 min

Deputy Clerk: Tiffany Dame
Court Reporter: Cindy Shearman                                   Start:  8:34am
                                                                 Stop:  6:00pm

Counsel Time

Plaintiff:  3 hours 18 minutes

Defendant:  3 hours 50 minutes