

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

FILED OCT 20 2020
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# EXHIBIT LIST

**PLAINTIFF:** Pascua Yaqui Tribe
v.
**DEFENDANT:** F. Ann Rodriguez, Pima County Recorder

**CASE NUMBER:** CV-20-00432-TUC-JAS

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| Hon. James A. Soto | Tiffany Dame | Cindy Shearman |

| HEARING/TRIAL DATE(S) | PLAINTIFF ATTORNEY(S) | DEFENDANT ATTORNEY(S) |
|---|---|---|
| Oct. 19, 2020 | Danielle Lang, Mary O'Grady, Patricia Ferguson | Eric Spencer, Brett Johnson |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
| 1 | | 10/19/20 | AZDHS Statistical Profile |
| 2 | | S | AZ SOS Guidance |
| 3 | | S | 12-31-19 Letter from Recorder |
| 4 | | S | 2020 Early Voting Sites |
| 5 | | S | Petition Flyer |
| 6 | | 10/19/20 | 08-26-20 Tribe Letter |
| 7 | | S | 09-08-20 Cty. Admin Letter |
| 8 | | S | 09-03-20 Recorder memo |
| 9 | | 10/19/20 | Board Resolution |
| 10 | | 10/19/20 | 09-15-20 Tribe Letter |
| 11 | | 10/19/20 | 09-16-20 Recorder to PY - Yucupicio letter re EVS |
| 12 | | C | USC Center for Inclusive Democracy Data |
| 13 | | S | Bo Dul Public Records Request |
| 14 | | S | Pima County Canvass Excerpt |
| 15 | | S | 2020 Polling Place List |
| 16 | | C | 2016 Native Vote Election Protection Report |
| 17 | | S | 09-25-20 Demand Letter |
| 18 | | S/C | Declaration of Joseph Dietrich |
| 19 | | C | Declaration of Dwayne Lopez |
| 20 | | C | Declaration of Adalberto Renteria |
| 21 | | C | Declaration of Basilio Martinez, Sr. |
| 22 | | C | Declaration of Caleb Hendricks |

*S - Stipulated
*C - Conditionally admitted

EXHIBIT LIST -- CONTINUATION

| | | CASE NO. | |
|---|---|---|---|
| Pascua Yaqui Tribe | vs. F. Ann Rodriguez, Pima Co | | cv-20-00432-TUC-JAS |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
| 23 | | C | Declaration of Ernie Gallardo |
| 24 | | C | Declaration of Herminia Frias |
| 25 | | C | Declaration of Jose Morillo |
| 26 | | C | Declaration of Peter Yucupicio |
| 27 | | C | Declaration of Ramona Manuel |
| 28 | | C | Declaration of Rebekah Lewis |
| 29 | | C | Declaration of Jonathan Diaz |
| 30 | | S | Declaration of Aseem B. Mulji |
| 31 | | C | Declaration of Juliana Casillas |
| 32 | | C | Declaration of Bo Dul |
| 33 | | S | Email Correspondence - Jonathan Diaz and Eric Spencer re: Pascua Yaqui Early Voting |
| 34 | | S | 10-14-20 Revised Early Voting Site List |
| 35 | | C | 10-14-20 KGUN9 Article - Poll Worker Spots Filled |
| 36 | | S | 10-15-20 Recorder Press Release - Early Voting Sites Open |
| 37 | | C | 10-15-20 Additional Early Voting Sites - Morales Article |
| 38 | | S | Declaration of Jonathan Diaz |
| 39 | | C | Declaration of Cecilia Molina |
| 40 | | 10/19/20 | Yaqui Vote Voter Education Materials |
| 41 | | S | 2016 and 2020 Pascua Yaqui Tribal Election Ballots Cast Reports |
| 42 | | 10/19/20 | Compiled Pascua Yaqui Tribe COVID-19 Orders and Ordinances |
| 43 | | S | 2020 Pima County Polling Place Agreement |
| 44 | | S | 05-20-20 Recorder Press Release re COVID-19 |
| 45 | | S | 07-23-20 Recorder Press Release re COVID-19 |
| 46 | | S | 09-01-20 Recorder Press Release re Pascua Yaqui |
| 47 | | S | CDC Health Equity Considerations |
| 48 | | S | CDC Certain Medical Conditions and Risk for Severe COVID-19 Illness |
| 49 | | S | CDC Considerations for Election Polling Locations and Voters |
| 50 | | S | CDC Travel During the COVID-19 Pandemic |
| 51 | | S | CDC Native Americans and COVID-19 |
| 52 | | C | Census Bureau - Sahuarita Percent No Vehicle |
| 53 | | C | Census Bureau - Sahuarita Racial Composition |

# EXHIBIT LIST -- CONTINUATION

Pascua Yaqui Tribe vs. F. Ann Rodriguez, Pima Co[unty]

CASE NO. cv-20-00432-TUC-JAS

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
| 54 | | S | 2020 Primary Canvass Excerpt |
| 55 | | S | 2016 Pima County Early Voting Sites |
| 56 | | C | CID Arizona Voting Location Siting Tool - Methodology |
| 57 | | S | Section 2013 Language Determinations (2012) |
| 58 | | 10/20/20 | Curriculum vitae of Dr. Joseph Dietrich |
| 59 | | C | 10-16-18 Vice News Article |
| 60 | | C | 07-17-20 Pascua Yaqui Op-Ed |
| 61 | | C | NAU Demographics Analysis, Pascua Yaqui Tribe |
| 62 | | C | NARF Report - "Obstacles at Every Turn" |
| 63 | | C | NAVRC Survey |
| 64 | | S | U.S. Comm'n on Civil Rights, Voting Rights in Arizona |
| 65 | | S | Pima County Health Needs Assessment |
| 66 | | S | Pascua Yaqui Community Health Assessment |
| 67 | | 10/20/20 | letter of 2018 |