UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**Pascua Yaqui Tribe**
PLAINTIFF

v.

**F. Ann Rodriguez, Pima County Recorder**
DEFENDANT

WITNESS LIST

CASE NUMBER: cv-20-00432-TUC-JAS

FILED ___ RECEIVED ___ OCT 20 2020 CLERK U.S. DISTRICT COURT DISTRICT OF ARIZONA BY ___ DEPUTY

| PRESIDING JUDGE | Hon. James A. Soto | COURTROOM DEPUTY | Tiffany Dame | COURT REPORTER | Cindy Shearman |
|---|---|---|---|---|---|
| HEARING/TRIAL DATE(S) | Oct. 19, 2020 | PLAINTIFF ATTORNEY(S) | Danielle Lang, Mary O'Grady, Patricia Ferguson | DEFENDANT ATTORNEY(S) | Eric Spencer, Brett Johnson |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESSES | Under Rule |
|---|---|---|---|---|---|
| 1 | | 10/19/20 | 10/19/20 | Hon. Herminia Frias | ✓ |
| 2 | | 10/19/20 | 10/19/20 | Hon. Peter Yucupicio | |
| 3 | | 10/20/20 | 10/20/20 | Dr. Joseph Dietrich | ✓ |
| 4 | | | | Ernie Gallardo | |
| 5 | | 10/20/20 | 10/20/20 | Rebekah Lewis | ✓ |
| 6 | | | | Ramona Manuel | |
| 7 | | 10/20/20 | 10/20/20 | Sambo Dul | ✓ |