UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

CIVIL WITNESS LIST

[✓] Preliminary Injunction  [ ] TRO  [ ] Non-Jury Trial  [ ] Jury Trial

Case Number: 4:20-cv-00432-JAS    Judge Code: __    Date: 10/19/2020

Pascua Yaqui Tribe  vs.  F Ann Rodriguez

[ ] Plaintiff/Petitioner  [✓] Defendant/Respondent

| NAME | SWORN | APPEARED |
|---|---|---|
| Christopher J Roads | 10/20/20 | 10/20/20 |
| Sean P Trende | 10/20/20 | 10/20/20 |
| Donald T Critchlow | 10/20/20 | 10/20/20 |
| James G Gimple | 10/19/20 | 10/19/20 |
| F Ann Rodriguez | | |
| | | |
| | | |
| | | |
| | | |

FILED ___ LODGED
RECEIVED ___ COPY
OCT 20 2020
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY