IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pascua Yaqui Tribe,<br>　　　　　Plaintiff,<br><br>v.<br><br>Gabriella Cázares-Kelly[1], in her official capacity as Pima County Recorder,<br>　　　　　Defendant. | Civil Action No. CV-20-00432-TUC-JAS |

## [PROPOSED] ORDER GRANTING JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pending before the Court is the parties' Joint Stipulation of Voluntary Dismissal Without Prejudice. It is hereby ORDERED that the Joint Stipulation is APPROVED and the remaining count in Plaintiffs' Amended Complaint is DISMISSED WITHOUT PREJUDICE.

It is SO ORDERED.


Date: _____


Signed: _____
　　　　U.S. District Court Judge James A. Soto

---

[1] Plaintiff's Complaint originally named F. Ann Rodriguez, Ms. Cázares-Kelly's predecessor, as the Defendant in this case. Because Ms. Rodriguez was sued in her official capacity as Pima County Recorder, Ms. Cázares-Kelly, as the incumbent in that office, is now the appropriate defendant.