IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pascua Yaqui Tribe,<br><br>    Plaintiff,<br><br>v.<br><br>Gabriella Cázares-Kelly, in her official capacity as Pima County Recorder,<br><br>    Defendant. | NO. CV-20-00432-TUC-JAS<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, pursuant to the parties' Joint Stipulation of Voluntary Dismissal without Prejudice, that this case is dismissed without prejudice. The remaining count in Plaintiffs' Amended Complaint is DISMISSED WITHOUT PREJUDICE.

                                            Debra D. Lucas
                                            District Court Executive/Clerk of Court

August 13, 2021

                                            s/ B. Cortez
                               By   Deputy Clerk